Form B 250E (12/09)

# United States Bankruptcy Court
_EASTERN_ District Of _LOUISIANA_

In re _Ryan L. Hess_,                   )    Case No. _15-10016_
        Debtor*                         )
                                        )    Chapter _7_
                                        )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on _1/6/15_ (date), requesting an order for relief under chapter _7_ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:   U.S. Bankruptcy Court
                        500 Poydras St., Suite B-601
                        New Orleans, LA 70130

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:   Nicholas J. Zeringue
                                             P.O. Box 759
                                             Thib. LA 70302
                                             njz@zeringuelawgroup.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                        Sheila K. Booth
                                        _____ (Clerk of the Bankruptcy Court)

Date: _1/7/15_                          By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

    Print Name :         _____

    Business Address:    _____

                                    _____

United States Bankruptcy Court
Eastern District of Louisiana

In re:  Case No. 15-10016-JAB
Ryan L Hess  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 053L-2　　　　User: sm　　　　Page 1 of 1　　　　Date Rcvd: Jan 07, 2015
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2015.
ptcrd　　　　+Bottom Line Equipment, LLC,　 10260 Airline Highway,　 St. Rose, LA 70087-3004
ptcrd　　　　+K&K Marine, LLC,　 166 Bayou Boeuf Road,　 Morgan City, LA 70380-7921
ptcrd　　　　+Wholesale Electric Supply of Houston,　 4040 Gulf Freeway,　 Houston, TX 77004-2599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ptcrd　　　　+E-mail/Text: bknotices@bankofthewest.com Jan 07 2015 19:34:33　　 Bank of the West,
　　　　　　　 2527 Camino Ramon,　 San Ramon, CA 94583-4213
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2015 at the address(es) listed below:
　　　　　Karen E. Trevathan　　 on behalf of Petitioning Creditor　 Bank of the West karen@ketlaw.com, pooky@ketlaw.com
　　　　　Nicholas Jacob Zeringue　　 on behalf of Petitioning Creditor　 K&K Marine, LLC
　　　　　　njz@zeringuelawgroup.com, assistant@zeringuelawgroup.com
　　　　　Office of the　 U.S. Trustee　　 USTPRegion05.NR.ECF@usdoj.gov
　　　　　Seth J. Smiley　　 on behalf of Petitioning Creditor　 Wholesale Electric Supply of Houston
　　　　　　ssmiley@wolfelaw.com, firm@wolfelaw.com
　　　　　Seth J. Smiley　　 on behalf of Petitioning Creditor　 Bottom Line Equipment, LLC
　　　　　　ssmiley@wolfelaw.com, firm@wolfelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5