## CERTIFICATE OF SERVICE

I, _Nicholas J Zeringue_ (name), certify that on _1/15/2015_ (date), I served this summons and a copy of the involuntary petition on _Ryan L. Hess_ (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]: _Pursuant to FRBP 1010 and 7004(b)(1), to his dwelling house or place of abode at: 12085 Highway 11, Belle Chasse, LA 70037 By U.S. Mail, First Class, Postage Prepaid and Properly Addressed._

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _1/15/2015_    Signature _Nicholas J Zeringue_

Print Name: _Nicholas J. Zeringue_

Business Address: _P.O. Box 759_
_Thib, LA 70302_