UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**RYAN L. HESS**

DEBTOR(S)

BANKRUPTCY NO.
15-10016
SECTION "B"
CHAPTER 7

## ORDER FOR RELIEF UNDER CHAPTER 7

A Petition for Involuntary Relief under Chapter 7 of the Bankruptcy Code having been filed by Wholesale Electric Supply of Houston, Bottom Line Equipment, LLC, K&K Marine, LLC and Bank of the West against Ryan L. Hess on January 6, 2015, proper service having been made and no answer having been filed,

**IT IS ORDERED** that Relief under Chapter 7 of the Bankruptcy Code be and it hereby is **GRANTED** against **RYAN L. HESS.**

**IT IS FURTHER ORDERED** that **RYAN L. HESS** file a Statement of Affairs and Schedules showing all of his assets and liabilities and a mailing matrix with this Court and a copy with the U. S. Trustee, Region V, no later than **FEBRUARY 13, 2015.**

**IT IS FURTHER ORDERED** that **RYAN L. HESS**, Debtor herein, comply with all provisions of the Bankruptcy Code and Rules.

**IT IS FURTHER ORDERED** that the United States Trustee appoint a Trustee in this case.

New Orleans, Louisiana, February 6, 2015.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**RYAN L. HESS**

**BANKRUPTCY NO.
15-10016
SECTION "B"**

DEBTOR

CHAPTER 7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing order was served this date to all parties of interest as listed below:

Ryan L. Hess
12085 Highway 11
Belle Chasse, LA 70037

_2/6/15_
 (Date)

*Lisa M. Matrana*
Lisa M. Matrana
Courtroom Deputy to
Judge Jerry A. Brown