**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO: 15-10016** |
| **HESS, RYAN L.** | **SECTION B** |

**REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE
AND APPOINTMENT OF SUCCESSOR TRUSTEE**

    **COMES NOW**, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

    This rejection/resignation is submitted because:

Trustee's law partner, Al Derbes, IV, represents an interested party in the case, which would create a conflict of interest for the trustee.  Accordingly, Trustee Wilbur J. Babin, Jr., hereby resigns.

                                        */s/ Wilbur J. "Bill" Babin, Jr., Interim Trustee*
                                        Wilbur J. "Bill" Babin, Jr., Trustee, Interim Trustee

---

    Effective this date, I hereby accept the rejection/resignation of Wilbur J. "Bill" Babin, Jr., having been previously appointed as interim trustee and hereby appoint **Ronald J. Hof** as successor interim trustee.  If applicable, the meeting of creditors is hereby rescheduled to the **19th day of March, 2015 at 1:30 p.m.**

DATE:  February 20, 2015

                                        Office of the U. S. Trustee
                                        Region 5, Judicial Districts
                                        of Louisiana and Mississippi

                                        By: *s/Mary S. Langston*
                                            MARY S. LANGSTON
                                            Assistant U.S. Trustee