ATTACHMENT IV

**PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING
DATE: 03/19/15 01:30pm**

IN RE:
    HESS, RYAN L                      CASE NO. 15-10016B

**APPEARANCES**:
( ✓ ) DEBTOR 1                              (  ) DEBTOR 2 (Wife in Joint Cases)
   ( ✓ ) Required picture I.D. produced         (  ) Required picture I.D. produced
   (  ) Required SSN verification produced    (  ) Required SSN verification produced
   (  ) Pay advices received                    (  ) Pay advices received

Abuse / No Abuse designation is (  ) accurate (  ) inaccurate
because _____
_____

Credit counseling certificate (  ) filed (  ) not filed
Tax returns received for _____ (years) on _____
Financial Documents were (  ) retained by trustee (  ) returned to debtor(s)
(  ) DEBTOR'S REPRESENTATIVE _____
( ✓ ) ATTORNEY FOR DEBTOR(S): ~~PRO SE~~ William Cherbonnier
(  ) DEBTOR(S) APPEARED PRO SE
   YES (  ) NO (  ) If Pro Se, did anyone assist with preparation?
   YES (  ) NO (  ) If Yes, obtain completed pro se form.
THE MEETING OF CREDITORS WAS:
   (  ) HELD
   or
   (  ) NOT HELD
   or
   ( ✓ ) NOT CONCLUDED AND IS CONTINUED TO THE 30th DAY OF March, 2015 AT 2:30 O'CLOCK P .M.

YES (  ) NO (  ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR(s) Seth Smiley rep. Bothan Line Equipt Wholesale Electric; Al Derbes rep. Shale Support Services + Amanda George - OUST.

DEBTOR(s) REQUIRED TO:
(  ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( x ) OTHER: File schedules, provide trustee with tax returns + bank statements

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
ADDITIONAL NOTES: No schedules filed.
_____

DATED: 03/19/15             TRUSTEE _____
Track # 4       or     Tape # _____ Side / Counter Start # _____