## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | NUMBER. 15-10016 * |
| | * | |
| RYAN L. HESS | * | SECTION B |
| | * | |
| Debtor | * | CHAPTER 7 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATION UNDER PENALTY OF PERJURY

I declare to the best of my knowledge, information, and belief after due diligence and under penalty of perjury, and for use in a federal bankruptcy proceeding, that the following individuals and entities constitute a full and complete listing all of my creditors and all other parties that I believe may have an interest in the above numbered and entitled bankruptcy proceeding.

Acton Mobile Industries
5561 Todd Acres Drive
Mobile AL 36619-9281

Advanced Inc Group
DBA Advanced Fiberglass
P.O. Box 969
Gray LA 70359-0969

Advanced Inc Group
1900 West Main Street
Schriever, LA 70395

Aflac
Attn: RPS Department
1932 Wynnton Rd.
Columbus GE 31999-0002

AHG Solutions, LLC
c/o Tristan Manthey, Esq.
Heller Draper Patrick Horn & Dabney LLC
650 Poydras St., Ste. 2500
New Orleans LA 70130-6175

Initials: _R H_

AHG Solutions LLC
3201 General DeGaulle Drive
New Orleans LA 70114-6756

Albert and Barbara Butler
50 Ravenwood Drive
Picayune MS 39466-8328

Albert Butler
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Albert J. Derbes, IV
The Derbes Law Firm, LLC
3027 Ridgelake Drive
Metairie LA 70002-4924

Alliance Consulting Group, L.L.C.
3201 General DeGaulle Drive Ste 200
New Orleans LA 70114-4004

ALUMA SYSTEMS CONCRETE
PO BOX 91473
CHICAGO IL 60693

Aluma Systems Concrete Const.
P.O. Box 91473
Chicago IL 60693-1473

Amber Hess
12085 Hwy 11
Belle Chasse LA 70037-4223

American Welding & Safety Supply, Inc.
19183 Hwy 43
Kiln MS 39556-8391

Andrew Densing
10555 Pak Cove
Biloxi MS 39532-8063

ARC LA Gulf Coast
P. O. Box 203890
Dallas TX 75320-3890

Argo Partners
12 W 37th St 9th Fl
New York NY 10018-7381

Initials: _R H_

Ashton Marine, LLC
1200 Peters Road
Harvey LA 70058-1754

ATLAS BOATS
PO BOX 7125
BELLE CHASSE LA 70037

Atlas Boats Incorporated
P.O. Box 944
Belle Chasse LA 70037-0944

Atlas Boats, Inc.
c/o Timothy Thriffiley, Esq.
Pivach, Pivach, Hufft,& Thriffiley
P.O. Box 7125
Belle Chasse LA 70037-7125

ATOKA, INC
2695 AIRPORT ROAD
HOT SPRINGS AR 71913

B W Resources, LLC
P.O. Box 1600
Whitney TE 76692-1600

B. Franklin Martin, III
McGlinchey Stafford, P LLC
901 Poydras Street, 12th Floor
New Orleans LA 70112-1017

BANK OF AMERICA
Acct No xxxx2812
PO BOX 5170
SIMI VALLEY CA 93062

Barbara Butler
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Bean Excavating and Dirt, LLC
18370 Fenton Dedeaux Rd.
Kiln MS 39556-6636

Beerman Precision, Inc.
P.O. Box 6018
Metairie LA 70009-6018

Initials: _R H_

Benjamin Pettiette
2505 14th Street, Ste. 500 Gulfport,
MS 39501-1959

Benjamin Pettiette
54 Ravenwood Drive
Picayune MS 39466-8328

BLACK PRAIRIE TRACTOR & TRAILOR
901 HWY 45 N
COLUMBUS MS 39701

Blue Cross Blue Shield
P.O. Box 650007
Dallas TX 75265-0007

BOTTOM LINE EQUIPMENT
10260 AIRLINE HWY
ST ROSE LA 70087

Brenda and Mark Rody
58 Ravenwood Drive
Picayune MS 39466-8328

Brenda Rody
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

C&S Safety Systems of Louisiana
2404 Hwy 14
New Iberia LA 70560-8394

CANAL BARGE
835 UNION ST
NEW ORLEANS LA 70112

CAPSTONE MECHANICAL
7100 IMPERIAL DR
WACO TX 76712

Casafin II, LLC
4023 Amb. Caffery, Ste 200
Lafayette LA 70503-5268

Initials:  *RH*

CHAFFE MCCALL, LLP
2300 ENERGY CENTRE
NEW ORLEANS LA 70163

Christopher J. Battaglia
Halperin Battaglia Raicht, LLP
40 Wall Street - 37th Floor
New York NY 10005-1381

CIMATION
111 VETERANS MEMORIAL BLVD
METAIRIE LA 70005

CIMSCO, INC
1840 L AND A ROAD
METAIRIE LA 70001

COASTAL LOGISTICS
800 DAVID DR
MORGAN CITY LA 70380

COBURN'S
PO BOX 99001
DEHAM SPRINGS LA 70727

Colonial Life
P.O. Box 903
Columbia SC 29202-0903

Columbian TecTank
P.O. Box 875042
Kansas City MO 64187-5042

COMPRESSED AIR SYSTEMS
205 Gunther Lane
BELLE CHASSE LA 70037

CRAWFORD SUPPLY
200 L AND A RD
METAIRIE LA 70001

Creole Technologies, Inc.
320 Clearview Parkway
Metairie LA 70001-4623

Initials: _RH_

CST Industries Inc
dba Columbian Tectank
9701 Renner Blvd Ste 150
Lenexa KS 66219-8116

Cynthia A. Henry
5304 Woodstream Dr
Marrero LA 70072-6648

Cypress Glen Holdings, LLC
14141 Airline Hwy, Bldg. 1, Ste U
Baton Rouge LA 70817-6241

Stephen Brouillette, Jr.
Daigle Fisse & Kessenich
227 Highway 21
Madisonville LA 70447-9677

DATATEL
11439 PENNYWOOD AVE
BATON ROUGE LA 70809

David and Karen Taporco
4109 Thoroughgood Drive
Virginia Beach VA 23455-4434

DAVID O'REILLY ENGINEERING
518 SOUTH RAMPART ST
NEW ORLEANS LA 70113

David O'Reilly Engineering
518 S. Rampart St.
New Orleans LA 70113-3110

David O'Reilly Engineering Consultants
5003 Tchoupitoulas Street
New Orleans LA 70115-1706

David Taporco
2505 14th Street, Ste. 500 Gulfport
MS 39501-1959

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Initials: _RH_____

Donald Juan
2505 14th Street, Ste. 500 Gulfport
MS 39501-1959

Donald S. and Jennifer R. Juan
57 Ravenwood Drive
Picayune MS 39466-8352

DP1 Design, LLC
P.O. Box 24333
New Orleans LA 70184-4333

Dust Control & Loading Systems, Inc.
P.O. Box 125
Charlevoix MI 49720-0125

Dust Control & Loading Systems, Inc.
Alec Amstutz
P.O. Box 125
Charlevoix MI 49720-0125

E-Co Systems, LLC
5821 Plauche St
Harahan LA 70123-4121

E-Co Systems, LLC
3201 General DeGaulle Dr.
New Orleans LA 70114-6756

Elizabeth Stallings
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Elle Development, LLC
c/o William P. Wessler
P.O. Box 175
Gulfport MS 39502-0175

Elle Development, LLC
4023 Amb. Caffery Ste 200
Lafayette LA 70503-5268

ELLE INVESTMENTS
4023 AMB. CAFFERY PKWY
STE 200
LAFAYETTE LA 70503

Initials: _R H_

Elle Investments, LLC
c/o William P. Wessler
P.O. Box 175
Gulfport MS 39502-0175

Encore Enviromental & Safety, LLC
1190 LaHaye Road
Mamou LA 70554-4823

ENTERPRISE DRU DAMAGE RECOVERY
Acct No xxx9732
2006 SWEDE RD STE 100
E. NORRITON PA 19401

EQUIPCO, LLC
1793 JULIA ST.
NEW ORLEANS LA 70113

Equity Partners HG, LLC
16 N. Washington Street, Ste 102
Easton MD 21601-3196

ES&H
UNKNOWN
UNKNOWN LA 70114

FASTENAL
703 HWY 90 EAST BUILDING A
NEW IBERIA LA 70560

FASTENERS, INC
800 DAKIN STREET
JEFFERSON LA 70121

FedEx
P.O. Box 660481
Dallas TX 75266-0481

Fiberglass Unlimited, Inc
960 Hwy 652
Raceland LA 70394-2321

Fiberglass Unlimited, Inc.
c/o Karl J. Zimmermann
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras Street, Ste 3600
New Orleans LA 70163-3605

Initials: _RH_

Flatiron Capital, a Div of Wells Fargo B
1700 Lincoln St. 12th Floor
Denver CO 80203-4501

Flatiron Capital/Sleeper Sewell Ins
P.O Box 712195
Denver CO 80271-2195

FLYING H TRUCKING
3201 GENERAL DEGAULLE DR
NEW ORLEANS LA 70114

Flying H Trucking, LLC c/o John M. Dubreuil
227 Highway 21
Madisonville LA 70447-9677

Flying H Trucking, LLC
c/o John M. Dubreuil
Daigle Fisse & Kessenich
227 Highway 21
Madisonville LA 70447-9677

FMT AGGREGATE
1244 PETERS ROAD
HARVEY LA 70058

Ford Credit
P.O. Box 650575
Dallas TX 75265-0575

Frac Diamond Aggregates
3201 General DeGaulle Drive
New Orleans LA 70114-6756

Frac Diamond Aggregates, LLC
1414 Airline Hwy.
Bldg. 1, Ste U
Baton Rouge LA 70805

Frac Diamond Aggregates, LLC
1201 Camellia Blvd. Ste 300
Lafayette LA 70508-7228

Frantz Marine Corporation, Inc.
139 Acadian Lane
Mandeville LA 70471-1789

Initials: _RH_____

Frederick L. Bunol, IV
The Derbes Law Firm, LLC
3027 Ridgelake Drive
Metairie LA 70002-4924

Fuzion Equities, LLC
14141 Airline Hwy, Bldg. 1, Ste U
Baton Rouge LA 70817-6242

G E Capital
P.O. Box 740423
Atlanta GA 30374-0423

Gary L. Hess
107 Langridge Dr
Belle Chasse LA 70037-4421

Gary Lane Hess and Karla S. Hess
c/o John M. Dubreuil
Daigle Fisse & Kessenich
227 Highway 21
Madisonville LA 70447-9677

GAS AND SUPPLY
125 THURWAY PARK
BROUSSARD LA 70518

Gerald Duane Crump, Jr.
2153 Winifred St.
Metairie LA 70003

GERARD DANIEL WORLDWIDE
PO BOX 62869
BALTIMORE MD 21264

Gerard Daniel Worldwide
P.O. Box 62869
Baltimore MD 21264-2869

GERDAU AMERISTEEL
212 VETERANS BLVD
METAIRIE LA 70005

Gerdau Ameristeel
Attn. Credit
PO Box 31328
Tampa FL 33631-3328

Initials: _R H_

GERDAU AMERISTEEL, US, INC.
Attn: Joseph E. Flick, Jr.
NEWMAN, MATHIS, BRADY & SPEDALE
212 Veterans Blvd.
Metairie LA 70005-3047

Gilson Company, INC
P.O. Box 337
Powell OH 43065-0337

Green Field Energy Services, Inc.
Attn: Earl Blackwell
4023 Amb. Caffery Parkway Ste #200
Lafayette LA 70503-5268

Greenberg Traurig, LLP
2200 Ross Ave Ste 5200
Dallas TX 75201-2794

Guardian Computer LLC
4300 S I-10 Service Rd Ste. 210
Metairie LA 70001-7434

GULF COAST BULK HANDLING
10100 HWY 65
SOUTH LAKE PROVIDENCE LA 71254

Gulf Coast Office Products Inc
5801 River Oaks Road South
New Orleans LA 70123-2170

Gulf Coast Treated Piling & Timbers, Inc
1417 Captain Cade Road
PO Box 120
Cade LA 70519-0120

GULF INLAND
216 INDUSTRIAL AVENUE B
HOUMA LA 70363

H&E EQUIPMENT SERVICES
7502 PECUE LANE
BATON ROUGE LA 70809

Initials: _RH_____

H&H Aggregates, LLC
3201 General DeGaulle Dr.
New Orleans LA 70114-6756

H&H Trucking, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

HANOVER INSURANCE
111 VETERANS MEMORIAL BLVD
METAIRIE LA 70062

HANSON PIPE
13201 OLD GENTILLY ROAD
NEW ORLEANS LA 70129

Heller Draper Patrick Horn & Dabney, LLC
650 Poydras Street Ste 2500
New Orleans LA 70130-6175

HESS FARMS
3201 GENERAL DEGAULLE
NEW ORLEANS LA 70114

Hess Farms
3201 General Degaulle Drive
New Orleans LA 70114-4004

HUEY STOCKSTILL/HSI
PO BOX 758
PICAYUNE MS 39466

Industrial Accessories Company
P.O. Box 414178
Kansas City MO 64141-4178

INTEGRATED PRO SERVICES, LLC
9107 HWY 23
BELLE CHASSE LA 70037

Integrated Pro Services, LLC
9107 Hwy 23
Belle Chasse LA 70037-2140

 INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Initials: _RH_

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

IRS
c/o Crockett Lindsey Asst.
U.S. Attorney
1575 20th Avenue, 2nd Floor
Gulfport MS 39501-2040

J. Chris Condren Pierce
Couch Hendrickson Baysinger Green
P.O. Box 26350
Oklahoma City OK 73126-0350

James A. McCullough, II
Brunini, Grantham, Grower & Hewes, PLLC
P O. Drawer 119
Jackson MS 39205-0119

James C. Simpson, Jr.
Wise Carter Child & Caraway
1105 30th Aveenue, Ste 300
Gulfport MS 39501-1817

Jeff Bartlam
604 Springield Beach Rd.
Kinsale VA 22488-2029

Jeffery Chad Palmer
c/o Lewie G. Negrotto, IV, Esq.
2505 14th Street. Ste 500
Gulfport MS 39501-1959

Jeffery Chad Palmer
213 Mulligan Drive
Cape Carteret NC 28584-7444

Jennifer Densing
10555 Pak Cove
Biloxi MS 39532-8063

Jennifer Juan
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Initials: _RH_____

John D. Moore
301 Highland Park Cv, Ste B (39157)
P. O. Box 3344
Ridgeland MS 39158-3344

Jones Walker LLP
Attn: Mark Mintz
201 St Charles Avenue,
49th Floor
New Orleans LA 70170-5100

Josh Dodd
172 Rue Acadian
Belle Chasse LA 70037-4140

K&K MARINE
166 BAYOU BOEUF RD
MORGAN CITY LA 70380

Karen Taporco
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Kase Conveyors
Oscar G. Castillo
P.O. Box 1600
Whitney TX 76692-1600

Kase Conveyors
PO Box 1600
Whitney TX 76692-1600

Kelley Equipment Co. of Florida Inc.
4140 118th Ave
North Clearwater FL 33762-5133

Kelley Equipment Company of Florida, Inc
c/o Thomas J. Lutkewitte
Favret, Demarest, Russo & Lutkewitte, AP
1515 Poydras Street, Ste 1400
New Orleans LA 70112-4500

KELLY EQUIPMENT
1515 POYDRAS STREET STE 1400
NEW ORLEANS LA 70112

Initials: _RH_

Kent Gravois
22760 High Ridge
Vacherie LA 70090-4230

Kentwood Springs
ACG Acct 57225621238634
P.O. Box 660579
Dallas TX 75266-0579

Kimberly Jacobs
2505 14th Street, Ste. 500 Gulfport MS
39501-1959

LA MARINE TOWING
14491 E. MAIN ST.
CUT OFF LA 70345

LA Office Products
210 Edwards Ave
Harahan LA 70123-4296

Land Shaper Inc
P.O. Box 995
Gulfport MS 39502-0995

LAW OFFICES OF JOEL CARDIS, LLC
Acct No 3759732
2006 SWEDE RD STE 100 E.
NORRITON PA 19401

LEE TRACTOR CO.
10203 AIRLINE HWY ST.
ROSE LA 70087

LEVETT MECHANICAL
155 BAYOU DULARGE ROAD
HOUMA LA 70363

LIBERTY MUTUAL
400 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

Liberty Mutual Insurance Company
c/o Amy M. Bernadas
Krebs, Farley & Pelleteri, PLLC
400 Poydras St., Ste 2500
New Orleans LA 70130-3224

Initials: _____

Linfield, Hunter & Junius, Inc
3608 18th Street
Metairie LA 70002-3210

Linfield, Hunter & Junius, Inc.
3608 18th Street, Ste. 200
Metairie LA 70002-3210

Locus Group, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-6756

Louisiana Cat
P.O. Box 54942
New Orleans LA 70154-4942

Louisiana Department of Revenue
PO Box 3193
Baton Rouge LA 70821-3193

Louisiana Department of Revenue
Bankruptcy Section
P. O. Box 66658
Baton Rouge LA 70896-6658

Louisiana Workforce Commission
Attn: Legal Dept,
PO Box 94050
Baton Rouge LA 70804-9050

M2 GROUP, LLC
315 3RD STREET
BATON ROUGE LA 70801

M2 GROUP, LLC
12085 HWY 11
BELLE CHASSE LA 70037

Macina Bose Copeland & Associates, Inc
1035 Central Parkway North
San Antonio TX 78232-5024

Mark A. Mintz
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans LA 70170-5100

Initials: _RH_____

Mark Rody
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Mary and Nicholas Sciambra
31 Ravenwood Drive
Picayune MS 39466-8352

Mary Sciambra
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Mass P. Blackwell Jr.
36115 Lock One Road
Pearl River LA 70452-2431

Mass P. Blackwell
Three Duces, Inc. Blackwell Aggregates Inc
36115 Lock One Rd.
Pearl River LA 70452-2431

MASS TINKER BLACKWELL
36115 LOCK ONE RD.
PEARL RIVER LA 70452

McDonald Sanitation Services, LLC
P.O. Box 107
Thibodaux LA 70302-0107

MessageLabs, Inc
512 Seventh Avenue, 6th Floor
New York NY 10018-4603

Michel B. Moreno
1201 Camellia Blvd. Ste 300
Lafayette LA 70508-7228

Michel Moreno
c/o William P. Wessler
P.O. Box 175
Gulfport MS 39502-0175

Mike Evans Crane Services
1931 Bull Run Rd.
Schriever LA 70395-3015

Initials: _RH_____

Milton Jacobs, Jr. and Kimberly M. Jacob
43 Ravenwood Drive
Picayune MS 39466-8352

Milton R. Jacobs, Jr.
43 Ravenwood Drive
Picayune MS 39466-8352

Mine Assets Holding, LLC
c/o Haynes and Boone, LLP
1221 McKinney Street Ste 2100
Houston TX 77010-2020

Mine Assets Holding, LLC
c/o Byrd & Wiser
PO Drawer 1939
Biloxi MS 39533-1939

Mississippi Department of Revenue
Bankruptcy Section
P. O. Box 22808
Jackson MS 39225-2808

MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MKS Transport
19431 Paul Stein St.
Vacherie LA 70090-3331

Monica M. Bowen
42 Montfair Park Circle
The Woodlands TX 77382-2098

MURPHY CONSTRUCTION
1200 EAST ST BERNARD HWY
CHALMETTE LA 70043

NEFF RENTAL
10300 AIRLINE HWY ST.
ROSE LA 70087

Neff Rental, LLC
10300 Airline Highway St.
Rose LA 70087-3006

Initials: _____

NEFF RENTALS
10300 AIRLINE HWY ST.
ROSE LA 70087

NES EQUIPMENT
PO BOX 8500-1226
PHILADELPHIA PA 19178

NES Rentals
P.O. Box 8500-1226
Philadelphia PA 19178-0001

New Orleans Pelicans NBA, L.L.C.
Attn: Vicky Gerl Neumeyer
5800 Airline Drive
Metairie LA 70003-3876

Nexsen Pruet, LLC
Post Office Drawer 2426
Columbia SC 29202-2426

Nicholas Sciambra
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Office Depot
P. O. Box 88040
Chicago IL 60680-1040

Office of The United States Trustee
United States Courthouse
501 East Court Street Ste 6-430
Jackson MS 39201-5022

PAETEC - Windstream (GenDeg Tel)
P.O. Box 9001111
Louisville KY 40290-1111

Picayune Item
P.O. Box 580
Picayune MS 39466-0580

Piepho Moving & Storage, Inc.
4121 Highway 14
West Rochester MN 55901-6609

Initials: __R H__

Pitney Bowes
P.O. Box 371887
Pittsburgh PA 15250-7887

Pitney Bowes Global Financial Services L
27 Waterview Drive
Shelton CT 06484-4301

Plaquemines Parish Water
Dept P.O. Box 940
Belle Chasse LA 70037-0940

POLYDECK SCREEN CORPORATION
1790 DEWBERRY RD
SPARTANBURG SC 29307

Pro Temp, LLC
3201 General Degaulle Drive
New Orleans LA 70114-4002

PROFESSIONAL SERVICES IND
724 CENTRAL AVE
NEW ORLEANS LA 70121

Progressive Business Pubilications
370 Technology Dr.
PO Box 3019
Malvern PA 19355-0719

PSA Laboratory Furniture
2100 South Calhoun Road
New Berlin WI 53151-2218

Purchase Power--Pitney Bowes
P.O. Box 371874
Pittsburgh PA 15250-7874

PURCHASING INCENTIVES
P.O. BOX 118
PEARL RIVER LA 70452

Ranger Contracting, LLC
252 Pi Street
Belle Chasse LA 70037-1435

Ranger Contracting, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

Initials: _R H_

Raymond Wayne Meladine II
218 Alpha Street
Belle Chase LA 70037-1242

RED-D-ARC WELDERENTALS
18180 SWAMP RD
PRAIRIEVILLE LA 70769

REECO
1762 CANAL BLVD
THIBODAUX LA 70301

Reliable Controls Corp.
c/o Christopher Jones & Erin Stone
15 W. South Temple, Ste 1700
Salt Lake City UT 84101-1549

Reliable Controls Corp.
c/o Christopher Jones
Erin Stone Prince, Yeates & Geldzahler
15 W. South Temple, Ste 1700
Salt Lake City UT 84101-1549

Reliable Controls Corporation
Erin M. Stone, Prince, Yeates & Geldzahl
15 W. South Temple, Ste 1700
Salt Lake City UT 84101-1549

Reliable Controls Corporation
4568 South Highland Drive Ste 360
Salt Lake City UT 84117-4233

RETIF OIL
P.O. BOX 58349
NEW ORLEANS LA 70158

Retif Oil & Fuel
P.O. Box 62600 Dept 2000
New Orleans LA 70162-2600

Richard W. Cryar
217 North Columbia Street
Covington LA 70433-3245

RIVER BIRCH
2000 S. KENNER AVE
AVONDALE LA 70094

Initials: _R H_

Robert Alan Byrd
P.O. Box 1939
Biloxi MS 39533-1939

Robertson Roofing & Siding, Inc.
900 Woodland Hwy
Belle Chasse LA 70037-1633

Romar & Associates, Inc.
13019 Sarah's Lane
Houston TX 77015-6336

ROMAR AND ASSOC.
13019 SARAH'S LANE
HOUSTON TX 77015

Rowan Group
3201 General DeGaulle Dr. Ste 200
New Orleans LA 70114-4004

Rowan Group, LLC
Attn: Anna Steele
3201 General DeGaulle Drive, Ste 200
New Orleans LA 70114-4004

Rufus and Elizabeth M. Stallings
39 Ravenwood Drive
Picayune MS 39466-8352

Rufus Stallings
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Ryan Fitzgerald
739 Glencove Lane
Terrytown LA 70056-4427

Ryan L. Hess
12085 Hwy 11
Belle Chasse LA 70037-4223

S&M Trucking
289 Hwy 307
Thibodaux LA 70301-8642

Initials: _RH_____

SANTANDER Acct No xxx9022
PO BOX 105255
ATLANTA GA 30348

Scandurro & Layrisson, LLC
607 St. Charles Ave Ste 100
New Orleans LA 70130-3411

Schenck AccuRate Inc
746 E. Milwaukee St
Whitewater WI 53190-2125

Scott Atwell
3230 Range Court
Mandeville LA 70448-8494

Scott C. Williams
Manier & Herod P.C.
One Nashville Place, Ste.
2000 150 Fourth Ave.,
N. Nashville TN 37219-2415

SCOTT EQUIPMENT COMPANY
10176 AIRLINE HWY ST.
ROSE LA 70087

SEC c/o Crockett Lindsey
Asst. U.S. Attorney
1575 20th Avenue, 2nd Floor
Gulfport MS 39501-2040

Select Promotional Products
115 Maud Olive Dr
Belle Chasse LA 70037

Shale Support Services
105 Street A
Picayune MS 39466-5467

Shale Support Services, LLC
c/o Albert Derbes, IV
3027 Ridgelake Drive
P.O. Box 8176
Metairie LA 70011-8176

Shale Support Services, LLC
4023 Amb. Caffery Ste 200
Lafayette LA 70503-5268

Initials: _R H_

Softmart
P.O. Box 8500-52288
Philadelphia PA 19178-2288

SOUTHERN PIPE
59489 CAMP VILLERE RD
SLIDELL LA 70460

Southton Rail Yard, LLC
c/o William P. Wessler
PO Box 175
Gulfport MS 39502-0175

Spectrum Origination LLC
c/o Haynes and Boone, LLP
1221 McKinney Street Ste 2100
Houston TX 77010-2020

Spectrum Origination, LLC
1253 Springfield Ave., Ste. 201
New Providence NJ 07974-2931

Stephen Kevin Bowen
42 Montfair Park Circle
The Woodlands TX 77382-2098

Stim-Lab, Inc.
PO Box 841787
Dallas TX 75284-1787

Stone Hill Capital Management
885 Third Ave., 30th Fl
New York NY 10022-4834

Sun Coast Contracting Services, LLC
3201 Gen. DeGaulle Drive, Ste 200
New Orleans LA 70114-4004

SUN ELECTRIC
176 HICKORY AVE
NEW ORLEANS LA 70123

SUN ELECTRICAL
176 HICKORY AVE
NEW ORLEANS LA 70123

Initials: _RH_

SURETEC
9737 GREAT HILLS TRAIL
STE 320
AUSTIN TX 78759

SureTec Insurance Company
c/o Scott C. Williams
150 4th Ave. N., Ste. 2200
Nashville TN 37219-2494

T. Edward Cundick, Esq.
Prince, Yeates & Geldzahler, PC
15 W South Temple, Ste 1700
Salt Lake City UT 84101-1549

T. Russell Nobile
Wise Carter Child & Caraway
1105 30th Avenue, Ste 300
Gulfport MS 39501-1817

Tait Faulk
205 B Eastland Drive
Lafayette LA 70503-4205

Tait Faulk
24 Chatham Dr.
New Orleans LA 70122-2565

Team Pro-Tree, LLC
3201 General DeGaulle Dr.
New Orleans LA 70114-6756

Texas Workforce Commission
2102 W. Main Street
Grand Prairie TX 75050-5068

The Investment Group, Inc.
B. Franklin Martin, III
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans LA 70130-6029

THE LAW OFFICE OF JORDAN FELTON, PLLC
Acct No 6318
2990 RICHMOND AVE STE 144
HOUSTON TX 77098

Initials: _RH_

Tinker Blackwell
36115 Lock One Road
Pearl River LA 70452-2431

Tire Shack Inc
P.O. Box 264
Belle Chasse LA 70037-0264

Titan Rentals, LLC
261 Buccaneer Road
Belle Chasse LA 70037-4370

Titan Rentals, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

Tristan Manthey
Heller, Draper, Patrick & Horn, L.L.C.
650 Poydras Street, Ste 2500
New Orleans LA 70130-6103

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste 244
Gulfport MS 39501-2036

U.S. Securites and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road Ste 900
Atlanta GA 30326-1382

Uncle Bob's Self Storage
3200 General De Gaulle Drive
New Orleans LA 70114-6709

UNITED RENTALS
13249 AIRLINE HWY
GONZALES LA 70737

United States Trustee
501 East Court Street Ste 6-430
Jackson MS 39201-5022

Verizon Wireless
P.O. Box 660108
Dallas TX 75266-0108

Initials: _RH_____

Volvo Rents
P.O. Box 1075
Slidell LA 70459-1075

Weigh-Tec Inc.
P.O. Box 266
Decatur AL 35602-0266

WG FINANCING
Acct No 6318
2990 RICHMOND AVE STE 144
HOUSTON TX 77098

WHOLESALE ELECTRIC
2601 L AND A ROAD
METAIRIE LA 70001

William J. Little, Jr.
Lentz & Little, P.A. 2012
23rd Avenue
Gulfport MS 39501-2967

William P. Wessler
W. Gerry Wessler Attorneys at Law
1624 24th Avenue
Gulfport MS 39501-2969

William P. Wessler
1624 24th Avenue
Gulfport MS 39501-2969

B&H Aggregates LLC
3201 General DeGaulle Drive
New Orleans, LA 70114

Mississippi River Bank
8435 Hwy 23
Belle Chasse, LA 70037

Pearl River County Property Tax
PO Box 509
Poplarville, MS 39470

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468

Initials: _RH_____

City of New Orleans
PO Box 60047
New Orleans, LA 70160

Chase Bank
PO Box 9001022
Louisville, KY 40290-1022

Ahern Rentals
PO Box 271390
Las Vegas, NV 89127-1390

Alamo Building Specialties
16358 Nacogdoches Rd
San Antonio, TX 78247

All Staff Personnel Services Inc
P. O. Box 2324
Waco, TX 76703

Alpha Insulation & Waterproofing
P.O.Box 681656
Marietta, GA 30068

American Direct
11000 Lakeview Ave
Lenexa, KS 66219

American Marble and Granite
P.O. Box 715
Hewitt, TX 76643

AR-Case, Inc.
1007 West Ashby Place
San Antonia, TX 78212

Binswanger Glass
2410 Kemp Blvd,
Wichita Falls, TX 76309

Blue Cross Blue Shield LA - Group Payment
PO BOX 650007
Dallas, TX 75265-0007

BRAZOS MASONRY, INC
P.O.Box 23428
WACO, TX 76702

Initials: _____

Cain Fence Co.
973 Metro Media Place
Dallas, TX 75247

Capstone Mechanical
7100 Imperial Drive,
Waco, Texas 76712

CF Supply
P.O.Box 487,
WACO, TX 76703

Champion Site Prep, LP
455 State Hwy 195, Ste A
Georgetown, TX 78633

Cross Country Recycling, LLC
410 Hill Branch Road,
Ridgeville, SC 29472

Eagle Fabricators, Inc
P.O.Box 11669
Houston, TX 77293

East Coast Emergency Response, LLC
413 N. Railroad Ave
Beulaville, NC 28518

GeoPave
10210 Logan Cline Road
Gulfport, MS 39503

George-McKenna Electrical
2319 E. Grauwyler Rd.
Irving, TX 75061

Hensel Electric Company
501 Towne Oaks Drive
P.O. BOX 8438
Waco, TX 76714-8438

Hilti USA
Dept 0890
PO Box 120001
Dallas, TX 75312-0890

Initials: _____

Jones Walker L.L.P
201 St. Charles Ave,
New Orleans, LA 70170

Lake Air Interiors
503 Lake Air Drive
Waco, TX 76710

McCoy's Building Supply
4236 Franklin Ave,
Waco, TX 76710

Metalink
9201 Highway 183 South
Austin, TX 78747-2058

Modular Space Corporation
12603 Collections Center Drive
Chicago,IL 60693-0126

Over the Top Systems
2319 Patterson Indstrial Dr,
Pflugerville, TX 78660

Raba-Kistner Consultants, Inc.
Po Box 971037
Dallas, TX 75397-1037

Rabroker A/C & Plumbing
P.O.BOX 789
Belton, TX 76513

Safway Services, LLC
2621 Willowbrook Rd
 Dallas, TX 75235

Schneider Electric
P.O.Box 841868
Dallas, TX 75284-1868

Sherwin-Williams Co.
A/R Dept
5865 S. Cooper St
Arlington, TX 76017-4445

Simplex Grinnell LP
Dep. CH 10320
Palatine, IL 60055-0320

Initials: _RH_

Sleeper Sewell Insurance Services, Inc
12400 Coit Road, Ste 1100
Dallas, TX 75251-2039

Stain and Stamp Inc
P.O.Box 1512
Belton, TX 76513

Stonhard
P.O.Box 931947
Cleveland, OH 44193

T.A.S. Commercial Concrete
2727 LBJ Freeway, Ste 1000
Dallas, TX 75234

Texas Cutting & Coring, L.P.
17 Indian Meadows
Round Rock, TX 78664

Texas Mutual Insurance Company
attn: policy accounting
PO Box 841843
Dallas, TX 75284

Three Deuces
36115 Lock One Road
Pearl River, LA 70452

Thyssenkrupp Elevator
2801 Network Blvd Ste 700
Frisco, TX 75034

Tropical Contracting, LLC
6363 DeZavala #107
San Antonio, TX 78249

United Rentals Northwest,INC Credit Office #584
 PO BOX 100711
Atlanta,GA 30384-0711

Wausau Tile
P.O.Box 1520
Wausau, WI 54402

Initials: _____ R H

Sanders
PO Box 1169
Cleveland, MS  38732

TSB Ventures
698 Stonehill Road
Folsom, LA 70437

A&A Enterprises, Inc.
84 23rd Street
Kenner, LA 70062

Advance Industrial Products
2125 Whitney Avenue
Gretna, LA 70056

Aluma Systems Concrete Const.
PO Box 91473
Chicago, IL 60693

American Interstate
Insurace - 24759
PO Drawer 1570
Deridder, LA 70634-1570

Anthony Savarino
Crane & Rigging, Inc.
 1000 Justin Road
Metairie, LA 70001

Ashton Marine, LLC
1200 Peters Road
 Harvey, LA 70058

B. B. Construction, LLC
14513 Miscar Road
Kentwood, LA 70444

Bayou Concrete Pumping
PO Box 2933
LaPlace, LA 70069

Brumfield Welding
24541 Old Columbia Rd
Franklinton, LA 70438

Initials: _RH_

Canal Barge
P.O. Bo 62666
New Orleans, LA 70162

Central Scales & Controls
34624 LA Hwy 16 Ste B
Denham Springs, LA 70706

Cimation, LLC
PO Box 975539
Dallas, TX 75397-5539

CMC Capitol Steel
Dept. 1088
PO Box 121088
Dallas, TX 75312-1088

CMC Rebar
Dept 1088
PO Box 121088
Dallas, TX 75312-1088

CNH Capital America, LLC
P. O. Box 0507
Carol Stream, IL  60132-0507

Coastal Bridge CO, LLC
PO Box 14715
Baton Rouge, LA 70898

Coastal Logistics
PO BOX 82
Berwick, LA 70342

Coburn Supply Company, Inc.
Po Box 99001
Denham Springs, LA 70727

Conveying & Screening Machinery, Inc.
46391 HWY 16
Pine Grove, LA 70453

Cooper Consolidated
Dept# 1733
PO Box 11407
Birmingham, AL 35246-1733

Initials: _RH_

Denet Towing Service Inc
P.O. Box 307
Boothville, LA 70038

Dixie Mat & Hardwood
 Po Box 1276
Tupelo, MS 38802

EMCO Technologies
8900 South Choctaw Drive
Baton Rouge, LA 70815

Essex Crane Rental Corp.
PO Box 828648
Philadelphia, PA 19182-8648

Eustis Engineering Company Inc
14368 Creosote Road
Gulfport, MS 39503

The Giepert Law Firm
4603 S. Carrollton Avenue
New Orleans, LA 70119

Gulf Coast Bulk Handling LLC
10100 Hwy 65 South
Lake Providence, LA 71254

Gulf Coast Treated Piling & Timbers, Inc.
1417 Captain Cade Road
PO Box 120
Cade, LA 70519-0120

Hayward Baker Inc.
509 N Sam Houston Pkwy E, Ste 400
Houston, TX 77060

Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

Hensel Electric CO.
PO Box 8438
Waco, TX 76714

John W. Stone Dept 322
PO Box 4869
Houston, TX 77210-4869

Initials:  R H

Industrial Fabrics
510 O'neal Lane
Baton Rouge, LA 70819

L.B. Foster Company
P.O. Box 643343
Pittsburgh, PA 15264-3343

Lamco Transport, Inc
16460 Winborne Blvd
Prairieville, LA 70769

LeBlanc Brothers Ready-Mix, Inc.
PO Box 13
Paincourtville, LA 70391

Louisiana Machinery
PO Box 54942
New Orleans, LA 70154

McLain Plumbing and Electric Service Inc
P. O. Box 604
Philadelphia, MS 39350

Mike Evans Crane Services
1931 Bull Run Rd.
Schriever, LA 70395

Mississippi River Equipment
Po Box 249
Norco, LA 70079

Phoenix Process Equipment Company
2402 Watterson Trail
Louisville, KY 40299

Polydeck Screen Corporation
1790 Dewberry Road
Spartanburg, SC 29307

Professional Application Services Inc
P.O. Box 82428
Baton Rouge, LA 70884

Water & Sewer Products, Inc.
Po Box 9318
Westwego, LA 70094

Initials: _____

B&B Capital Ventures, Inc,
5510 W. La Salle Street,
Tampa, FL 33607

ACS Student Loans
PO Box 371821,
Pittsburg, PA 15250

IberiaBank
Attn: Kenneth Hawkins
200 West Congress
Lafayette, LA 70501

Hanover Insurance
Attn Mr. Jay Kern
Simon Peragine Smith Redfearn
1100 Poydras, 30th Floor
New Orleans, LA 70163

Albert J. Derbes, IV on behalf of Interested Party Shale Support Services, L.L.C.
ajdiv@derbeslaw.com, derbespacer@gmail.com

Patrick S. Garrity on behalf of Interested Party Richard W. Cryar
pgarrity@steffeslaw.com, schassaing@steffeslaw.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
amanda.b.george@usdoj.gov

Ronald J. Hof
la44@ecfcbis.com

David J. Krebs on behalf of Creditor Liberty Mutual Insurance Company
dkrebs@kfplaw.com

Robert A. Mathis on behalf of Creditor JPMorgan Chase Bank, N.A.
rmathis@newmanmathis.com

William T. McNew on behalf of Creditor JOHN DEERE CONSTRUCTION &
FORESTRY COMPANY
wmcnew@mkmblaw.com

Anthony J. Russo, Jr. on behalf of Creditor Bank of America, N.A.
tonyrusso@sszblaw.com

Seth J. Smiley on behalf of Petitioning Creditor Bottom Line Equipment, LLC
ssmiley@wolfelaw.com, firm@wolfelaw.com

Initials: _____

Seth J. Smiley on behalf of Petitioning Creditor Wholesale Electric Supply of
Houston ssmiley@wolfelaw.com, firm@wolfelaw.com

Timothy Thriffiley on behalf of Creditor Atlas Boats, Inc.
TThriffiley@pivachlaw.com, Mmajchrzak@pivachlaw.com

Karen E. Trevathan on behalf of Petitioning Creditor Bank of the West
karen@ketlaw.com, pooky@ketlaw.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Gregory J. Walsh on behalf of Creditor Santander Consumer USA, Inc., an
assignee of GEMB Lending, Inc.
greg@sundmakerfirm.com, jennifer@sundmakerfirm.com

Jack K. Whitehead, Jr. on behalf of Creditor Mass P. "Tinker" Blackwell, Jr.
jwhitehead@whitehead-law.com, jbishop@whitehead-
law.com;paralegal@whitehead-law.com

Nicholas Jacob Zeringue on behalf of Petitioning Creditor K&K Marine, LLC
njz@zeringuelawgroup.com, assistant@zeringuelawgroup.com

Under penalty of perjury I declare that I have no other creditors or parties in
interest other than those listed in the preceding 36 pages.

Dated April 8, 2015 in New Orleans, Louisiana.

_____
Ryan L. Hess, Debtor

Initials: _____