LAEB ntc90day (from Official Form B204 (Form 204) (08/07))

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Louisiana**

| | |
|---|---|
| In re<br><br>Ryan L Hess<br><br>Debtor(s) | Case No. 15−10016<br><br>Chapter 7 |

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

    The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below.

CLAIMS MUST BE FILED ON OR BEFORE: **July 16, 2015**

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    There is no fee for filing the proof of claim.

    Creditors may download the proof of claim form from the court's website at www.laeb.uscourts.gov/Forms/Forms.htm.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| Address of the Bankruptcy Court<br><br>Clerk, U.S. Bankruptcy Court<br>500 Poydras Street, Room B−601<br>New Orleans, Louisiana 70130−3386<br><br>(504) 589−7878 | Sheila Booth<br><br>Clerk of the Bankruptcy Court<br><br><br>Date: 4/14/15 |

```
                         United States Bankruptcy Court
                          Eastern District of Louisiana
In re:                                                         Case No. 15-10016-JAB
Ryan L Hess                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 053L-2          User: admin                Page 1 of 8                  Date Rcvd: Apr 14, 2015
                              Form ID: 1672              Total Noticed: 395


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2015.
db             +Ryan L Hess,    12085 Highway 11,    Belle Chasse, LA 70037-4223
smg            +Collector of Revenue,    City of New Orleans,    Department of Finance,
                 1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,     Collection Division/Bankruptcy Section,    P. O. Box 66658,
                 Baton Rouge, LA 70896-6658
smg             U. S. Attorney’s Office,    Eastern District of Louisiana,    650 Poydras Street,   Suite 1600,
                 New Orleans, LA 70130-7212
cr             +Atlas Boats, Inc.,    c/o Timothy Thriffiley, Esq.,    P.O. Box 7125,
                 Belle Chasse, LA 70037-7125
ptcrd          +Bottom Line Equipment, LLC,    10260 Airline Highway,    St. Rose, LA 70087-3004
cr             +JOHN DEERE CONSTRUCTION & FORESTRY COMPANY,    McNew, King, Mills, Burch & Landry, LLP,
                 c/o William T. McNew,    2400 Forsythe Ave., Ste 2,    Monroe, LA 71201-2997
cr            #+JPMorgan Chase Bank, N.A.,    c/o Robert A. Mathis,    212 Veterans Blvd.,
                 Metairie, LA 70005-3047
cr             +Mass P. "Tinker" Blackwell, Jr.,    36115 Lock One Road,    Pearl River, LA 70452-2431
cr             +Santander Consumer USA, Inc., an assignee of GEMB,     The Sundmaker Firm, LLC,
                 336 Lafayette Street, Suite 301,    New Orleans, LA 70130-3265
intp           +Shale Support Services, L.L.C.,    4023 Ambassador Caffery,    Suite 200,
                 Lafayette, LA 70503-5268
ptcrd          +Wholesale Electric Supply of Houston,    4040 Gulf Freeway,    Houston, TX 77004-2599
3304399        +A&A Enterprises, Inc.,    84 23rd Street,    Kenner, LA 70062-4831
3304443        +ACS Student Loans,    PO Box 371821,,   Pittsburg, PA 15250-7821
3304066         AHG Solutions, LLC,    c/o Tristan Manthey, Esq.,    Heller Draper Patrick Horn & Dabney LLC,
                 650 Poydras St., Ste. 2500,    New Orleans LA 70130-6175,    AHG Solutions LLC
3304071        +ALUMA SYSTEMS CONCRETE,    PO BOX 91473,    CHICAGO IL 60693-1473
3304359        +AR-Case, Inc.,    1007 West Ashby Place,    San Antonia, TX 78212-3814
3304076         ARC LA Gulf Coast,    P. O. Box 203890,    Dallas TX 75320-3890
3304079        +ATLAS BOATS,    PO BOX 7125,    BELLE CHASSE LA 70037-7125
3304082        +ATOKA, INC,    2695 AIRPORT ROAD,    HOT SPRINGS AR 71913-9272
3304062         Acton Mobile Industries,    5561 Todd Acres Drive,    Mobile AL 36619-9281
3304400        +Advance Industrial Products,    2125 Whitney Avenue,    Gretna, LA 70056-2695
3304063         Advanced Inc Group,    DBA Advanced Fiberglass,    P.O. Box 969,    Gray LA 70359-0969
3304064         Advanced Inc Group,    1900 West Main Street,    Schriever, LA 70395
3304065         Aflac,   Attn: RPS Department,    1932 Wynnton Rd.,    Columbus GE 31999-0002
3304353         Ahern Rentals,    PO Box 271390,    Las Vegas, NV 89127-1390
3304354        +Alamo Building Specialties,    16358 Nacogdoches Rd,    San Antonio, TX 78247-1005
3304068         Albert Butler,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304069         Albert J. Derbes, IV,    The Derbes Law Firm, LLC,    3027 Ridgelake Drive,
                 Metairie LA 70002-4924
3304067        #+Albert and Barbara Butler,    50 Ravenwood Drive,    Picayune MS 39466-8328
3304355        +All Staff Personnel Services Inc,    P. O. Box 2324,    Waco, TX 76703-2324
3304070         Alliance Consulting Group, L.L.C.,    3201 General DeGaulle Drive Ste 200,
                 New Orleans LA 70114-4004
3304356        +Alpha Insulation & Waterproofing,    P.O.Box 681656,    Marietta, GA 30068-0028
3304072         Aluma Systems Concrete Const.,    P.O. Box 91473,    Chicago IL 60693-1473
3304073         Amber Hess,    12085 Hwy 11,   Belle Chasse LA 70037-4223
3304357        +American Direct,    11000 Lakeview Ave,    Lenexa, KS 66219-1311
3304402         American Interstate,    Insurace - 24759,    PO Drawer 1570,    Deridder, LA 70634-1570
3304358        +American Marble and Granite,    P.O. Box 715,    Hewitt, TX 76643-0715
3304074         American Welding & Safety Supply, Inc.,    19183 Hwy 43,    Kiln MS 39556-8391
3304075         Andrew Densing,    10555 Pak Cove,    Biloxi MS 39532-8063
3295183        +Anthony J. Russo, Jr.,    Seale, Smith, Zuber & Barnette,    8550 United Plaza Blvd., Suite 200,
                 Baton Rouge, LA 70809-2256
3304403        +Anthony Savarino,    Crane & Rigging, Inc.,    1000 Justin Road,    Metairie, LA 70001-5961
3304077         Argo Partners,    12 W 37th St 9th Fl,    New York NY 10018-7381
3304078         Ashton Marine, LLC,    1200 Peters Road,    Harvey LA 70058-1754
3304080         Atlas Boats Incorporated,    P.O. Box 944,    Belle Chasse LA 70037-0944
3295841        +Atlas Boats, Inc.,    c/o Timothy Thriffiley,    P.O. Box 7125,    Belle Chasse, LA 70037-7125
3304081         Atlas Boats, Inc.,    c/o Timothy Thriffiley, Esq.,    Pivach, Pivach, Hufft,& Thriffiley,
                 P.O. Box 7125,    Belle Chasse LA 70037-7125
3304083         B W Resources, LLC,    P.O. Box 1600,    Whitney TE 76692-1600
3304347        +B&H Aggregates LLC,    3201 General DeGaulle Drive,    New Orleans, LA 70114-6756
3304405        +B. B. Construction, LLC,    14513 Miscar Road,    Kentwood, LA 70444-3957
3304084         B. Franklin Martin, III,    McGlinchey Stafford, P LLC,    901 Poydras Street, 12th Floor,
                 New Orleans LA 70112-1017
3304085        +BANK OF AMERICA,    Acct No xxxx2812,    PO BOX 5170,    SIMI VALLEY CA 93062-5170
3304091        +BLACK PRAIRIE TRACTOR & TRAILOR,    901 HWY 45 N,    COLUMBUS MS 39701-3305
3304093        +BOTTOM LINE EQUIPMENT,    10260 AIRLINE HWY,    ST ROSE LA 70087-3004
3304362        +BRAZOS MASONRY, INC,    P.O.Box 23428,    WACO, TX 76702-3428
3295182        #+Bank of America, N.A,    400 National Way,    Mail Stop: CA6-919-01-23,
                 Simi Valley, CA 93065-6414
3304086         Barbara Butler,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304406        +Bayou Concrete Pumping,    PO Box 2933,    LaPlace, LA 70069-2933
3304087         Bean Excavating and Dirt, LLC,    18370 Fenton Dedeaux Rd.,    Kiln MS 39556-6636
```

```
District/off: 053L-2          User: admin               Page 2 of 8             Date Rcvd: Apr 14, 2015
                              Form ID: 1672             Total Noticed: 395


3304088       Beerman Precision, Inc.,    P.O. Box 6018,    Metairie LA 70009-6018
3304089       Benjamin Pettiette,    2505 14th Street, Ste. 500 Gulfport,,    MS 39501-1959
3304090       Benjamin Pettiette,    54 Ravenwood Drive,    Picayune MS 39466-8328
3304360      +Binswanger Glass,    2410 Kemp Blvd,,    Wichita Falls, TX 76309-5349
3304092       Blue Cross Blue Shield,    P.O. Box 650007,    Dallas TX 75265-0007
3304361       Blue Cross Blue Shield LA - Group Payment,    PO BOX 650007,    Dallas, TX 75265-0007
3304095       Brenda Rody,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304094       Brenda and Mark Rody,    58 Ravenwood Drive,    Picayune MS 39466-8328
3304407      +Brumfield Welding,    24541 Old Columbia Rd,    Franklinton, LA 70438-2667
3304096       C&S Safety Systems of Louisiana,    2404 Hwy 14,    New Iberia LA 70560-8394
3304097      +CANAL BARGE,    835 UNION ST,    NEW ORLEANS LA 70112-1469
3304098      +CAPSTONE MECHANICAL,    7100 IMPERIAL DR,    WACO TX 76712-6817
3304365      +CF Supply,    P.O.Box 487,,    WACO, TX 76703-0487
3304100       CHAFFE MCCALL, LLP,    2300 ENERGY CENTRE,    NEW ORLEANS LA 70163
3304102      +CIMATION,    111 VETERANS MEMORIAL BLVD,    METAIRIE LA 70005-3038
3304103      +CIMSCO, INC,    1840 L AND A ROAD,    METAIRIE LA 70001-6237
3304411       CMC Capitol Steel,    Dept. 1088,    PO Box 121088,    Dallas, TX 75312-1088
3304412       CMC Rebar,    Dept 1088,    PO Box 121088,    Dallas, TX 75312-1088
3304413       CNH Capital America, LLC,    P. O. Box 0507,    Carol Stream, IL 60132-0507
3304104      +COASTAL LOGISTICS,    800 DAVID DR,    MORGAN CITY LA 70380-1396
3304105      +COBURN’S,    PO BOX 99001,    DEHAM SPRINGS LA 70727-9001
3304108      +COMPRESSED AIR SYSTEMS,    205 Gunther Lane,    BELLE CHASSE LA 70037-3157
3304109      +CRAWFORD SUPPLY,    200 L AND A RD,    METAIRIE LA 70001-6267
3304111      #CST Industries Inc,    dba Columbian Tectank,    9701 Renner Blvd Ste 150,    Lenexa KS 66219-8116
3304363      +Cain Fence Co.,    973 Metro Media Place,    Dallas, TX 75247-4730
3304408      +Canal Barge,    P.O. Bo 62666,    New Orleans, LA 70162-2666
3304364      +Capstone Mechanical,    7100 Imperial Drive,,    Waco, Texas 76712-6817
3304099       Casafin II, LLC,    4023 Amb. Caffery Ste 200,    Lafayette LA 70503-5268
3304409      +Central Scales & Controls,    34624 LA Hwy 16 Ste B,    Denham Springs, LA 70706-0666
3304366      +Champion Site Prep, LP,    455 State Hwy 195, Ste A,    Georgetown, TX 78633-4670
3304101       Christopher J. Battaglia,    Halperin Battaglia Raicht, LLP,    40 Wall Street - 37th Floor,
               New York NY 10005-1381
3304410       Cimation, LLC,    PO Box 975539,    Dallas, TX 75397-5539
3304414      +Coastal Bridge CO, LLC,    PO Box 14715,    Baton Rouge, LA 70898-4715
3304415      +Coastal Logistics,    PO BOX 82,    Berwick, LA 70342-0082
3304416      +Coburn Supply Company, Inc.,    Po Box 99001,    Denham Springs, LA 70727-9001
3304107       Columbian TecTank,    P.O. Box 875042,    Kansas City MO 64187-5042
3304417      +Conveying & Screening Machinery, Inc.,    46391 HWY 16,    Pine Grove, LA 70453-7716
3304418       Cooper Consolidated,    Dept# 1733,    PO Box 11407,    Birmingham, AL 35246-1733
3304110       Creole Technologies, Inc.,    320 Clearview Parkway,    Metairie LA 70001-4623
3304367      +Cross Country Recycling, LLC,    410 Hill Branch Road,,    Ridgeville, SC 29472-8634
3304112       Cynthia A. Henry,    5304 Woodstream Dr,    Marrero LA 70072-6648
3304113       Cypress Glen Holdings, LLC,    14141 Airline Hwy, Bldg. 1, Ste U,    Baton Rouge LA 70817-6241
3304115      +DATATEL,    11439 PENNYWOOD AVE,    BATON ROUGE LA 70809-4276
3304117      +DAVID O’REILLY ENGINEERING,    518 SOUTH RAMPART ST,    NEW ORLEANS LA 70113-3110
3304124       DP1 Design, LLC,    P.O. Box 24333,    New Orleans LA 70184-4333
3304118       David O’Reilly Engineering,    518 S. Rampart St.,    New Orleans LA 70113-3110
3304119       David O’Reilly Engineering Consultants,    5003 Tchoupitoulas Street,
               New Orleans LA 70115-1706
3304120       David Taporco,    2505 14th Street, Ste. 500 Gulfport,    MS 39501-1959
3304116      #David and Karen Taporco,    4109 Thoroughgood Drive,    Virginia Beach VA 23455-4434
3304419      +Denet Towing Service Inc,    P.O. Box 307,    Boothville, LA 70038-0307
3304420      +Dixie Mat & Hardwood,    Po Box 1276,    Tupelo, MS 38802-1276
3304122       Donald Juan,    2505 14th Street, Ste. 500 Gulfport,    MS 39501-1959
3304123       Donald S. and Jennifer R. Juan,    57 Ravenwood Drive,    Picayune MS 39466-8352
3304126       Dust Control & Loading Systems, Inc.,    Alec Amstutz,    P.O. Box 125,
               Charlevoix MI 49720-0125
3304125       Dust Control & Loading Systems, Inc.,    P.O. Box 125,    Charlevoix MI 49720-0125
3304128       E-Co Systems, LLC,    3201 General DeGaulle Dr.,    New Orleans LA 70114-6756
3304127      #E-Co Systems, LLC,    5821 Plauche St.,    Harahan LA 70123-4121
3304132      +ELLE INVESTMENTS,    4023 AMB. CAFFERY PKWY,    STE 200,    LAFAYETTE LA 70503-5268
3304421      +EMCO Technologies,    8900 South Choctaw Drive,    Baton Rouge, LA 70815-8813
3304135      +ENTERPRISE DRU DAMAGE RECOVERY,    Acct No xxx9732,    2006 SWEDE RD STE 100,
               E. NORRITON PA 19401-1787
3304136      +EQUIPCO, LLC,    1793 JULIA ST.,    NEW ORLEANS LA 70113-3308
3304138       ES&H,    UNKNOWN,    UNKNOWN LA 70114
3304368      +Eagle Fabricators, Inc,    P.O.Box 11669,    Houston, TX 77293-1669
3304369      +East Coast Emergency Response, LLC,    413 N. Railroad Ave,    Beulaville, NC 28518-8742
3304129       Elizabeth Stallings,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304131       Elle Development, LLC,    4023 Amb. Caffery Ste 200,    Lafayette LA 70503-5268
3304130       Elle Development, LLC,    c/o William P. Wessler,    P.O. Box 175,    Gulfport MS 39502-0175
3304133       Elle Investments, LLC,    c/o William P. Wessler,    P.O. Box 175,    Gulfport MS 39502-0175
3304134       Encore Enviromental & Safety, LLC,    1190 LaHaye Road,    Mamou LA 70554-4823
3304137       Equity Partners HG, LLC,    16 N. Washington Street, Ste 102,    Easton MD 21601-3196
3304422       Essex Crane Rental Corp.,    PO Box 828648,    Philadelphia, PA 19182-8648
3304423      +Eustis Engineering Company Inc,    14368 Creosote Road,    Gulfport, MS 39503-4297
3304139      +FASTENAL,    703 HWY 90 EAST BUILDING A,    NEW IBERIA LA 70560-0845
3304140      +FASTENERS, INC,    800 DAKIN STREET,    JEFFERSON LA 70121-3003
3304146      +FLYING H TRUCKING,    3201 GENERAL DEGAULLE DR,    NEW ORLEANS LA 70114-6756
3304149       FMT AGGREGATE,    1244 PETERS ROAD,    HARVEY LA 70058
```

```
District/off: 053L-2          User: admin                Page 3 of 8                 Date Rcvd: Apr 14, 2015
                              Form ID: 1672              Total Noticed: 395


3301172        +FMT Aggregate, LLC,    2360 5th Street,    Mandeville, Louisiana 70471-1861
3304141         FedEx,   P.O. Box 660481,    Dallas TX 75266-0481
3302920        +Fernand L. Laudumiey, IV,    Gordon, Arata, McCollam, Duplantis & Eag,
                 201 St Charles Avenue, Suite 4000,    New Orleans, Louisiana 70170-1006
3304142         Fiberglass Unlimited, Inc,    960 Hwy 652,    Raceland LA 70394-2321
3304143         Fiberglass Unlimited, Inc.,    c/o Karl J. Zimmermann,    Baldwin Haspel Burke & Mayer, LLC,
                 1100 Poydras Street, Ste 3600,    New Orleans LA 70163-3605
3304350         First Insurance Funding Corp,    PO Box 66468,    Chicago, IL 60666-0468
3304148         Flying H Trucking, LLC,    c/o John M. Dubreuil,    Daigle Fisse & Kessenich,    227 Highway 21,
                 Madisonville LA 70447-9677
3304147         Flying H Trucking, LLC c/o John M. Dubreuil,    227 Highway 21,    Madisonville LA 70447-9677
3304151         Frac Diamond Aggregates,    3201 General DeGaulle Drive,    New Orleans LA 70114-6756
3304153         Frac Diamond Aggregates, LLC,    1201 Camellia Blvd. Ste 300,    Lafayette LA 70508-7228
3304152         Frac Diamond Aggregates, LLC,    1414 Airline Hwy.,    Bldg. 1, Ste U,    Baton Rouge LA 70805
3304154         Frantz Marine Corporation, Inc.,    139 Acadian Lane,    Mandeville LA 70471-1789
3304155         Frederick L. Bunol, IV,    The Derbes Law Firm, LLC,    3027 Ridgelake Drive,
                 Metairie LA 70002-4924
3304156         Fuzion Equities, LLC,    14141 Airline Hwy, Bldg. 1, Ste U,    Baton Rouge LA 70817-6242
3304157         G E Capital,    P.O. Box 740423,    Atlanta GA 30374-0423
3304160        +GAS AND SUPPLY,    125 THURWAY PARK,    BROUSSARD LA 70518-3601
3304162        +GERARD DANIEL WORLDWIDE,    PO BOX 62869,    BALTIMORE MD 21264-2869
3304164        +GERDAU AMERISTEEL,    212 VETERANS BLVD,    METAIRIE LA 70005-3047
3304166        #GERDAU AMERISTEEL, US, INC.,    Attn: Joseph E. Flick, Jr.,    NEWMAN, MATHIS, BRADY & SPEDALE,
                 212 Veterans Blvd.,    Metairie LA 70005-3047
3304171        +GULF COAST BULK HANDLING,    10100 HWY 65,    SOUTH LAKE PROVIDENCE LA 71254-4019
3304174         GULF INLAND,    216 INDUSTRIAL AVENUE B,    HOUMA LA 70363
3304158         Gary L. Hess,    107 Langridge Dr,    Belle Chasse LA 70037-4421
3304159         Gary Lane Hess and Karla S. Hess,    c/o John M. Dubreuil,    Daigle Fisse & Kessenich,
                 227 Highway 21,    Madisonville LA 70447-9677
3304370        +GeoPave,    10210 Logan Cline Road,    Gulfport, MS 39503-4632
3304371        +George-McKenna Electrical,    2319 E. Grauwyler Rd.,    Irving, TX 75061-3399
3304161         Gerald Duane Crump, Jr.,    2153 Winifred St.,    Metairie LA 70003
3304167         Gilson Company, INC,    P.O. Box 337,    Powell OH 43065-0337
3304168        #Green Field Energy Services, Inc.,    Attn: Earl Blackwell,    4023 Amb. Caffery Parkway Ste #200,
                 Lafayette LA 70503-5268
3304169         Greenberg Traurig, LLP,    2200 Ross Ave Ste 5200,    Dallas TX 75201-2794
3304170         Guardian Computer LLC,    4300 S I-10 Service Rd Ste. 210,    Metairie LA 70001-7434
3304172         Gulf Coast Office Products Inc,    5801 River Oaks Road South,    New Orleans LA 70123-2170
3304176         H&H Aggregates, LLC,    3201 General DeGaulle Dr.,    New Orleans LA 70114-6756
3304177         H&H Trucking, LLC,    3201 General DeGaulle Drive,    New Orleans LA 70114-4004
3304178        +HANOVER INSURANCE,    111 VETERANS MEMORIAL BLVD,    METAIRIE LA 70005-4919
3304179        +HANSON PIPE,    13201 OLD GENTILLY ROAD,    NEW ORLEANS LA 70129-2205
3304181        +HESS FARMS,    3201 GENERAL DEGAULLE,    NEW ORLEANS LA 70114-4004
3304183        +HUEY STOCKSTILL/HSI,    PO BOX 758,    PICAYUNE MS 39466-0758
3304445        +Hanover Insurance,    Attn Mr. Jay Kern,    Simon Peragine Smith Redfearn,
                 1100 Poydras, 30th Floor,    New Orleans, LA 70163-1101
3304427        +Hayward Baker Inc.,    509 N Sam Houston Pkwy E, Ste 400,    Houston, TX 77060-4130
3304180         Heller Draper Patrick Horn & Dabney, LLC,    650 Poydras Street Ste 2500,
                 New Orleans LA 70130-6175
3304429        +Hensel Electric CO.,    PO Box 8438,    Waco, TX 76714-8438
3304372         Hensel Electric Company,    501 Towne Oaks Drive,    P.O. BOX 8438,    Waco, TX 76714-8438
3304428         Hertz Equipment Rental,    PO Box 650280,    Dallas, TX 75265-0280
3304182         Hess Farms,    3201 General Degaulle Drive,    New Orleans LA 70114-4004
3304373         Hilti USA,    Dept 0890,    PO Box 120001,    Dallas, TX 75312-0890
3304185        +INTEGRATED PRO SERVICES, LLC,    9107 HWY 23,    BELLE CHASSE LA 70037-2140
3304189         IRS,   c/o Crockett Lindsey Asst.,    U.S. Attorney,    1575 20th Avenue, 2nd Floor,
                 Gulfport MS 39501-2040
3304184         Industrial Accessories Company,    P.O. Box 414178,    Kansas City MO 64141-4178
3304431        +Industrial Fabrics,    510 O'neal Lane,    Baton Rouge, LA 70819-3600
3304190         J. Chris Condren Pierce,    Couch Hendrickson Baysinger Green,    P.O. Box 26350,
                 Oklahoma City OK 73126-0350
3286308        #+JPMorgan Chase Bank, NA,    c/o Robert A. Mathis, Esq.,    Newman, Mathis, Brady & Spedale,
                 212 Veterans Boulevard,    Metairie, Louisiana 70005-3047
3304191         James A. McCullough, II,    Brunini, Grantham, Grower & Hewes, PLLC,    P O. Drawer 119,
                 Jackson MS 39205-0119
3304192         James C. Simpson, Jr.,    Wise Carter Child & Caraway,    1105 30th Aveenue, Ste 300,
                 Gulfport MS 39501-1817
3304193         Jeff Bartlam,    604 Springield Beach Rd.,    Kinsale VA 22488-2029
3304194         Jeffery Chad Palmer,    c/o Lewie G. Negrotto, IV, Esq.,    2505 14th Street. Ste 500,
                 Gulfport MS 39501-1959
3304195         Jeffery Chad Palmer,    213 Mulligan Drive,    Cape Carteret NC 28584-7444
3304196         Jennifer Densing,    10555 Pak Cove,    Biloxi MS 39532-8063
3304197         Jennifer Juan,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304198         John D. Moore,    301 Highland Park Cv, Ste B (39157),    P. O. Box 3344,
                 Ridgeland MS 39158-3344
3284987        +John Deere Construction & Forestry Company,    c/o William T. McNew,
                 McNew, King, Mills, Burch & Landry, LLP,    2400 Forsythe Ave., Ste 2,
                 Monroe, Louisiana 71201-2997
3304430         John W. Stone Dept 322,    PO Box 4869,    Houston, TX 77210-4869
3304374        +Jones Walker L.L.P,    201 St. Charles Ave,,    New Orleans, LA 70170-5100
```

```
District/off: 053L-2          User: admin                  Page 4 of 8                   Date Rcvd: Apr 14, 2015
                              Form ID: 1672                Total Noticed: 395


3304199          Jones Walker LLP,    Attn: Mark Mintz,    201 St Charles Avenue,,    49th Floor,
                  New Orleans LA 70170-5100
3304200          Josh Dodd,    172 Rue Acadian,    Belle Chasse LA 70037-4140
3304201         +K&K MARINE,    166 BAYOU BOEUF RD,    MORGAN CITY LA 70380-7921
3304207         +KELLY EQUIPMENT,    1515 POYDRAS STREET STE 1400,     NEW ORLEANS LA 70112-4500
3304202          Karen Taporco,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304203          Kase Conveyors,    Oscar G. Castillo,    P.O. Box 1600,    Whitney TX 76692-1600
3304204          Kase Conveyors,    PO Box 1600,    Whitney TX 76692-1600
3304205          Kelley Equipment Co. of Florida Inc.,    4140 118th Ave,    North Clearwater FL 33762-5133
3304206          Kelley Equipment Company of Florida, Inc,    c/o Thomas J. Lutkewitte,
                  Favret, Demarest, Russo & Lutkewitte, AP,    1515 Poydras Street, Ste 1400,
                  New Orleans LA 70112-4500
3304208          Kent Gravois,    22760 High Ridge,    Vacherie LA 70090-4230
3304210          Kimberly Jacobs,    2505 14th Street, Ste. 500 Gulfport MS,    39501-1959
3304432          L.B. Foster Company,    P.O. Box 643343,    Pittsburgh, PA 15264-3343
3304211         +LA MARINE TOWING,    14491 E. MAIN ST.,    CUT OFF LA 70345-2205
3304212          LA Office Products,    210 Edwards Ave,    Harahan LA 70123-4296
3304214         +LAW OFFICES OF JOEL CARDIS, LLC,    Acct No 3759732,    2006 SWEDE RD STE 100 E.,
                  NORRITON PA 19401-1787
3304215         +LEE TRACTOR CO.,    10203 AIRLINE HWY ST.,    ROSE LA 70087-3005
3304216          LEVETT MECHANICAL,    155 BAYOU DULARGE ROAD,    HOUMA LA 70363
3304217         +LIBERTY MUTUAL,    400 POYDRAS ST STE 2500,    NEW ORLEANS LA 70130-3224
3304375         +Lake Air Interiors,    503 Lake Air Drive,    Waco, TX 76710-5839
3304433         +Lamco Transport, Inc,    16460 Winborne Blvd,    Prairieville, LA 70769-5874
3304213          Land Shaper Inc,    P.O. Box 995,    Gulfport MS 39502-0995
3304434         +LeBlanc Brothers Ready-Mix, Inc.,    PO Box 13,    Paincourtville, LA 70391-0013
3304218          Liberty Mutual Insurance Company,    c/o Amy M. Bernadas,    Krebs, Farley & Pelleteri, PLLC,
                  400 Poydras St., Ste 2500,    New Orleans LA 70130-3224
3300864         +Liberty Mutual Insurance Company,    ATTN: Rudy Dominguez,
                  8350 N. Central Expressway, Suite 850,    Dallas, TX 75206-1607
3304219          Linfield, Hunter & Junius, Inc,    3608 18th Street,    Metairie LA 70002-3210
3304220          Linfield, Hunter & Junius, Inc.,    3608 18th Street, Ste. 200,    Metairie LA 70002-3210
3304221          Locus Group, LLC,    3201 General DeGaulle Drive,    New Orleans LA 70114-6756
3304222          Louisiana Cat,    P.O. Box 54942,    New Orleans LA 70154-4942
3304224          Louisiana Department of Revenue,    Bankruptcy Section,    P. O. Box 66658,
                  Baton Rouge LA 70896-6658
3304223          Louisiana Department of Revenue,    PO Box 3193,    Baton Rouge LA 70821-3193
3304435         +Louisiana Machinery,    PO Box 54942,    New Orleans, LA 70154-4942
3304226         +M2 GROUP, LLC,    315 3RD STREET,    BATON ROUGE LA 70801-1308
3304227         +M2 GROUP, LLC,    12085 HWY 11,    BELLE CHASSE LA 70037-4223
3304235         +MASS TINKER BLACKWELL,    36115 LOCK ONE RD.,    PEARL RIVER LA 70452-2431
3304247          MKS Transport,    19431 Paul Stein St.,    Vacherie LA 70090-3331
3304249         +MURPHY CONSTRUCTION,    1200 EAST ST BERNARD HWY,    CHALMETTE LA 70043-5432
3304228          Macina Bose Copeland & Associates, Inc,    1035 Central Parkway North,
                  San Antonio TX 78232-5024
3304229          Mark A. Mintz,    Jones Walker LLP,    201 St. Charles Avenue, 49th Floor,
                  New Orleans LA 70170-5100
3304230          Mark Rody,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304232          Mary Sciambra,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304231          Mary and Nicholas Sciambra,    31 Ravenwood Drive,    Picayune MS 39466-8352
3304234          Mass P. Blackwell,    Three Duces, Inc. Blackwell Aggregates I,    36115 Lock One Rd.,
                  Pearl River LA 70452-2431
3304233          Mass P. Blackwell Jr.,    36115 Lock One Road,    Pearl River LA 70452-2431
3304236          McDonald Sanitation Services, LLC,    P.O. Box 107,    Thibodaux LA 70302-0107
3304436         +McLain Plumbing and Electric Service Inc,    P. O. Box 604,    Philadelphia, MS 39350-0604
3304237          MessageLabs, Inc,    512 Seventh Avenue, 6th Floor,    New York NY 10018-4603
3304377          Metalink,    9201 Highway 183 South,    Austin, TX 78747-2058
3304238          Michel B. Moreno,    1201 Camellia Blvd. Ste 300,    Lafayette LA 70508-7228
3304239          Michel Moreno,    c/o William P. Wessler,    P.O. Box 175,    Gulfport MS 39502-0175
3304240          Mike Evans Crane Services,    1931 Bull Run Rd.,    Schriever LA 70395-3015
3304241          Milton Jacobs, Jr. and Kimberly M. Jacob,    43 Ravenwood Drive,    Picayune MS 39466-8352
3304242          Milton R. Jacobs, Jr.,    43 Ravenwood Drive,    Picayune MS 39466-8352
3304243          Mine Assets Holding, LLC,    c/o Haynes and Boone, LLP,    1221 McKinney Street Ste 2100,
                  Houston TX 77010-2020
3304348         +Mississippi River Bank,    8435 Hwy 23,    Belle Chasse, LA 70037-2529
3304438         +Mississippi River Equipment,    Po Box 249,    Norco, LA 70079-0249
3304378          Modular Space Corporation,    12603 Collections Center Drive,    Chicago,IL 60693-0126
3304248         #Monica M. Bowen,    42 Montfair Park Circle,    The Woodlands TX 77382-2098
3304250         +NEFF RENTAL,    10300 AIRLINE HWY ST.,    ROSE LA 70087-3006
3304252         +NEFF RENTALS,    10300 AIRLINE HWY ST.,    ROSE LA 70087-3006
3304253         +NES EQUIPMENT,    PO BOX 8500-1226,    PHILADELPHIA PA 19178-0001
3304254          NES Rentals,    P.O. Box 8500-1226,    Philadelphia PA 19178-0001
3304251          Neff Rental, LLC,    10300 Airline Highway St.,    Rose LA 70087-3006
3304255          New Orleans Pelicans NBA, L.L.C.,    Attn: Vicky Gerl Neumeyer,    5800 Airline Drive,
                  Metairie LA 70003-3876
3304256          Nexsen Pruet, LLC,    Post Office Drawer 2426,    Columbia SC 29202-2426
3304257          Nicholas Sciambra,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304258          Office Depot,    P. O. Box 88040,    Chicago IL 60680-1040
3304259          Office of The United States Trustee,    United States Courthouse,
                  501 East Court Street Ste 6-430,    Jackson MS 39201-5022
```

```
District/off: 053L-2          User: admin                 Page 5 of 8                   Date Rcvd: Apr 14, 2015
                              Form ID: 1672               Total Noticed: 395


3304379       +Over the Top Systems,    2319 Patterson Indstrial Dr,,    Pflugerville, TX 78660-8305
3304260        PAETEC - Windstream (GenDeg Tel),    P.O. Box 9001111,    Louisville KY 40290-1111
3304268       +PROFESSIONAL SERVICES IND,    724 CENTRAL AVE,    NEW ORLEANS LA 70121-1303
3304270        PSA Laboratory Furniture,    2100 South Calhoun Road,    New Berlin WI 53151-2218
3304272       +PURCHASING INCENTIVES,    P.O. BOX 118,    PEARL RIVER LA 70452-0118
3304349       +Pearl River County Property Tax,    PO Box 509,    Poplarville, MS 39470-0509
3304439       +Phoenix Process Equipment Company,    2402 Watterson Trail,    Louisville, KY 40299-2536
3304261        Picayune Item,   P.O. Box 580,    Picayune MS 39466-0580
3304262        Piepho Moving & Storage, Inc.,    4121 Highway 14,    West Rochester MN 55901-6609
3304263        Pitney Bowes,    P.O. Box 371887,    Pittsburgh PA 15250-7887
3304265        Plaquemines Parish Water,    Dept P.O. Box 940,    Belle Chasse LA 70037-0940
3304267        Pro Temp, LLC,    3201 General Degaulle Drive,    New Orleans LA 70114-4002
3304441       +Professional Application Services Inc,    P.O. Box 82428,    Baton Rouge, LA 70884-2428
3304269        Progressive Business Pubilications,    370 Technology Dr.,    PO Box 3019,
                Malvern PA 19355-0719
3304271        Purchase Power--Pitney Bowes,    P.O. Box 371874,    Pittsburgh PA 15250-7874
3304276       +RED-D-ARC WELDERENTALS,    18180 SWAMP RD,    PRAIRIEVILLE LA 70769-3312
3304277       +REECO,   1762 CANAL BLVD,    THIBODAUX LA 70301-5225
3304282       +RETIF OIL,    P.O. BOX 58349,    NEW ORLEANS LA 70158-8349
3304285       +RIVER BIRCH,    2000 S. KENNER AVE,    AVONDALE LA 70094-2061
3304289       +ROMAR AND ASSOC.,    13019 SARAH'S LANE,    HOUSTON TX 77015-6336
3304381       +Rabroker A/C & Plumbing,    P.O.BOX 789,    Belton, TX 76513-0789
3304274        Ranger Contracting, LLC,    3201 General DeGaulle Drive,    New Orleans LA 70114-4004
3304273        Ranger Contracting, LLC,    252 Pi Street,    Belle Chasse LA 70037-1435
3304275        Raymond Wayne Meladine II,    218 Alpha Street,    Belle Chase LA 70037-1242
3304279        Reliable Controls Corp.,    c/o Christopher Jones,    Erin Stone Prince, Yeates & Geldzahler,
                15 W. South Temple, Ste 1700,    Salt Lake City UT 84101-1549
3304278        Reliable Controls Corp.,    c/o Christopher Jones & Erin Stone,    15 W. South Temple, Ste 1700,
                Salt Lake City UT 84101-1549
3304280        Reliable Controls Corporation,    Erin M. Stone, Prince, Yeates & Geldzahl,
                15 W. South Temple, Ste 1700,    Salt Lake City UT 84101-1549
3304283        Retif Oil & Fuel,    P.O. Box 62600 Dept 2000,    New Orleans LA 70162-2600
3304284        Richard W. Cryar,    217 North Columbia Street,    Covington LA 70433-3245
3290197       +Richard W. Cryar, Plan Agent of Alliance Consultin,    c/o Patrick S. Garrity,
                Steffes, Vingiello & McKenzie, LLC,    13702 Coursey Boulevard, Building 3,
                Baton Rouge, LA 70817-1370
3304287        Robertson Roofing & Siding, Inc.,    900 Woodland Hwy,    Belle Chasse LA 70037-1633
3304288        Romar & Associates, Inc.,    13019 Sarah's Lane,    Houston TX 77015-6336
3304290        Rowan Group,    3201 General DeGaulle Dr. Ste 200,    New Orleans LA 70114-4004
3304291        Rowan Group, LLC,    Attn: Anna Steele,    3201 General DeGaulle Drive, Ste 200,
                New Orleans LA 70114-4004
3304293        Rufus Stallings,    2505 14th Street, Ste. 500,    Gulfport MS 39501-1959
3304292        Rufus and Elizabeth M. Stallings,    39 Ravenwood Drive,    Picayune MS 39466-8352
3304294        Ryan Fitzgerald,    739 Glencove Lane,    Terrytown LA 70056-4427
3304295        Ryan L. Hess,    12085 Hwy 11,    Belle Chasse LA 70037-4223
3304296        S&M Trucking,    289 Hwy 307,    Thibodaux LA 70301-8642
3304297       +SANTANDER Acct No xxx9022,    PO BOX 105255,    ATLANTA GA 30348-5255
3304302       +SCOTT EQUIPMENT COMPANY,    10176 AIRLINE HWY ST.,    ROSE LA 70087-3002
3304303        SEC c/o Crockett Lindsey,    Asst. U.S. Attorney,    1575 20th Avenue, 2nd Floor,
                Gulfport MS 39501-2040
3304309       +SOUTHERN PIPE,    59489 CAMP VILLERE RD,    SLIDELL LA 70460-4216
3304317       +SUN ELECTRIC,    176 HICKORY AVE,    NEW ORLEANS LA 70123-4032
3304318       +SUN ELECTRICAL,    176 HICKORY AVE,    NEW ORLEANS LA 70123-4032
3304319       +SURETEC,    9737 GREAT HILLS TRAIL,    STE 320,    AUSTIN TX 78759-6418
3304382       +Safway Services, LLC,    2621 Willowbrook Rd,    Dallas, TX 75220-4422
3304397       +Sanders,    PO Box 1169,    Cleveland, MS 38732-1169
3304298        Scandurro & Layrisson, LLC,    607 St. Charles Ave Ste 100,    New Orleans LA 70130-3411
3304299        Schenck AccuRate Inc,    746 E. Milwaukee St,    Whitewater WI 53190-2125
3304383        Schneider Electric,    P.O.Box 841868,    Dallas, TX 75284-1868
3304300        Scott Atwell,    3230 Range Court,    Mandeville LA 70448-8494
3304301        Scott C. Williams,    Manier & Herod P.C.,    One Nashville Place, Ste.,    2000 150 Fourth Ave.,,
                N. Nashville TN 37219-2415
3304304        Select Promotional Products,    115 Maud Olive Dr,    Belle Chasse LA 70037
3304305        Shale Support Services,    105 Street A,    Picayune MS 39466-5467
3304307        Shale Support Services, LLC,    4023 Amb. Caffery Ste 200,    Lafayette LA 70503-5268
3304306        Shale Support Services, LLC,    c/o Albert Derbes, IV,    3027 Ridgelake Drive,    P.O. Box 8176,
                Metairie LA 70011-8176
3304384        Sherwin-Williams Co.,    A/R Dept,    5865 S. Cooper St,    Arlington, TX 76017-4445
3304386        Sleeper Sewell Insurance Services, Inc,    12400 Coit Road, Ste 1100,    Dallas, TX 75251-2039
3304308        Softmart,    P.O. Box 8500-52288,    Philadelphia PA 19178-2288
3304310        Southton Rail Yard, LLC,    c/o William P. Wessler,    PO Box 175,    Gulfport MS 39502-0175
3304311        Spectrum Origination LLC,    c/o Haynes and Boone, LLP,    1221 McKinney Street Ste 2100,
                Houston TX 77010-2020
3304312        Spectrum Origination, LLC,    1253 Springfield Ave., Ste. 201,    New Providence NJ 07974-2931
3304387       +Stain and Stamp Inc,    P.O.Box 1512,    Belton, TX 76513-5512
3304114        Stephen Brouillette, Jr.,    Daigle Fisse & Kessenich,    227 Highway 21,
                Madisonville LA 70447-9677
3304313       #Stephen Kevin Bowen,    42 Montfair Park Circle,    The Woodlands TX 77382-2098
3304314        Stim-Lab, Inc.,    PO Box 841787,    Dallas TX 75284-1787
3304315        Stone Hill Capital Management,    885 Third Ave., 30th Fl,    New York NY 10022-4834
```

```
District/off: 053L-2          User: admin                  Page 6 of 8                   Date Rcvd: Apr 14, 2015
                              Form ID: 1672                Total Noticed: 395

3304388         +Stonhard,   P.O.Box 931947,    Cleveland, OH 44193-0004
3304316          Sun Coast Contracting Services, LLC,    3201 Gen. DeGaulle Drive, Ste 200,
                  New Orleans LA 70114-4004
3304320          SureTec Insurance Company,   c/o Scott C. Williams,    150 4th Ave. N., Ste. 2200,
                  Nashville TN 37219-2494
3304321          T. Edward Cundick, Esq.,    Prince, Yeates & Geldzahler, PC,    15 W South Temple, Ste 1700,
                  Salt Lake City UT 84101-1549
3304322          T. Russell Nobile,    Wise Carter Child & Caraway,    1105 30th Avenue, Ste 300,
                  Gulfport MS 39501-1817
3304389         +T.A.S. Commercial Concrete,    2727 LBJ Freeway, Ste 1000,    Dallas, TX 75234-7334
3304328         +THE LAW OFFICE OF JORDAN FELTON, PLLC,    Acct No 6318,   2990 RICHMOND AVE STE 144,
                  HOUSTON TX 77098-3115
3304398         +TSB Ventures,    698 Stonehill Road,   Folsom, LA 70437-5910
3304324          Tait Faulk,   24 Chatham Dr.,    New Orleans LA 70122-2565
3304323          Tait Faulk,   205 B Eastland Drive,    Lafayette LA 70503-4205
3304325          Team Pro-Tree, LLC,    3201 General DeGaulle Dr.,    New Orleans LA 70114-6756
3304390         +Texas Cutting & Coring, L.P.,    17 Indian Meadows,   Round Rock, TX 78665-2634
3304391         +Texas Mutual Insurance Company,    attn: policy accounting,    PO Box 841843,
                  Dallas, TX 75284-1843
3304326          Texas Workforce Commission,    2102 W. Main Street,   Grand Prairie TX 75050-5068
3304424         +The Giepert Law Firm,    4603 S. Carrollton Avenue,   New Orleans, LA 70119-6024
3304327          The Investment Group, Inc.,    B. Franklin Martin, III,    McGlinchey Stafford, PLLC,
                  601 Poydras Street, 12th Floor,    New Orleans LA 70130-6029
3304392         +Three Deuces,    36115 Lock One Road,   Pearl River, LA 70452-2431
3304393         +Thyssenkrupp Elevator,    2801 Network Blvd Ste 700,   Frisco, TX 75034-1885
3304329          Tinker Blackwell,    36115 Lock One Road,   Pearl River LA 70452-2431
3304330          Tire Shack Inc,    P.O. Box 264,   Belle Chasse LA 70037-0264
3304332          Titan Rentals, LLC,    3201 General DeGaulle Drive,   New Orleans LA 70114-4004
3304331          Titan Rentals, LLC,    261 Buccaneer Road,   Belle Chasse LA 70037-4370
3304333          Tristan Manthey,    Heller, Draper, Patrick & Horn, L.L.C.,    650 Poydras Street, Ste 2500,
                  New Orleans LA 70130-6103
3304394         +Tropical Contracting, LLC,    6363 DeZavala #107,   San Antonio, TX 78249-2104
3304334          U.S. Bankruptcy Court,    Dan M. Russell, Jr. U.S. Courthouse,    2012 15th Street, Ste 244,
                  Gulfport MS 39501-2036
3304335          U.S. Securities and Exchange Commission,    Office of Reorganization,
                  950 East Paces Ferry Road Ste 900,    Atlanta GA 30326-1382
3304336          Uncle Bob’s Self Storage,    3200 General De Gaulle Drive,    New Orleans LA 70114-6709
3304395          United Rentals Northwest,INC Credit Office #584,    PO BOX 100711,    Atlanta,GA 30384-0711
3304340          Volvo Rents,    P.O. Box 1075,   Slidell LA 70459-1075
3304342         +WG FINANCING,    Acct No 6318,   2990 RICHMOND AVE STE 144,   HOUSTON TX 77098-3115
3304343         +WHOLESALE ELECTRIC,    2601 L AND A ROAD,   METAIRIE LA 70001-5957
3304442         +Water & Sewer Products, Inc.,    Po Box 9318,   Westwego, LA 70094,    B&B Capital Ventures, Inc,,
                  5510 W. La Salle Street,,   Tampa, FL 33607-1797
3304396         +Wausau Tile,   P.O.Box 1520,    Wausau, WI 54402-1520
3304341          Weigh-Tec Inc.,    P.O. Box 266,   Decatur AL 35602-0266
3304344          William J. Little, Jr.,    Lentz & Little, P.A. 2012,    23rd Avenue,   Gulfport MS 39501-2967
3304346          William P. Wessler,    1624 24th Avenue,   Gulfport MS 39501-2969
3304345          William P. Wessler,    W. Gerry Wessler Attorneys at Law,    1624 24th Avenue,
                  Gulfport MS 39501-2969
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@lwc.la.gov Apr 14 2015 19:17:49      Delinquent Accounts Unit,
                  La. Department of Labor,    Office of Regulatory Services,    P.O. Box 44127,
                  Baton Rouge, LA  70804-4127
ptcrd           +E-mail/Text: bknotices@bankofthewest.com Apr 14 2015 19:17:53      Bank of the West,
                  2527 Camino Ramon,   San Ramon, CA 94583-4213
3304352          EDI: CHASE.COM Apr 14 2015 19:18:00      Chase Bank,   PO Box 9001022,
                  Louisville, KY 40290-1022
3304351         +E-mail/Text: econley@nola-law.com Apr 14 2015 19:17:56      City of New Orleans,    PO Box 60047,
                  New Orleans, LA 70160-0047
3304106          E-mail/Text: fnrobinson@coloniallife.com Apr 14 2015 19:17:28      Colonial Life,    P.O. Box 903,
                  Columbia SC 29202-0903
3304121          EDI: IRS.COM Apr 14 2015 19:19:00      Department of the Treasury,    Internal Revenue Service,
                  P.O. Box 7346,   Philadelphia PA 19101-7346
3304144          E-mail/Text: bankruptcyreceivership@wellsfargo.com Apr 14 2015 19:17:58
                  Flatiron Capital, a Div of Wells Fargo B,    1700 Lincoln St. 12th Floor,
                  Denver CO 80203-4501
3304145          E-mail/Text: bankruptcyreceivership@wellsfargo.com Apr 14 2015 19:17:58
                  Flatiron Capital/Sleeper Sewell Ins,    P.O. Box 712195,   Denver CO 80271-2195
3304150          EDI: FORD.COM Apr 14 2015 19:18:00      Ford Credit,   P.O. Box 650575,    Dallas TX 75265-0575
3304165          E-mail/Text: pmorley@gerdauameristeel.com Apr 14 2015 19:18:00      Gerdau Ameristeel,
                  Attn. Credit,   PO Box 31328,    Tampa FL 33631-3328
3304175         +E-mail/Text: mcardini@he-equipment.com Apr 14 2015 19:17:56      H&E EQUIPMENT SERVICES,
                  7502 PECUE LANE,    BATON ROUGE LA 70809-5107
3304444         +E-mail/Text: ecfmailbox@iberiabank.com Apr 14 2015 19:17:55      IberiaBank,
                  Attn: Kenneth Hawkins,    200 West Congress,   Lafayette, LA 70501-6873
3304209          E-mail/Text: bankruptcy@water.com Apr 14 2015 19:17:36      Kentwood Springs,
                  ACG Acct 57225621238634,    P.O. Box 660579,   Dallas TX 75266-0579
3304225          E-mail/Text: bankruptcy@lwc.la.gov Apr 14 2015 19:17:49      Louisiana Workforce Commission,
                  Attn: Legal Dept,,   PO Box 94050,    Baton Rouge LA 70804-9050
```

```
District/off: 053L-2                 User: admin                    Page 7 of 8                     Date Rcvd: Apr 14, 2015
                                     Form ID: 1672                  Total Noticed: 395
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
3304246          EDI: MSDOR.COM Apr 14 2015 19:19:00       MISSISSIPPI STATE TAX COMMISSION,   P O BOX 22808,
                 JACKSON MS 39225-2808
3304246          E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Apr 14 2015 19:17:38
                 MISSISSIPPI STATE TAX COMMISSION,   P O BOX 22808,    JACKSON MS 39225-2808
3304376         +E-mail/Text: bankruptcy@mccoys.com Apr 14 2015 19:17:58      McCoy's Building Supply,
                 4236 Franklin Ave,,   Waco, TX 76710-6944
3304244          E-mail/Text: wrs@byrdwiser.com Apr 14 2015 19:17:29      Mine Assets Holding, LLC,
                 c/o Byrd & Wiser,   PO Drawer 1939,    Biloxi MS 39533-1939
3304245          EDI: MSDOR.COM Apr 14 2015 19:19:00       Mississippi Department of Revenue,   Bankruptcy Section,
                 P. O. Box 22808,   Jackson MS 39225-2808
3304245          E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Apr 14 2015 19:17:38
                 Mississippi Department of Revenue,   Bankruptcy Section,   P. O. Box 22808,
                 Jackson MS 39225-2808
3304266         +E-mail/Text: k.floyd@polydeckscreen.com Apr 14 2015 19:17:37       POLYDECK SCREEN CORPORATION,
                 1790 DEWBERRY RD,    SPARTANBURG SC 29307-4345
3304264          E-mail/Text: bankruptcy@pb.com Apr 14 2015 19:17:59
                 Pitney Bowes Global Financial Services L,   27 Waterview Drive,    Shelton CT 06484-4301
3304380          E-mail/Text: mdavis@rkci.com Apr 14 2015 19:17:29      Raba-Kistner Consultants, Inc.,
                 Po Box 971037,   Dallas, TX 75397-1037
3304286          E-mail/Text: wrs@byrdwiser.com Apr 14 2015 19:17:29      Robert Alan Byrd,   P.O. Box 1939,
                 Biloxi MS 39533-1939
3304385          E-mail/Text: bankruptcy@simplexgrinnell.com Apr 14 2015 19:17:51       Simplex Grinnell LP,
                 Dep. CH 10320,   Palatine, IL 60055-0320
3304337         +E-mail/Text: rsimms@ur.com Apr 14 2015 19:17:55      UNITED RENTALS,   13249 AIRLINE HWY,
                 GONZALES LA 70737-6841
3304338          E-mail/Text: ustpregion05.ja.ecf@usdoj.gov Apr 14 2015 19:17:35      United States Trustee,
                 501 East Court Street Ste 6-430,    Jackson MS 39201-5022
3304339          EDI: AFNIVZWIRE.COM Apr 14 2015 19:18:00       Verizon Wireless,   P.O. Box 660108,
                 Dallas TX 75266-0108
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Bank of America, N.A.,   400 National Way,    Mail Stop: CA6-919-01-23,
                 Simi Valley, CA 93065-6414
ptcrd*          +K&K Marine, LLC,   166 Bayou Boeuf Road,    Morgan City, LA 70380-7921
3304401*        +Aluma Systems Concrete Const.,   PO Box 91473,    Chicago, IL 60693-1473
3304404*        +Ashton Marine, LLC,   1200 Peters Road,    Harvey, LA 70058-1754
3304163*         Gerard Daniel Worldwide,   P.O. Box 62869,    Baltimore MD 21264-2869
3304425*        +Gulf Coast Bulk Handling LLC,    10100 Hwy 65 South,    Lake Providence, LA 71254-4019
3304426*         Gulf Coast Treated Piling & Timbers, Inc.,    1417 Captain Cade Road,   PO Box 120,
                 Cade, LA 70519-0120
3304187*         INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
3304186*         Integrated Pro Services, LLC,    9107 Hwy 23,   Belle Chasse LA 70037-2140
3304188*         Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
3304437*        +Mike Evans Crane Services,   1931 Bull Run Rd.,    Schriever, LA 70395-3015
3304440*        +Polydeck Screen Corporation,   1790 Dewberry Road,    Spartanburg, SC 29307-4345
3304173         ##Gulf Coast Treated Piling & Timbers, Inc,   1417 Captain Cade Road,   PO Box 120,
                 Cade LA 70519-0120
3304281         ##Reliable Controls Corporation,    4568 South Highland Drive Ste 360,
                 Salt Lake City UT 84117-4233
                                                                                              TOTALS: 0, * 12, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                               Signature:  /s/Joseph Speetjens

```
District/off: 053L-2                  User: admin                    Page 8 of 8                  Date Rcvd: Apr 14, 2015
                                      Form ID: 1672                  Total Noticed: 395
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2015 at the address(es) listed below:

```
          Albert J. Derbes, IV    on behalf of Interested Party    Shale Support Services, L.L.C.
           ajdiv@derbeslaw.com,    derbespacer@gmail.com
          Amanda Burnette George    on behalf of U.S. Trustee Office of the  U.S. Trustee
           amanda.b.george@usdoj.gov
          Anthony J. Russo, Jr.    on behalf of Creditor    Bank of America, N.A. tonyrusso@sszblaw.com
          Christopher J. Weema    on behalf of Creditor    Liberty Mutual Insurance Company cweema@kfplaw.com,
           lboullosa@kfplaw.com
          David J. Krebs     on behalf of Creditor    Liberty Mutual Insurance Company dkrebs@kfplaw.com
          Fernand L. Laudumiey, IV    on behalf of Creditor    Elle Investments, LLC
           flaudumiey@gordonarata.com,
           jdelaune@gordonarata.com;dmessina@gordonarata.com;kcomiskey@gordonarata.com
          Gregory J. Walsh    on behalf of Creditor    Santander Consumer USA, Inc., an assignee of GEMB
           Lending, Inc. greg@sundmakerfirm.com,   jennifer@sundmakerfirm.com
          Jack K. Whitehead, Jr.    on behalf of Creditor Mass P. "Tinker" Blackwell, Jr.
           jwhitehead@whitehead-law.com,   jbishop@whitehead-law.com;paralegal@whitehead-law.com
          Karen E. Trevathan    on behalf of Petitioning Creditor    Bank of the West karen@ketlaw.com,
           pooky@ketlaw.com
          Nicholas Jacob Zeringue    on behalf of Petitioning Creditor    K&K Marine, LLC
           njz@zeringuelawgroup.com,   assistant@zeringuelawgroup.com
          Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
          Patrick S. Garrity    on behalf of Interested Party Richard W. Cryar pgarrity@steffeslaw.com,
           schassaing@steffeslaw.com
          Robert A. Mathis    on behalf of Creditor    JPMorgan Chase Bank, N.A. rmathis@newmanmathis.com
          Ronald J. Hof    la44@ecfcbis.com
          Seth J. Smiley    on behalf of Petitioning Creditor    Wholesale Electric Supply of Houston
           ssmiley@wolfelaw.com,   firm@wolfelaw.com
          Seth J. Smiley    on behalf of Petitioning Creditor    Bottom Line Equipment, LLC
           ssmiley@wolfelaw.com,   firm@wolfelaw.com
          Timothy Thriffiley    on behalf of Creditor    Atlas Boats, Inc. TThriffiley@pivachlaw.com,
           Mmajchrzak@pivachlaw.com
          William G. Cherbonnier, Jr.    on behalf of Debtor Ryan L Hess usbcdocs@billcherbonnier.com,
           laeb.docs@gmail.com
          William T. McNew    on behalf of Creditor    JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
           wmcnew@mkmblaw.com
                                                                                             TOTAL: 19
```