ATTACHMENT IV

## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 §341 MEETING
### DATE: 05/14/15 03:00pm

IN RE:
    HESS, RYAN L            CASE NO. 15-10016B

**APPEARANCES**:

( ✓ ) DEBTOR 1             ( ) DEBTOR 2 (Wife in Joint Cases)
    ( ✓ ) Required picture I.D. produced      ( ) Required picture I.D. produced
    ( ✓ ) Required SSN verification produced      ( ) Required SSN verification produced
    ( ✓ ) Pay advices received      ( ) Pay advices received

Abuse / No Abuse designation is ( ) accurate ( ) inaccurate
because_____
_____

Credit counseling certificate ( ✓ ) filed ( ) not filed
Tax returns received for _____ (years) on _____
Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE_____
( ✓ ) ATTORNEY FOR DEBTOR(S):    WILLIAM G. CHERBONNIER, JR.
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
    ( ✓ ) HELD
    or
    ( ) NOT HELD
    or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF _____, 20___ AT _____ O'CLOCK ____.M.

YES ( X ) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR(s)___ *See attached* _____
_____

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ✗ ) OTHER: _File 2013 & 14 Tax returns_
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
    12085 Highway 11, Belle Chasse, LA, 116 Upsilon Street, Belle Chasse, LA; 2007 Chevrolet Suburban, 2012 Chevrolet 1500 Pickup Truck.
ADDITIONAL NOTES: _Investigate value in companies + claims_
_____

DATED: 05/14/15        TRUSTEE _[signature]_
Track # 16    or   Tape #____ Side ___ Counter Start # /

| NAME | REPRESENTING |
|---|---|
| Leslie Jardeniay | Elba Investments, LLC |
| Albert J. Derbes IV | Shale Support Services, LLC |
| Jack Whitehead | Mary P. Blackwell |
| Amanda Gcage | UST |
| MATT THOMAS | WHOLESALE ELEC / BOTTOM LINE EQUIP. |
| Chris Weema | Liberty Mutual Ins. Co. |
| Tyler Rench | Jones Walker LLP |
| Pat Garrity | ACG |
| Hunter Bertrand | Suretec Insurance Co. |