IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 15-10016 |
| Ryan L. Hess, | Section "B" |
| *Debtor.* | Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following document:

*Order Granting Ex Parte Motion to Withdraw Joint Motion for Authority to Exercise Membership Interest,*

were served on **August 28, 2015,** on the following parties in the following manner:

1.    Those parties who have consented to service through the Court's Electronic Case Filing System were served through that system, as per the *Notice of Electronic Case Filing* attached hereto as **Exhibit "A."**

2.    Those parties listed in on the *mailing matrix*, attached hereto as **Exhibit "B,"** were served via postage-prepaid First Class United States Mail.

Baton Rouge, Louisiana, this 28th day of August, 2015.

Respectfully submitted:

**Chapter 7 Trustee for Bankruptcy Estate of Ryan L. Hess**

/s/ Ronald J. Hof
Ronald J. Hof
9905 Jefferson Hwy.
River Ridge, LA 70123
Telephone: 504-305-1591
ronaldhof@cox.net

Signatures continued on following page:

1

**Stewart Robbins & Brown, LLC**

/s/ Brandon A. Brown
Brandon A. Brown (La. # 25592
620 Florida St., Suite 100
Baton Rouge, LA 70801
Telephone: 225-231-9998
Facsimile: 225-709-9467
bbrown@stewartrobbins.com

*Counsel to M6 Capital Partners, LLC*

# EXHIBIT "A"

4845-3326-6727, v. 1

| From: | CMECF_LAEB@laeb.uscourts.gov |
|---|---|
| Sent: | Friday, August 28, 2015 12:50 PM |
| To: | LAEBCourtMail@laeb.uscourts.gov |
| Subject: | (Ch 7) 15-10016 Order on Application to Dismiss/Withdraw Document |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Lew, K entered on 8/28/2015 at 12:50 PM CDT and filed on 8/28/2015

**Case Name:** Ryan L Hess
**Case Number:** 15-10016
**Document Number:** 86

**Docket Text:**
Order Granting Application to Dismiss/Withdraw Document IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)[79] Motion for Authority filed by Creditor M6 Capital Partners, LLC, [84] Motion to Dismiss/Withdraw Document filed by Trustee Ronald J. Hof, Creditor M6 Capital Partners, LLC) Signed on 8/28/15. (Lew, K)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** L:\15-31\15-10016 P-84 jn.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=8/28/2015] [FileNumber=9112484-0]
[9336988155d7ec9cf11e75b2e637dcded0d9d2fb529894e184ced1fe3a1271ea66f9
530f81074b0e285a6438e0271bc9609682b650234b84f12f594d1267c7c3]]

**15-10016 Notice will be electronically mailed to:**

H. Kent Aguillard on behalf of Creditor Pinnacle Agriculture Holdings
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

Hunter R. Bertrand on behalf of Creditor SureTec Insurance Company
hbertrand@dunlapfiore.com, ccrownover@dunlapfiore.com

Brandon A. Brown on behalf of Creditor M6 Capital Partners, LLC
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;jdelage@stewartrobbins.com

William G. Cherbonnier, Jr. on behalf of Debtor Ryan L Hess
usbcdocs@billcherbonnier.com, laeb.docs@gmail.com

Albert J. Derbes, IV on behalf of Interested Party Shale Support Services, L.L.C.
ajdiv@derbeslaw.com, derbespacer@gmail.com

Patrick S. Garrity on behalf of Interested Party Richard W. Cryar
pgarrity@steffeslaw.com, schassaing@steffeslaw.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
amanda.b.george@usdoj.gov

Karen Trevathan Hartwig on behalf of Petitioning Creditor Bank of the West
karen@ketlaw.com, pooky@ketlaw.com

Ronald J. Hof
la44@ecfcbis.com

David J. Krebs on behalf of Creditor Liberty Mutual Insurance Company
dkrebs@kfplaw.com

Fernand L. Laudumiey, IV on behalf of Creditor Elle Investments, LLC
flaudumiey@gordonarata.com, jdelaune@gordonarata.com;dmessina@gordonarata.com

Robert A. Mathis on behalf of Creditor IBERIABANK c/o Robert Mathis
rmathis@newmanmathis.com

Robert A. Mathis on behalf of Creditor JPMorgan Chase Bank, N.A.
rmathis@newmanmathis.com

William T. McNew on behalf of Creditor JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
wmcnew@mkmblaw.com

Tyler John Rench on behalf of Creditor Jones Walker LLP
trench@joneswalker.com, nwiebelt@joneswalker.com

Anthony J. Russo, Jr. on behalf of Creditor Bank of America, N.A.
tonyrusso@sszblaw.com

Seth J. Smiley on behalf of Petitioning Creditor Bottom Line Equipment, LLC
ssmiley@wolfelaw.com, firm@wolfelaw.com

Seth J. Smiley on behalf of Petitioning Creditor Wholesale Electric Supply of Houston
ssmiley@wolfelaw.com, firm@wolfelaw.com

Timothy Thriffiley on behalf of Creditor Atlas Boats, Inc.
TThriffiley@pivachlaw.com, Mmajchrzak@pivachlaw.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Gregory J. Walsh on behalf of Creditor Santander Consumer USA, Inc., an assignee of GEMB Lending, Inc.
greg@sundmakerfirm.com, jennifer@sundmakerfirm.com

Christopher J. Weema on behalf of Creditor Liberty Mutual Insurance Company
cweema@kfplaw.com, lboullosa@kfplaw.com

Jack K. Whitehead, Jr. on behalf of Creditor Blackwell Aggregates, Inc.
jwhitehead@whitehead-law.com, jbishop@whitehead-law.com;paralegal@whitehead-law.com

Jack K. Whitehead, Jr. on behalf of Creditor Mass P. "Tinker" Blackwell, Jr.
jwhitehead@whitehead-law.com, jbishop@whitehead-law.com;paralegal@whitehead-law.com

Nicholas Jacob Zeringue on behalf of Petitioning Creditor K&K Marine, LLC
njz@zeringuelawgroup.com, assistant@zeringuelawgroup.com

**15-10016 Notice will not be electronically mailed to:**

**EXHIBIT "B"**

Label Matrix for local noticing
053L-2
Case 15-10016
Eastern District of Louisiana
New Orleans
Fri Aug 28 13:17:28 CDT 2015

Atlas Boats, Inc.
c/o Timothy Thriffiley, Esq.
P.O. Box 7125
Belle Chasse, LA 70037-7125

Bank of America, N.A.
400 National Way
Mail Stop: CA6-919-01-23
Simi Valley, CA 93065-6414

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583-4213

Bottom Line Equipment, LLC
10260 Airline Highway
St. Rose, LA 70087-3004

IBERIABANK c/o Robert Mathis
433 Metairie Rd., #600
Metairie, LA 70005-4328

JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
McNew, King, Mills, Burch & Landry, LLP
c/o William T. McNew
2400 Forsythe Ave., Ste 2
Monroe, LA 71201-2997

JPMorgan Chase Bank, N.A.
c/o Robert A. Mathis
212 Veterans Blvd.
Metairie, LA 70005-3047

Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170-5100 United States

K&K Marine, LLC
166 Bayou Boeuf Road
Morgan City, LA 70380-7921

Pinnacle Agriculture Holdings
3400 Players Club Pky, Ste. 210
Memphis, TN 38125-1766

Santander Consumer USA, Inc., an assignee of
The Sundmaker Firm, LLC
336 Lafayette Street, Suite 301
New Orleans, LA 70130-3265

Shale Support Services, L.L.C.
4023 Ambassador Caffery
Suite 200
Lafayette, LA 70503-5268

SureTec Insurance Company
Dunlap Fiore, LLC
301 Main Street
Suite 1100
Baton Rouge, LA 70801-0013

Wholesale Electric Supply of Houston
4040 Gulf Freeway
Houston, TX 77004-2599

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130-3319

A&A Enterprises, Inc.
84 23rd Street
Kenner, LA 70062-4831

ACS Student Loans
PO Box 371821,
Pittsburg, PA 15250-7821

AHG Solutions, LLC
c/o Tristan Manthey, Esq.
Heller Draper Patrick Horn & Dabney LLC
650 Poydras St., Ste. 2500
New Orleans LA 70130-6175
AHG Solutions LLC

ALUMA SYSTEMS CONCRETE
PO BOX 91473
CHICAGO IL 60693-1473

AR-Case, Inc.
1007 West Ashby Place
San Antonia, TX 78212-3814

ARC LA Gulf Coast
P. O. Box 203890
Dallas TX 75320-3890

ATLAS BOATS
PO BOX 7125
BELLE CHASSE LA 70037-7125

ATOKA, INC
2695 AIRPORT ROAD
HOT SPRINGS AR 71913-9272

Acton Mobile Industries
5561 Todd Acres Drive
Mobile AL 36619-9281

Advance Industrial Products
2125 Whitney Avenue
Gretna, LA 70056-2695

Advanced Inc Group
1900 West Main Street
Schriever, LA 70395

Advanced Inc Group
DBA Advanced Fiberglass
P.O. Box 969
Gray LA 70359-0969

Aflac
Attn: RPS Department
1932 Wynnton Rd.
Columbus GE 31999-0002

Ahern Rentals
PO Box 271390
Las Vegas, NV 89127-1390

Alamo Building Specialties
16358 Nacogdoches Rd
San Antonio, TX 78247-1005

Albert Butler
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Albert J. Derbes, IV
The Derbes Law Firm, LLC
3027 Ridgelake Drive
Metairie LA 70002-4924

Albert and Barbara Butler
1280 Marina Dr.
Slidell, LA 70458-9212

All Staff Personnel Services Inc
P. O. Box 2324
Waco, TX 76703-2324

Alliance Consulting Group, L.L.C.
3201 General DeGaulle Drive Ste 200
New Orleans LA 70114-4004

Alliance Consulting Group, LLC
c/o Richard Cryar, Plan Agent
201 N. Columbia Street
Covington, LA 70433-3245

Alpha Insulation & Waterproofing
P.O.Box 681656
Marietta, GA 30068-0028

Aluma Systems Concrete Const.
P.O. Box 91473
Chicago IL 60693-1473

Amber Hess
12085 Hwy 11
Belle Chasse LA 70037-4223

American Direct
11000 Lakeview Ave
Lenexa, KS 66219-1311

American Interstate
Insurace - 24759
PO Drawer 1570
Deridder, LA 70634-1570

American Marble and Granite
P.O. Box 715
Hewitt, TX 76643-0715

American Welding & Safety Supply, Inc.
19183 Hwy 43
Kiln MS 39556-8391

Andrew Densing
10555 Pak Cove
Biloxi MS 39532-8063

Anthony J. Russo, Jr.
Seale, Smith, Zuber & Barnette
8550 United Plaza Blvd., Suite 200
Baton Rouge, LA 70809-2256

Anthony Savarino
Crane & Rigging, Inc.
1000 Justin Road
Metairie, LA 70001-5961

Argo Partners
12 W 37th St 9th Fl
New York NY 10018-7381

Ashton Marine, LLC
1200 Peters Road
Harvey LA 70058-1754

Atlas Boats Incorporated
P.O. Box 944
Belle Chasse LA 70037-0944

Atlas Boats, Inc.
c/o Timothy Thriffiley
P.O. Box 7125
Belle Chasse, LA 70037-7125

Atlas Boats, Inc.
c/o Timothy Thriffiley, Esq.
Pivach, Pivach, Hufft,& Thriffiley
P.O. Box 7125
Belle Chasse LA 70037-7125

B W Resources, LLC
P.O. Box 1600
Whitney TE 76692-1600

B&B Capital Ventures, Inc.
5510 W. LaSalle Street, 3rd Floor
Tampa, FL 33607-1797

B&H Aggregates LLC
3201 General DeGaulle Drive
New Orleans, LA 70114-6756

B. B. Construction, LLC
14513 Miscar Road
Kentwood, LA 70444-3957

B. Franklin Martin, III
McGlinchey Stafford, P LLC
901 Poydras Street, 12th Floor
New Orleans LA 70112-1017

BANK OF AMERICA
Acct No xxxx2812
PO BOX 5170
SIMI VALLEY CA 93062-5170

BLACK PRAIRIE TRACTOR & TRAILOR
901 HWY 45 N
COLUMBUS MS 39701-3305

BOTTOM LINE EQUIPMENT
10260 AIRLINE HWY
ST ROSE LA 70087-3004

BRAZOS MASONRY, INC
P.O.Box 23428
WACO, TX 76702-3428

Barbara Butler
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Bayou Concrete Pumping
PO Box 2933
LaPlace, LA 70069-2933

Bean Excavating and Dirt, LLC
18370 Fenton Dedeaux Rd.
Kiln MS 39556-6636

Beerman Precision, Inc.
P.O. Box 6018
Metairie LA 70009-6018

Benjamin Pettiette
2505 14th Street, Ste. 500 Gulfport,
MS 39501-1959

Benjamin Pettiette
54 Ravenwood Drive
Picayune MS 39466-8328

Binswanger Glass
2410 Kemp Blvd,
Wichita Falls, TX 76309-5349

Blackwell Aggregates, Inc.
36115 Lock One Road
Pearl River, LA 70452-2431

Blue Cross Blue Shield
P.O. Box 650007
Dallas TX 75265-0007

Blue Cross Blue Shield LA - Group Payment
PO BOX 650007
Dallas, TX 75265-0007

Brenda Rody
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Brenda and Mark Rody
58 Ravenwood Drive
Picayune MS 39466-8328

Brumfield Welding
24541 Old Columbia Rd
Franklinton, LA 70438-2667

C&S Safety Systems of Louisiana
2404 Hwy 14
New Iberia LA 70560-8394

CANAL BARGE
835 UNION ST
NEW ORLEANS LA 70112-1469

CAPSTONE MECHANICAL
7100 IMPERIAL DR
WACO TX 76712-6817

CF Supply
P.O.Box 487,
WACO, TX 76703-0487

CHAFFE MCCALL, LLP
2300 ENERGY CENTRE
NEW ORLEANS LA 70163

CIMATION
111 VETERANS MEMORIAL BLVD
METAIRIE LA 70005-3038

CIMSCO, INC
1840 L AND A ROAD
METAIRIE LA 70001-6237

CMC Capitol Steel
Dept. 1088
PO Box 121088
Dallas, TX 75312-1088

CMC Rebar
Dept 1088
PO Box 121088
Dallas, TX 75312-1088

CNH Capital America, LLC
P. O. Box 0507
Carol Stream, IL  60132-0507

COASTAL LOGISTICS
800 DAVID DR
MORGAN CITY LA 70380-1396

COBURN'S
PO BOX 99001
DEHAM SPRINGS LA 70727-9001

COMPRESSED AIR SYSTEMS
205 Gunther Lane
BELLE CHASSE LA 70037-3157

CRAWFORD SUPPLY
200 L AND A RD
METAIRIE LA 70001-6267

CST Industries Inc
dba Columbian Tectank
9701 Renner Blvd Ste 150
Lenexa KS 66219-8116

Cain Fence Co.
973 Metro Media Place
Dallas, TX 75247-4730

Canal Barge
P.O. Bo 62666
New Orleans, LA 70162-2666

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capstone Mechanical
7100 Imperial Drive,
Waco, Texas 76712-6817

Casafin II, LLC
4023 Amb. Caffery, Ste 200
Lafayette LA 70503-5268

Central Scales & Controls
34624 LA Hwy 16 Ste B
Denham Springs, LA 70706-0666

Champion Site Prep, LP
455 State Hwy 195, Ste A
Georgetown, TX 78633-4670

Chase Bank
PO Box 9001022
Louisville, KY 40290-1022

Christopher J. Battaglia
Halperin Battaglia Raicht, LLP
40 Wall Street - 37th Floor
New York NY 10005-1381

Cimation, LLC
PO Box 975539
Dallas, TX 75397-5539

City of New Orleans
PO Box 60047
New Orleans, LA 70160-0047

Coastal Bridge CO, LLC
PO Box 14715
Baton Rouge, LA 70898-4715

Coastal Logistics
PO BOX 82
Berwick, LA 70342-0082

Coburn Supply Company, Inc.
Po Box 99001
Denham Springs, LA 70727-9001

Colonial Life
P.O. Box 903
Columbia SC 29202-0903

Columbian TecTank
P.O. Box 875042
Kansas City MO 64187-5042

Conveying & Screening Machinery, Inc.
46391 HWY 16
Pine Grove, LA 70453-7716

Cooper Consolidated
Dept# 1733
PO Box 11407
Birmingham, AL 35246-1733

Creole Technologies, Inc.
320 Clearview Parkway
Metairie LA 70001-4623

Cross Country Recycling, LLC
410 Hill Branch Road,
Ridgeville, SC 29472-8634

Cynthia A. Henry
5304 Woodstream Dr
Marrero LA 70072-6648

Cypress Glen Holdings, LLC
14141 Airline Hwy, Bldg. 1, Ste U
Baton Rouge LA 70817-6241

DATATEL
11439 PENNYWOOD AVE
BATON ROUGE LA 70809-4276

DAVID O'REILLY ENGINEERING
518 SOUTH RAMPART ST
NEW ORLEANS LA 70113-3110

DP1 Design, LLC
P.O. Box 24333
New Orleans LA 70184-4333

David O'Reilly Engineering
518 S. Rampart St.
New Orleans LA 70113-3110

David O'Reilly Engineering Consultants
5003 Tchoupitoulas Street
New Orleans LA 70115-1706

David Taporco
2505 14th Street, Ste. 500 Gulfport
MS 39501-1959

David and Karen Taporco
4109 Thoroughgood Drive
Virginia Beach VA 23455-4434

Denet Towing Service Inc
P.O. Box 307
Boothville, LA 70038-0307

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Dixie Mat & Hardwood
Po Box 1276
Tupelo, MS 38802-1276

Donald Juan
2505 14th Street, Ste. 500 Gulfport
MS 39501-1959

Donald S. and Jennifer R. Juan
57 Ravenwood Drive
Picayune MS 39466-8352


Dust Control & Loading Systems, Inc.
Alec Amstutz
P.O. Box 125
Charlevoix MI 49720-0125

Dust Control & Loading Systems, Inc.
P.O. Box 125
Charlevoix MI 49720-0125

E-Co Systems, LLC
3201 General DeGaulle Dr.
New Orleans LA 70114-6756


E-Co Systems, LLC
5821 Plauche St
Harahan LA 70123-4121

ELLE INVESTMENTS
4023 AMB. CAFFERY PKWY
STE 200
LAFAYETTE LA 70503-5268

EMCO Technologies
8900 South Choctaw Drive
Baton Rouge, LA 70815-8813


ENTERPRISE DRU DAMAGE RECOVERY
Acct No xxx9732
2006 SWEDE RD STE 100
E. NORRITON PA 19401-1787

EQUIPCO, LLC
1793 JULIA ST.
NEW ORLEANS LA 70113-3308

ES&H
UNKNOWN
UNKNOWN LA 70114


Eagle Fabricators, Inc
P.O.Box 11669
Houston, TX 77293-1669

East Coast Emergency Response, LLC
413 N. Railroad Ave
Beulaville, NC 28518-8742

Elizabeth Stallings
2505 14th Street, Ste. 500
Gulfport MS 39501-1959


Elle Development, LLC
4023 Amb. Caffery Ste 200
Lafayette LA 70503-5268

Elle Development, LLC
c/o William P. Wessler
P.O. Box 175
Gulfport MS 39502-0175

Elle Investments, LLC
c/o Fernand L. Laudumiey, IV
Gordon Arata Law Firm
201 St. Charles Ave., 40th Floor
New Orleans, LA 70170-1000


Elle Investments, LLC
c/o William P. Wessler
P.O. Box 175
Gulfport MS 39502-0175

Encore Enviromental & Safety, LLC
1190 LaHaye Road
Mamou LA 70554-4823

Equipco LLC
Brittany Amemann
1513 Gardenia Dr.
Metairie, LA 70005-1156


Equity Partners HG, LLC
16 N. Washington Street, Ste 102
Easton MD 21601-3196

Essex Crane Rental Corp.
PO Box 828648
Philadelphia, PA 19182-8648

Eustis Engineering Company Inc
14368 Creosote Road
Gulfport, MS 39503-4297


FASTENAL
703 HWY 90 EAST BUILDING A
NEW IBERIA LA 70560-0845

FASTENERS, INC
800 DAKIN STREET
JEFFERSON LA 70121-3003

FLYING H TRUCKING
3201 GENERAL DEGAULLE DR
NEW ORLEANS LA 70114-6756


FMT AGGREGATE
1244 PETERS ROAD
HARVEY LA 70058

FMT Aggregate, LLC
2360 5th Street
Mandeville, Louisiana 70471-1861

FedEx
P.O. Box 660481
Dallas TX 75266-0481

Fernand L. Laudumiey, IV
Gordon, Arata, McCollam, Duplantis & Eag
201 St Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-1006

Fiberglass Unlimited, Inc
960 Hwy 652
Raceland LA 70394-2321

Fiberglass Unlimited, Inc.
c/o Karl J. Zimmermann
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras Street, Ste 3600
New Orleans LA 70163-3605

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468

First Insurance Funding, Corp.
450 Skokie Blvd.,Ste. 1000
Northbrook, IL 60062-7917

Flatiron Capital, a Div of Wells Fargo B
1700 Lincoln St. 12th Floor
Denver CO 80203-4501

Flatiron Capital/Sleeper Sewell Ins
P.O Box 712195
Denver CO 80271-2195

Flying H Trucking, LLC
c/o John M. Dubreuil
Daigle Fisse & Kessenich
227 Highway 21
Madisonville LA 70447-9677

Flying H Trucking, LLC c/o John M. Dubreuil
227 Highway 21
Madisonville LA 70447-9677

Ford Credit
P.O. Box 650575
Dallas TX 75265-0575

Frac Diamond Aggregates
3201 General DeGaulle Drive
New Orleans LA 70114-6756

Frac Diamond Aggregates, LLC
1201 Camellia Blvd. Ste 300
Lafayette LA 70508-7228

Frac Diamond Aggregates, LLC
1414 Airline Hwy.
Bldg. 1, Ste U
Baton Rouge LA 70805

Frantz Marine Corporation, Inc.
139 Acadian Lane
Mandeville LA 70471-1789

Frederick L. Bunol, IV
The Derbes Law Firm, LLC
3027 Ridgelake Drive
Metairie LA 70002-4924

Fuzion Equities, LLC
14141 Airline Hwy, Bldg. 1, Ste U
Baton Rouge LA 70817-6241

G E Capital
P.O. Box 740423
Atlanta GA 30374-0423

GAS AND SUPPLY
125 THURWAY PARK
BROUSSARD LA 70518-3601

GERARD DANIEL WORLDWIDE
PO BOX 62869
BALTIMORE MD 21264-2869

GERDAU AMERISTEEL
212 VETERANS BLVD
METAIRIE LA 70005-3047

GERDAU AMERISTEEL, US, INC.
Attn: Joseph E. Flick, Jr.
NEWMAN, MATHIS, BRADY & SPEDALE
212 Veterans Blvd.
Metairie LA 70005-4900

GULF COAST BULK HANDLING
10100 HWY 65
SOUTH LAKE PROVIDENCE LA 71254-4019

GULF INLAND
216 INDUSTRIAL AVENUE B
HOUMA LA 70363

Gary L. Hess
107 Langridge Dr
Belle Chasse LA 70037-4421

Gary Lane Hess and Karla S. Hess
c/o John M. Dubreuil
Daigle Fisse & Kessenich
227 Highway 21
Madisonville LA 70447-9677

GeoPave
10210 Logan Cline Road
Gulfport, MS 39503-4632

George-McKenna Electrical
2319 E. Grauwyler Rd.
Irving, TX 75061-3399

Gerald Duane Crump, Jr.
2153 Winifred St.
Metairie LA 70003

Gerdau Ameristeel
Attn. Credit
PO Box 31328
Tampa FL 33631-3328

Gilson Company, INC
P.O. Box 337
Powell OH 43065-0337

Green Field Energy Services, Inc.
Attn: Earl Blackwell
4023 Amb. Caffery Parkway Ste #200
Lafayette LA 70503-5268

Greenberg Traurig, LLP
2200 Ross Ave Ste 5200
Dallas TX 75201-2794

Guardian Computer LLC
4300 S I-10 Service Rd Ste. 210
Metairie LA 70001-7434

Gulf Coast Office Products Inc
5801 River Oaks Road South
New Orleans LA 70123-2170

Gulf Coast Treated Piling & Timbers, Inc
1417 Captain Cade Road
PO Box 120
Cade LA 70519-0120

H&E EQUIPMENT SERVICES
7502 PECUE LANE
BATON ROUGE LA 70809-5107

H&H Aggregates, LLC
3201 General DeGaulle Dr.
New Orleans LA 70114-6756

H&H Trucking, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

HANOVER INSURANCE
111 VETERANS MEMORIAL BLVD
METAIRIE LA 70005-4919

HANSON PIPE
13201 OLD GENTILLY ROAD
NEW ORLEANS LA 70129-2205

HESS FARMS
3201 GENERAL DEGAULLE
NEW ORLEANS LA 70114-4004

HUEY STOCKSTILL/HSI
PO BOX 758
PICAYUNE MS 39466-0758

Hanover Insurance
Attn Mr. Jay Kern
Simon Peragine Smith Redfearn
1100 Poydras, 30th Floor
New Orleans, LA 70163-1101

Hayward Baker Inc.
509 N Sam Houston Pkwy E, Ste 400
Houston, TX 77060-4130

Heller Draper Patrick Horn & Dabney, LLC
650 Poydras Street Ste 2500
New Orleans LA 70130-6175

Hensel Electric CO.
PO Box 8438
Waco, TX 76714-8438

Hensel Electric Company
501 Towne Oaks Drive
P.O. BOX 8438
Waco, TX 76714-8438

Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

Hess Farms
3201 General Degaulle Drive
New Orleans LA 70114-4004

Hilti USA
Dept 0890
PO Box 120001
Dallas, TX 75312-0890

IBERIABANK
PO BOX 52747
LAFAYETTE, LA 70505-2749

INTEGRATED PRO SERVICES, LLC
9107 HWY 23
BELLE CHASSE LA 70037-2140

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
c/o Crockett Lindsey Asst.
U.S. Attorney
1575 20th Avenue, 2nd Floor
Gulfport MS 39501-2040

IberiaBank
ATTN Customer Service
200 West congress St.
Lafayette, LA 70501-6873

IberiaBank
Attn: Kenneth Hawkins
200 West Congress
Lafayette, LA 70501-6873

Industrial Accessories Company
P.O. Box 414178
Kansas City MO 64141-4178

Industrial Fabrics
510 O'neal Lane
Baton Rouge, LA 70819-3600

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

J. Chris Condren Pierce
Couch Hendrickson Baysinger Green
P.O. Box 26350
Oklahoma City OK 73126-0350

JPMorgan Chase Bank, NA
c/o Robert A. Mathis, Esq.
Newman, Mathis, Brady & Spedale
212 Veterans Boulevard
Metairie, Louisiana 70005-4900

JPMorgan Chase Bank, NA
c/o Robert A. Mathis, Esq.
Newman, Mathis, Brady & Spedale
433 Metairie Road, Suite 600
Metairie, Louisiana 70005-4328

James A. McCullough, II
Brunini, Grantham, Grower & Hewes, PLLC
P O. Drawer 119
Jackson MS 39205-0119

James C. Simpson, Jr.
Wise Carter Child & Caraway
1105 30th Aveenue, Ste 300
Gulfport MS 39501-1817

Jeff Bartlam
604 Springield Beach Rd.
Kinsale VA 22488-2029

Jeffery Chad Palmer
213 Mulligan Drive
Cape Carteret NC 28584-7444

Jeffery Chad Palmer
c/o Lewie G. Negrotto, IV, Esq.
2505 14th Street. Ste 500
Gulfport MS 39501-1959

Jennifer Densing
10555 Pak Cove
Biloxi MS 39532-8063

Jennifer Juan
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

John D. Moore
301 Highland Park Cv, Ste B (39157)
P. O. Box 3344
Ridgeland MS 39158-3344

John Deere Construction & Forestry Company
PO Box 6600
Johnston, IA 50131-6600

John Deere Construction & Forestry Company
c/o William T. McNew
McNew, King, Mills, Burch & Landry, LLP
2400 Forsythe Ave., Ste 2
Monroe, Louisiana 71201-2997

John W. Stone Dept 322
PO Box 4869
Houston, TX 77210-4869

Jones Walker L.L.P
201 St. Charles Ave,
New Orleans, LA 70170-5100

Jones Walker LLP
Attn: Mark Mintz
201 St Charles Avenue,
49th Floor
New Orleans LA 70170-5100

Jones Walker LLP
c/o Tyler J. Rench
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5101

Josh Dodd
172 Rue Acadian
Belle Chasse LA 70037-4140

KELLY EQUIPMENT
1515 POYDRAS STREET STE 1400
NEW ORLEANS LA 70112-4500

Karen Taporco
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Kase Conveyors
Oscar G. Castillo
P.O. Box 1600
Whitney TX 76692-1600

Kase Conveyors
PO Box 1600
Whitney TX 76692-1600

Kelley Equipment Co. of Florida Inc.
4140 118th Ave
North Clearwater FL 33762-5133

Kelley Equipment Company of Florida, Inc
c/o Thomas J. Lutkewitte
Favret, Demarest, Russo & Lutkewitte, AP
1515 Poydras Street, Ste 1400
New Orleans LA 70112-4500

Kent Gravois
22760 High Ridge
Vacherie LA 70090-4230

Kentwood Springs
ACG Acct 57225621238634
P.O. Box 660579
Dallas TX 75266-0579

Kimberly Jacobs
2505 14th Street, Ste. 500 Gulfport MS
39501-1959

L.B. Foster Company
P.O. Box 643343
Pittsburgh, PA 15264-3343

LA MARINE TOWING
14491 E. MAIN ST.
CUT OFF LA 70345-2205

LA Office Products
210 Edwards Ave
Harahan LA 70123-4296

LAW OFFICES OF JOEL CARDIS, LLC
Acct No 3759732
2006 SWEDE RD STE 100 E.
NORRITON PA 19401-1787

LEE TRACTOR CO.
10203 AIRLINE HWY ST.
ROSE LA 70087-3005

LEVETT MECHANICAL
155 BAYOU DULARGE ROAD
HOUMA LA 70363

LIBERTY MUTUAL
400 POYDRAS ST STE 2500
NEW ORLEANS LA 70130-3224


Lake Air Interiors
503 Lake Air Drive
Waco, TX 76710-5839

Lamco Transport, Inc
16460 Winborne Blvd
Prairieville, LA 70769-5874

Land Shaper Inc
P.O. Box 995
Gulfport MS 39502-0995


LeBlanc Brothers Ready-Mix, Inc.
PO Box 13
Paincourtville, LA 70391-0013

Liberty Mutual Insurance Company
ATTN: Rudy Dominguez
8350 N. Central Expressway, Suite 850
Dallas, TX 75206-1607

Liberty Mutual Insurance Company
c/o Amy M. Bernadas
Krebs, Farley & Pelleteri, PLLC
400 Poydras St., Ste 2500
New Orleans LA 70130-3224


Linfield, Hunter & Junius, Inc
3608 18th Street
Metairie LA 70002-3210

Linfield, Hunter & Junius, Inc.
3608 18th Street, Ste. 200
Metairie LA 70002-3210

Locus Group, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-6756


Louisiana Cat
P.O. Box 54942
New Orleans LA 70154-4942

Louisiana Department of Revenue
Bankruptcy Section
P. O. Box 66658
Baton Rouge LA 70896-6658

Louisiana Department of Revenue
PO Box 3193
Baton Rouge LA 70821-3193


Louisiana Machinery
PO Box 54942
New Orleans, LA 70154-4942

Louisiana Workforce Commission
Attn: Legal Dept,
PO Box 94050
Baton Rouge LA 70804-9050

M2 GROUP, LLC
12085 HWY 11
BELLE CHASSE LA 70037-4223


M2 GROUP, LLC
315 3RD STREET
BATON ROUGE LA 70801-1329

MASS TINKER BLACKWELL
36115 LOCK ONE RD.
PEARL RIVER LA 70452-2431

MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808


MKS Transport
19431 Paul Stein St.
Vacherie LA 70090-3331

MURPHY CONSTRUCTION
1200 EAST ST BERNARD HWY
CHALMETTE LA 70043-5432

Macina Bose Copeland & Associates, Inc
1035 Central Parkway North
San Antonio TX 78232-5024


Mark A. Mintz
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans LA 70170-5100

Mark Rody
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Mary Sciambra
2505 14th Street, Ste. 500
Gulfport MS 39501-1959


Mary and Nicholas Sciambra
31 Ravenwood Drive
Picayune MS 39466-8352

Mass P. Blackwell
Three Duces, Inc. Blackwell Aggregates I
36115 Lock One Rd.
Pearl River LA 70452-2431

Mass P. Blackwell Jr.
36115 Lock One Road
Pearl River LA 70452-2431

McCoy's Building Supply
4236 Franklin Ave,
Waco, TX 76710-6944

McDonald Sanitation Services, LLC
P.O. Box 107
Thibodaux LA 70302-0107

McLain Plumbing and Electric Service Inc
P. O. Box 604
Philadelphia, MS 39350-0604

MessageLabs, Inc
512 Seventh Avenue, 6th Floor
New York NY 10018-4603

Metalink
9201 Highway 183 South
Austin, TX 78747-2058

Michel B. Moreno
1201 Camellia Blvd. Ste 300
Lafayette LA 70508-7228

Michel Moreno
c/o William P. Wessler
P.O. Box 175
Gulfport MS 39502-0175

Mike Evans Crane Services
1931 Bull Run Rd.
Schriever LA 70395-3015

Milton Jacobs, Jr. and Kimberly M. Jacob
43 Ravenwood Drive
Picayune MS 39466-8352

Milton R. Jacobs, Jr.
43 Ravenwood Drive
Picayune MS 39466-8352

Mine Assets Holding, LLC
c/o Byrd & Wiser
PO Drawer 1939
Biloxi MS 39533-1939

Mine Assets Holding, LLC
c/o Haynes and Boone, LLP
1221 McKinney Street Ste 2100
Houston TX 77010-2020

Mississippi Department of Revenue
Bankruptcy Section
P. O. Box 22808
Jackson MS 39225-2808

Mississippi River Bank
8435 Hwy 23
Belle Chasse, LA 70037-2529

Mississippi River Equipment
Po Box 249
Norco, LA 70079-0249

Modular Space Corporation
12603 Collections Center Drive
Chicago,IL 60693-0126

Monica M. Bowen
42 Montfair Park Circle
The Woodlands TX 77382-2098

NEFF RENTAL
10300 AIRLINE HWY ST.
ROSE LA 70087-3006

NEFF RENTALS
10300 AIRLINE HWY ST.
ROSE LA 70087-3006

NES EQUIPMENT
PO BOX 8500-1226
PHILADELPHIA PA 19178-0001

NES Rentals
P.O. Box 8500-1226
Philadelphia PA 19178-0001

Neff Rental, LLC
10300 Airline Highway St.
Rose LA 70087-3006

New Orleans Pelicans NBA, L.L.C.
Attn: Vicky Gerl Neumeyer
5800 Airline Drive
Metairie LA 70003-3876

Nexsen Pruet, LLC
Post Office Drawer 2426
Columbia SC 29202-2426

Nicholas Sciambra
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Office Depot
P. O. Box 88040
Chicago IL 60680-1040

Office of The United States Trustee
United States Courthouse
501 East Court Street Ste 6-430
Jackson MS 39201-5022

Over the Top Systems
2319 Patterson Indstrial Dr,
Pflugerville, TX 78660-8305

PAETEC - Windstream (GenDeg Tel)
P.O. Box 9001111
Louisville KY 40290-1111

POLYDECK SCREEN CORPORATION
1790 DEWBERRY RD
SPARTANBURG SC 29307-4345

PROFESSIONAL SERVICES IND
724 CENTRAL AVE
NEW ORLEANS LA 70121-1303

PSA Laboratory Furniture
2100 South Calhoun Road
New Berlin WI 53151-2218

PURCHASING INCENTIVES
P.O. BOX 118
PEARL RIVER LA 70452-0118

Pearl River County Property Tax
PO Box 509
Poplarville, MS 39470-0509

Phoenix Process Equipment Company
2402 Watterson Trail
Louisville, KY 40299-2536

Picayune Item
P.O. Box 580
Picayune MS 39466-0580

Piepho Moving & Storage, Inc.
4121 Highway 14
West Rochester MN 55901-6609

Pinnacle Agriculture Distribution, Inc.
3400 Players Club Pkwy., Ste. 210
Memphis, TN 38125-1766

Pitney Bowes
P.O. Box 371887
Pittsburgh PA 15250-7887

Pitney Bowes Global Financial Services L
27 Waterview Drive
Shelton CT 06484-4301

Plaquemines Parish Water
Dept P.O. Box 940
Belle Chasse LA 70037-0940

Pro Temp, LLC
3201 General Degaulle Drive
New Orleans LA 70114-4002

Professional Application Services Inc
P.O. Box 82428
Baton Rouge, LA 70884-2428

Progressive Business Pubilications
370 Technology Dr.
PO Box 3019
Malvern PA 19355-0719

Purchase Power--Pitney Bowes
P.O. Box 371874
Pittsburgh PA 15250-7874

RED-D-ARC WELDERENTALS
18180 SWAMP RD
PRAIRIEVILLE LA 70769-3312

REECO
1762 CANAL BLVD
THIBODAUX LA 70301-5225

RETIF OIL
P.O. BOX 58349
NEW ORLEANS LA 70158-8349

RIVER BIRCH
2000 S. KENNER AVE
AVONDALE LA 70094-2061

ROMAR AND ASSOC.
13019 SARAH'S LANE
HOUSTON TX 77015-6336

Raba-Kistner Consultants, Inc.
Po Box 971037
Dallas, TX 75397-1037

Rabroker A/C & Plumbing
P.O.BOX 789
Belton, TX 76513-0789

Ranger Contracting, LLC
252 Pi Street
Belle Chasse LA 70037-1435

Ranger Contracting, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

Raymond Wayne Meladine II
218 Alpha Street
Belle Chase LA 70037-1242

Reliable Controls Corp.
c/o Christopher Jones
Erin Stone Prince, Yeates & Geldzahler
15 W. South Temple, Ste 1700
Salt Lake City UT 84101-1549

Reliable Controls Corp.
c/o Christopher Jones & Erin Stone
15 W. South Temple, Ste 1700
Salt Lake City UT 84101-1549

Reliable Controls Corporation
4568 South Highland Drive Ste 360
Salt Lake City UT 84117-4233

Reliable Controls Corporation
Erin M. Stone, Prince, Yeates & Geldzahl
15 W. South Temple, Ste 1700
Salt Lake City UT 84101-1549

Retif Oil & Fuel
P.O. Box 62600 Dept 2000
New Orleans LA 70162-2600

Richard W. Cryar
217 North Columbia Street
Covington LA 70433-3245

Richard W. Cryar, Plan Agent of Alliance Con
c/o Patrick S. Garrity
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, LA 70817-1370

Robert Alan Byrd
P.O. Box 1939
Biloxi MS 39533-1939

Robertson Roofing & Siding, Inc.
900 Woodland Hwy
Belle Chasse LA 70037-1633

Romar & Associates, Inc.
13019 Sarah's Lane
Houston TX 77015-6336

Rowan Group
3201 General DeGaulle Dr. Ste 200
New Orleans LA 70114-4004

Rowan Group, LLC
Attn: Anna Steele
3201 General DeGaulle Drive, Ste 200
New Orleans LA 70114-4004

Rufus Stallings
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Rufus and Elizabeth M. Stallings
39 Ravenwood Drive
Picayune MS 39466-8352

Ryan Fitzgerald
739 Glencove Lane
Terrytown LA 70056-4427

Ryan L. Hess
12085 Hwy 11
Belle Chasse LA 70037-4223

S&M Trucking
289 Hwy 307
Thibodaux LA 70301-8642

SANTANDER Acct No xxx9022
PO BOX 105255
ATLANTA GA 30348-5255

SCOTT EQUIPMENT COMPANY
10176 AIRLINE HWY ST.
ROSE LA 70087-3002

SEC c/o Crockett Lindsey
Asst. U.S. Attorney
1575 20th Avenue, 2nd Floor
Gulfport MS 39501-2040

SOUTHERN PIPE
59489 CAMP VILLERE RD
SLIDELL LA 70460-4216

SUN ELECTRIC
176 HICKORY AVE
NEW ORLEANS LA 70123-4032

SUN ELECTRICAL
176 HICKORY AVE
NEW ORLEANS LA 70123-4032

SURETEC
9737 GREAT HILLS TRAIL
STE 320
AUSTIN TX 78759-6418

Safway Services, LLC
2621 Willowbrook Rd
Dallas, TX 75220-4422

Sanders
PO Box 1169
Cleveland, MS 38732-1169

Scandurro & Layrisson, LLC
607 St. Charles Ave Ste 100
New Orleans LA 70130-3444

Schenck AccuRate Inc
746 E. Milwaukee St
Whitewater WI 53190-2125

Schneider Electric
P.O.Box 841868
Dallas, TX 75284-1868

Scott Atwell
3230 Range Court
Mandeville LA 70448-8494

Scott C. Williams
Manier & Herod P.C.
One Nashville Place, Ste.
2000 150 Fourth Ave.,
N. Nashville TN 37219-2415

Select Promotional Products
115 Maud Olive Dr
Belle Chasse LA 70037

Shale Support Services
105 Street A
Picayune MS 39466-5467

Shale Support Services, LLC
4023 Amb. Caffery Ste 200
Lafayette LA 70503-5268

Shale Support Services, LLC
c/o Albert Derbes, IV
3027 Ridgelake Drive
P.O. Box 8176
Metairie LA 70011-8176

Sherwin-Williams Co.
A/R Dept
5865 S. Cooper St
Arlington, TX 76017-4445

Simplex Grinnell LP
Dep. CH 10320
Palatine, IL 60055-0320

Sleeper Sewell Insurance Services, Inc
12400 Coit Road, Ste 1100
Dallas, TX 75251-2039

Softmart
P.O. Box 8500-52288
Philadelphia PA 19178-2288

Southton Rail Yard, LLC
c/o William P. Wessler
PO Box 175
Gulfport MS 39502-0175

Spectrum Origination LLC
c/o Haynes and Boone, LLP
1221 McKinney Street Ste 2100
Houston TX 77010-2020

Spectrum Origination, LLC
1253 Springfield Ave., Ste. 201
New Providence NJ 07974-2931

Stain and Stamp Inc
P.O.Box 1512
Belton, TX 76513-5512

Stephen Brouillette, Jr.
Daigle Fisse & Kessenich
227 Highway 21
Madisonville LA 70447-9677

Stephen Kevin Bowen
42 Montfair Park Circle
The Woodlands TX 77382-2098

Stim-Lab, Inc.
PO Box 841787
Dallas TX 75284-1787

Stone Hill Capital Management
885 Third Ave., 30th Fl
New York NY 10022-4834

Stonhard
P.O.Box 931947
Cleveland, OH 44193-0004

Sun Coast Contracting Services, LLC
3201 Gen. DeGaulle Drive, Ste 200
New Orleans LA 70114-4004

SureTec Insurance Company
c/o Scott C. Williams
150 4th Ave. N., Ste. 2200
Nashville TN 37219-2494

T. Edward Cundick, Esq.
Prince, Yeates & Geldzahler, PC
15 W South Temple, Ste 1700
Salt Lake City UT 84101-1549

T. Russell Nobile
Wise Carter Child & Caraway
1105 30th Avenue, Ste 300
Gulfport MS 39501-1817

T.A.S. Commercial Concrete
2727 LBJ Freeway, Ste 1000
Dallas, TX 75234-7334

THE LAW OFFICE OF JORDAN FELTON, PLLC
Acct No 6318
2990 RICHMOND AVE STE 144
HOUSTON TX 77098-3115

TSB Ventures
698 Stonehill Road
Folsom, LA 70437-5910

Tait Faulk
205 B Eastland Drive
Lafayette LA 70503-4205

Tait Faulk
24 Chatham Dr.
New Orleans LA 70122-2565

Team Pro-Tree, LLC
3201 General DeGaulle Dr.
New Orleans LA 70114-6756

Texas Cutting & Coring, L.P.
17 Indian Meadows
Round Rock, TX 78665-2634

Texas Mutual Insurance Company
attn: policy accounting
PO Box 841843
Dallas, TX 75284-1843

Texas Workforce Commission
2102 W. Main Street
Grand Prairie TX 75050-5068

The Giepert Law Firm
4603 S. Carrollton Avenue
New Orleans, LA 70119-6024

The Investment Group, Inc.
B. Franklin Martin, III
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans LA 70130-6029

Three Deuces
36115 Lock One Road
Pearl River, LA 70452-2431

Thyssenkrupp Elevator
2801 Network Blvd Ste 700
Frisco, TX 75034-1885

Tinker Blackwell
36115 Lock One Road
Pearl River LA 70452-2431

Tire Shack Inc
P.O. Box 264
Belle Chasse LA 70037-0264

Titan Rentals, LLC
261 Buccaneer Road
Belle Chasse LA 70037-4370

Titan Rentals, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

Tristan Manthey
Heller, Draper, Patrick & Horn, L.L.C.
650 Poydras Street, Ste 2500
New Orleans LA 70130-6103

Tropical Contracting, LLC
6363 DeZavala #107
San Antonio, TX 78249-2104

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste 244
Gulfport MS 39501-2036

U.S. Securites and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road Ste 900
Atlanta GA 30326-1382

UNITED RENTALS
13249 AIRLINE HWY
GONZALES LA 70737-6841

Uncle Bob's Self Storage
3200 General De Gaulle Drive
New Orleans LA 70114-6709

United Rentals Northwest,INC Credit Office &
PO BOX 100711
Atlanta,GA 30384-0711

United States Trustee
501 East Court Street Ste 6-430
Jackson MS 39201-5022

Verizon Wireless
P.O. Box 660108
Dallas TX 75266-0108

Volvo Rents
P.O. Box 1075
Slidell LA 70459-1075

WG FINANCING
Acct No 6318
2990 RICHMOND AVE STE 144
HOUSTON TX 77098-3115

WHOLESALE ELECTRIC
2601 L AND A ROAD
METAIRIE LA 70001-5957

Water & Sewer Products, Inc.
Po Box 9318
Westwego, LA 70094
B&B Capital Ventures, Inc,
5510 W. La Salle Street,
Tampa, FL 33607-1797

Wausau Tile
P.O.Box 1520
Wausau, WI 54402-1520

Weigh-Tec Inc.
P.O. Box 266
Decatur AL 35602-0266

Wholesale Electric Supply Company of Houston
c/o Wolfe Law Group, LLC
365 Canal St., Ste. 1680
New Orleans, LA 70130-1149

William J. Little, Jr.
Lentz & Little, P.A. 2012
23rd Avenue
Gulfport MS 39501-2967

William P. Wessler
1624 24th Avenue
Gulfport MS 39501-2969

William P. Wessler
W. Gerry Wessler Attorneys at Law
1624 24th Avenue
Gulfport MS 39501-2969

Mass P. "Tinker" Blackwell Jr.
36115 Lock One Road
Pearl River, LA 70452-2431

Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238

Ronald J. Hof
9905 Jefferson Hwy.
River Ridge, LA 70123-2530

Ryan L Hess
12085 Highway 11
Belle Chasse, LA 70037-4223

William G. Cherbonnier Jr.
2550 Belle Chasse Highway
Suite 215
Gretna, LA 70053-6758

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blackwell Aggregates, Inc.

(u)Elle Investments, LLC

(u)Liberty Mutual Insurance Company

(u)M6 Capital Partners, LLC

(d)Aluma Systems Concrete Const.
PO Box 91473
Chicago, IL 60693-1473

(d)Ashton Marine, LLC
1200 Peters Road
Harvey, LA 70058-1754

(d)Bank of America, N.A
400 National Way
Mail Stop: CA6-919-01-23
Simi Valley, CA 93065-6414

(d)Bank of the West
2527 Camino Ramon
San Ramon, CA 94583-4213

(d)Gerard Daniel Worldwide
P.O. Box 62869
Baltimore MD 21264-2869

(d)Gulf Coast Bulk Handling LLC
10100 Hwy 65 South
Lake Providence, LA 71254-4019

(d)Gulf Coast Treated Piling & Timbers, Inc.
1417 Captain Cade Road
PO Box 120
Cade, LA 70519-0120

(d)IBERIABANK c/o Robert Mathis
433 Metairie Rd., #600
Metairie, LA 70005-4328

(d)Integrated Pro Services, LLC
9107 Hwy 23
Belle Chasse LA 70037-2140

(d)K&K MARINE
166 BAYOU BOEUF RD
MORGAN CITY LA 70380-7921

(d)Mike Evans Crane Services
1931 Bull Run Rd.
Schriever, LA 70395-3015

(d)Polydeck Screen Corporation
1790 Dewberry Road
Spartanburg, SC 29307-4345

(u)Richard W. Cryar

End of Label Matrix
Mailable recipients    417
Bypassed recipients     17
Total                  434