## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                          CASE NO. 15-10016
                                                                                         SECTION "B"
HESS, RYAN L

DEBTOR(S)                                                                     CHAPTER 7

### TRUSTEE'S INTERIM REPORT

1. Action to be taken to conclude administration of estate:

   **Trustee is investigating the values of several companies owned by debtor and possible avoidance actions. Debtor has retained counsel to investigate possible avoidance and other causes of action available to the estate and any of the bankruptcy estate's subsidiaries and affiliates, including AHG Solutions, LLC and Hess Farms, LLC.**

2. Total funds deposited into the Trustee's bank account:

   **$1,992.73**

3. Amount and nature of bond:

   **Blanket Bond Coverage**

4. Expected date of filing a Trustee's Final Report:

   **4/15/2016**

Date:   October 22, 2015

                                                                        Respectfully submitted,

                                                                        /s/Ronald J. Hof
                                                                        **Ronald J. Hof**
                                                                        **Chapter 7 Trustee**
                                                                        9905 Jefferson Hwy.
                                                                        River Ridge, Louisiana  70123
                                                                        Tel: 504-305-1591