**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                CASE NO. 15-10016

RYAN L. HESS                                          CHAPTER 7

          DEBTOR                                      SECTION "B"

---

**MOTION TO RECONSIDER ORDER GRANTING RULE 2004 EXAMINATION OF
MCGLINCHEY STAFFORD PLLC**

---

**NOW INTO COURT,** through undersigned counsel, comes M2 Group LLC and M6 Capital Partners LLC (the "*Movants*"), who respectfully request that this Court reconsider its Order granting the Rule 2004 Examination of McGlinchey Stafford, PLLC [P-113] (the "*Order*").  In support, the Movants respectfully represent as follows:

1.

The Trustee in the above-captioned matter claims that the Estate includes the Debtor's equity interest in various entities including AHG Solutions, LLC and Hess Farms, LLC, which entities purportedly transferred and/or mortgaged its Mississippi and Alabama immovable properties to Movants, which subsequently, according to the Trustee, transferred the properties to JT Property Ventures, LLC ("*JTP*").

2.

In order to "better understand" the aforementioned transactions, the Trustee seeks to conduct a Rule 2004 Examination of McGlinchey Stafford, PLLC ("*MS*") through which it will obtain from MS documents, depositions, and statements acquired by MS during its representation of Dry Facility Assets Holding, LLC ("*DFAH*") in a Mississippi state court action DFAH has pending against JTP.

3.

DFAH is a party to that certain Agreed Protective Order (the "***Protective Order***") filed into *Drying Facility Assets Holding, LLC v. M2 Group, LLC*, Civil Action No. 15-0158-GN-W, Chancery Court of Pearl River County, State of Mississippi, which Protective Order prohibits disclosure of certain confidential information produced in conjunction with such case.

4.

Due to the Protective Order, Counsel is negotiating with the Trustee regarding an amendment to the Order that would exclude from MS' production any information, documents, or the like which are subject to the Protective Order.

5.

However, given that the deadline by which Movants much move for reconsideration, the Trustee, out of an abundance of caution, formally moves for reconsideration of the Order specifically excluding from MS' production any information, documents, or the like which are subject to the Protective Order.

**WHEREFORE**, Movants request that the Court reconsider the Order in order to specifically exclude from MS' production any information, documents, or the like which are subject to the Protective Order, and for such other relief deemed just.

**Signature on following page**

2

Respectfully Submitted,

**STEWART ROBBINS & BROWN, LLC**
620 Florida Street, Suite 100
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:   /s/ Paul Douglas Stewart, Jr.
      Paul Douglas Stewart, Jr. (La. #24661)
      dstewart@stewartrobbins.com

      *Counsel to M2 Group LLC and M6 Capital*
      *Partners LLC*