IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:                                                           CASE NO. 15-10016
                                                                                  SECTION "B"

HESS, RYAN L

DEBTOR(S)                                          CHAPTER 7

### TRUSTEE'S INTERIM REPORT

1. <u>Action to be taken to conclude administration of estate</u>:

   **Trustee is investigating the values of several companies owned by debtor and possible avoidance actions. Debtor has retained counsel to investigate possible avoidance and other causes of action available to the estate and any of the bankruptcy estate's subsidiaries and affiliates, including AHG Solutions, LLC and Hess Farms, LLC.**

2. <u>Total funds deposited into the Trustee's bank account</u>:

   **$1,881.84**

3. <u>Amount and nature of bond</u>:

   **Blanket Bond Coverage**

4. <u>Expected date of filing a Trustee's Final Report</u>:

   **4/15/2017**

Date:   October 5, 2016

                                                                           Respectfully submitted,

                                                                           /s/Ronald J. Hof
                                                                           **Ronald J. Hof**
                                                                           **Chapter 7 Trustee**
                                                                           9905 Jefferson Hwy.
                                                                           River Ridge, Louisiana  70123
                                                                           Tel: 504-305-1591