### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:                                                  CASE NO. 15-10016
                                                        SECTION "B"
HESS, RYAN L


DEBTOR(S)                                               CHAPTER 7

### TRUSTEE'S INTERIM REPORT

1.      Action to be taken to conclude administration of estate:

**Trustee retained special counsel to investigate possible avoidance actions available to the debtor and any of the estate's subsidiaries and affiliates. After an investigation, an adversary proceeding was filed against several parties. The parties have been in settlement negotiations for some time and have reached agreement to settle the claims subject to court approval. Counsel for trustee will be filing the pleadings necessary to obtain court approval shortly. If the settlement is approved by the court and the parties comply with the terms of the settlement, trustee will be able to file his final report.**

2.      Total funds deposited into the Trustee's bank account:

**$1,811.27**

3.      Amount and nature of bond:

**Blanket Bond Coverage**

4.      Expected date of filing a Trustee's Final Report:

**12/15/2017**

Date:   April 17, 2017

                                        Respectfully submitted,


                                        /s/Ronald J. Hof
                                        **Ronald J. Hof**
                                        **Chapter 7 Trustee**
                                        9905 Jefferson Hwy.
                                        River Ridge, Louisiana  70123
                                        Tel: 504-305-1591