IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**IN THE MATTER OF:**  **CASE NO: 15-10016**
**HESS, RYAN L**

                        **SECTION "B"**
                        **CHAPTER 7**

**DEBTOR(S)**

## APPLICATION TO EMPLOY ACCOUNTANT

NOW INTO COURT, comes Ronald J. Hof, Chapter 7 Trustee, who respectfully represents:

1.

Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on January 6, 2015. Applicant is the duly appointed and acting trustee in this proceeding.

2.

Trustee asserts that it is necessary to employ an accountant to assist him in this proceeding and wishes to retain J. Edward Perron, Jr., CPA, and the Certified Public Accounting firm of J. Edward Perron, Jr., APAC to assist the Trustee in reviewing the books and records of the Debtor and the preparation of any and all necessary fiduciary returns on behalf of the Trustee..

3.

Trustee has selected J. Edward Perron, Jr., CPA, and the Certified Public Accounting firm of J. Edward Perron, Jr., APAC for the reasons that said accountants are experienced in matters of this character and the Trustee believes that said accountants are well qualified to represent the Trustee in this proceeding.

4.

The applicant has entered into an agreement with J. Edward Perron, Jr., CPA, and the Certified Public Accounting firm of J. Edward Perron, Jr., APAC with respect to services to be performed and compensation to be paid, which agreement calls for an hourly rate of $240.00, plus costs, subject to approval by this Honorable Court.

5.

To the best of Trustee's knowledge, J. Edward Perron, Jr., CPA, and the Certified Public Accounting firm of J. Edward Perron, Jr., APAC have no connection with Debtor, any creditor or other party in interest or their respective attorneys. They do not represent any interest adverse to Trustee or the estate in the matters upon which they are to be retained by the Trustee and are a disinterested persons under 11 U.S.C. § 327. Trustee further certifies that Accountant is not related to the trustee by affinity or consanguinity within the third degree as determined by the common law; nor is he in a step or adoptive relationship with the trustee within such degree.

WHEREFORE, Ronald J. Hof, Chapter 7 Trustee, prays that this Court authorize the Trustee to employ J. Edward Perron, Jr., CPA, and the Certified Public Accounting firm of J. Edward Perron, Jr., APAC as accountants for the Trustee in the above captioned proceeding and that he have such other and further relief as is just.

Respectfully submitted,

/s/ Ronald J. Hof_____
**Ronald J. Hof**
**Chapter 7 Trustee**
9905 Jefferson Highway
River Ridge, Louisiana  70123
Tel: 504-305-1591