## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                                    CASE NO: 15-10016
HESS, RYAN L

                                                     SECTION "B"
                                                     CHAPTER 7

DEBTOR(S)

### DECLARATION OF PROPOSED ACCOUNTANT

I, J. Edward Perron, Jr. declare under penalty of perjury that the information provided below is true and correct to the best of my knowledge, information and belief:

1. I am a certified public accountant licensed to practice in the State of Louisiana and am a CPA with the CPA firm of J. Edward Perron, Jr., APAC with offices in Metairie at 3528 Shellie Street Metairie, Louisiana 70002.

2. Neither I, my firm, nor any partner or employee thereof insofar as I have been able to ascertain, represents any interest adverse to that of the estate, the trustee, or the debtor in the matters upon which said CPA firm is to be engaged.

3. Based on the foregoing, I believe the firm of J. Edward Perron, Jr., APAC is a "disinterested person" within the meaning of §101 and §327 of the Bankruptcy Code.

4. Neither I, my firm, nor any partner or employee thereof insofar as I have been able to ascertain has any connection with the debtors, the creditors, or any party in interest, or their respective attorneys, and accountants, or anyone in the United States Trustees' office.

5. Neither I, my firm, nor any partner or employee thereof insofar as I have been able to ascertain, is related to the trustee by affinity or consanguinity within the third degree as determined by the common law, or is in a step or adoptive relationship within such degree.

6. I have advised the trustee of the firm's willingness to serve as trustee's accountant under the terms and conditions set forth in the annexed application.

J. Edward Perron, Jr., APAC

BY _____

J. Edward Perron, Jr.
3528 Shellie Street
Metairie, Louisiana 70002
Phone No. (504) 885-2360