IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                                    CASE NO. 15-10016
HESS, RYAN L

                                                                                                   SECTION "B"
DEBTOR(S)                                                                 CHAPTER 7

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the Order dated September 15, 2017 (Doc. #148) has been served by U.S. Mail upon the creditors and parties in interest listed on the attached mailing matrix, postage prepaid, this September 18, 2017.

                                                                                  /s/ Ronald J. Hof
                                                                                RONALD J. HOF
                                                                                Chapter 7 Trustee
                                                                                9605 Jefferson Hwy
                                                                                River Ridge, Louisiana  70123
                                                                                Tel: 504-305-1591

| | | |
|---|---|---|
| Label Matrix for local noticing<br>053L-2<br>Case 15-10016<br>Eastern District of Louisiana<br>New Orleans<br>Mon Aug 31 10:55:16 CDT 2015 | Atlas Boats, Inc.<br>c/o Timothy Thriffiley, Esq.<br>P.O. Box 7125<br>Belle Chasse, LA 70037-7125 | Bank of America, N.A.<br>400 National Way<br>Mail Stop: CA6-919-01-23<br>Simi Valley, CA 93065-6414 |
| Bank of the West<br>2527 Camino Ramon<br>San Ramon, CA 94583-4213 | Bottom Line Equipment, LLC<br>10260 Airline Highway<br>St. Rose, LA 70087-3004 | Collector of Revenue<br>City of New Orleans<br>Department of Finance<br>1300 Perdido Street, RM 1W15<br>New Orleans, LA 70112-2128 |
| Delinquent Accounts Unit<br>La. Department of Labor<br>Office of Regulatory Services<br>P.O. Box 44127<br>Baton Rouge, LA 70804-4127 | IBERIABANK c/o Robert Mathis<br>433 Metairie Rd., #600<br>Metairie, LA 70005-4328 | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY<br>McNew, King, Mills, Burch & Landry, LLP<br>c/o William T. McNew<br>2400 Forsythe Ave., Ste 2<br>Monroe, LA 71201-2997 |
| JPMorgan Chase Bank, N.A.<br>c/o Robert A. Mathis<br>212 Veterans Blvd.<br>Metairie, LA 70005-3047 | Jones Walker LLP<br>201 St. Charles Avenue<br>Suite 5100<br>New Orleans, LA 70170-5100 United States | K&K Marine, LLC<br>166 Bayou Boeuf Road<br>Morgan City, LA 70380-7921 |
| Louisiana Department of Revenue<br>Collection Division/Bankruptcy Section<br>P. O. Box 66658<br>Baton Rouge, LA 70896-6658 | Pinnacle Agriculture Holdings<br>3400 Players Club Pky, Ste. 210<br>Memphis, TN 38125-1766 | Santander Consumer USA, Inc., an assignee of<br>The Sundmaker Firm, LLC<br>336 Lafayette Street, Suite 301<br>New Orleans, LA 70130-3265 |
| Shale Support Services, L.L.C.<br>4023 Ambassador Caffery<br>Suite 200<br>Lafayette, LA 70503-5268 | SureTec Insurance Company<br>Dunlap Fiore, LLC<br>301 Main Street<br>Suite 1100<br>Baton Rouge, LA 70801-0013 | U. S. Attorney's Office<br>Eastern District of Louisiana<br>650 Poydras Street<br>Suite 1600<br>New Orleans, LA 70130-7212 |
| Wholesale Electric Supply of Houston<br>4040 Gulf Freeway<br>Houston, TX 77004-2599 | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B-601<br>New Orleans, LA 70130-3319 | A&A Enterprises, Inc.<br>84 23rd Street<br>Kenner, LA 70062-4831 |
| ACS Student Loans<br>PO Box 371821,<br>Pittsburg, PA 15250-7821 | AHG Solutions, LLC<br>c/o Tristan Manthey, Esq.<br>Heller Draper Patrick Horn & Dabney LLC<br>650 Poydras St., Ste. 2500<br>New Orleans LA 70130-6175<br>AHG Solutions LLC | ALUMA SYSTEMS CONCRETE<br>PO BOX 91473<br>CHICAGO IL 60693-1473 |
| AR-Case, Inc.<br>1007 West Ashby Place<br>San Antonia, TX 78212-3814 | ARC LA Gulf Coast<br>P. O. Box 203890<br>Dallas TX 75320-3890 | ATLAS BOATS<br>PO BOX 7125<br>BELLE CHASSE LA 70037-7125 |
| ATOKA, INC<br>2695 AIRPORT ROAD<br>HOT SPRINGS AR 71913-9272 | Acton Mobile Industries<br>5561 Todd Acres Drive<br>Mobile AL 36619-9281 | Advance Industrial Products<br>2125 Whitney Avenue<br>Gretna, LA 70056-2695 |

| | | |
|---|---|---|
| Advanced Inc Group<br>1900 West Main Street<br>Schriever, LA 70395 | Advanced Inc Group<br>DBA Advanced Fiberglass<br>P.O. Box 969<br>Gray LA 70359-0969 | Aflac<br>Attn: RPS Department<br>1932 Wynnton Rd.<br>Columbus GE 31999-0002 |
| Ahern Rentals<br>PO Box 271390<br>Las Vegas, NV 89127-1390 | Alamo Building Specialties<br>16358 Nacogdoches Rd<br>San Antonio, TX 78247-1005 | Albert Butler<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 |
| Albert J. Derbes, IV<br>The Derbes Law Firm, LLC<br>3027 Ridgelake Drive<br>Metairie LA 70002-4924 | Albert and Barbara Butler<br>1280 Marina Dr.<br>Slidell, LA 70458-9212 | All Staff Personnel Services Inc<br>P. O. Box 2324<br>Waco, TX 76703-2324 |
| Alliance Consulting Group, L.L.C.<br>3201 General DeGaulle Drive Ste 200<br>New Orleans LA 70114-4004 | Alliance Consulting Group, LLC<br>c/o Richard Cryar, Plan Agent<br>201 N. Columbia Street<br>Covington, LA 70433-3245 | Alpha Insulation & Waterproofing<br>P.O.Box 681656<br>Marietta, GA 30068-0028 |
| Aluma Systems Concrete Const.<br>P.O. Box 91473<br>Chicago IL 60693-1473 | Amber Hess<br>12085 Hwy 11<br>Belle Chasse LA 70037-4223 | American Direct<br>11000 Lakeview Ave<br>Lenexa, KS 66219-1311 |
| American Interstate<br>Insurace - 24759<br>PO Drawer 1570<br>Deridder, LA 70634-1570 | American Marble and Granite<br>P.O. Box 715<br>Hewitt, TX 76643-0715 | American Welding & Safety Supply, Inc.<br>19183 Hwy 43<br>Kiln MS 39556-8391 |
| Andrew Densing<br>10555 Pak Cove<br>Biloxi MS 39532-8063 | Anthony J. Russo, Jr.<br>Seale, Smith, Zuber & Barnette<br>8550 United Plaza Blvd., Suite 200<br>Baton Rouge, LA 70809-2256 | Anthony Savarino<br>Crane & Rigging, Inc.<br>1000 Justin Road<br>Metairie, LA 70001-5961 |
| Argo Partners<br>12 W 37th St 9th Fl<br>New York NY 10018-7381 | Ashton Marine, LLC<br>1200 Peters Road<br>Harvey LA 70058-1754 | Atlas Boats Incorporated<br>P.O. Box 944<br>Belle Chasse LA 70037-0944 |
| Atlas Boats, Inc.<br>c/o Timothy Thriffiley<br>P.O. Box 7125<br>Belle Chasse, LA 70037-7125 | Atlas Boats, Inc.<br>c/o Timothy Thriffiley, Esq.<br>Pivach, Pivach, Hufft,& Thriffiley<br>P.O. Box 7125<br>Belle Chasse LA 70037-7125 | B W Resources, LLC<br>P.O. Box 1600<br>Whitney TE 76692-1600 |
| B&B Capital Ventures, Inc.<br>5510 W. LaSalle Street, 3rd Floor<br>Tampa, FL 33607-1797 | B&H Aggregates LLC<br>3201 General DeGaulle Drive<br>New Orleans, LA 70114-6756 | B. B. Construction, LLC<br>14513 Miscar Road<br>Kentwood, LA 70444-3957 |

B. Franklin Martin, III
McGlinchey Stafford, P LLC
901 Poydras Street, 12th Floor
New Orleans LA 70112-1017

BANK OF AMERICA
Acct No xxxx2812
PO BOX 5170
SIMI VALLEY CA 93062-5170

BLACK PRAIRIE TRACTOR & TRAILOR
901 HWY 45 N
COLUMBUS MS 39701-3305

BOTTOM LINE EQUIPMENT
10260 AIRLINE HWY
ST ROSE LA 70087-3004

BRAZOS MASONRY, INC
P.O.Box 23428
WACO, TX 76702-3428

Barbara Butler
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Bayou Concrete Pumping
PO Box 2933
LaPlace, LA 70069-2933

Bean Excavating and Dirt, LLC
18370 Fenton Dedeaux Rd.
Kiln MS 39556-6636

Beerman Precision, Inc.
P.O. Box 6018
Metairie LA 70009-6018

Benjamin Pettiette
2505 14th Street, Ste. 500 Gulfport,
MS 39501-1959

Benjamin Pettiette
54 Ravenwood Drive
Picayune MS 39466-8328

Binswanger Glass
2410 Kemp Blvd,
Wichita Falls, TX 76309-5349

Blackwell Aggregates, Inc.
36115 Lock One Road
Pearl River, LA 70452-2431

Blue Cross Blue Shield
P.O. Box 650007
Dallas TX 75265-0007

Blue Cross Blue Shield LA - Group Payment
PO BOX 650007
Dallas, TX 75265-0007

Brenda Rody
2505 14th Street, Ste. 500
Gulfport MS 39501-1959

Brenda and Mark Rody
58 Ravenwood Drive
Picayune MS 39466-8328

Brumfield Welding
24541 Old Columbia Rd
Franklinton, LA 70438-2667

C&S Safety Systems of Louisiana
2404 Hwy 14
New Iberia LA 70560-8394

CANAL BARGE
835 UNION ST
NEW ORLEANS LA 70112-1469

CAPSTONE MECHANICAL
7100 IMPERIAL DR
WACO TX 76712-6817

CF Supply
P.O.Box 487,
WACO, TX 76703-0487

CHAFFE MCCALL, LLP
2300 ENERGY CENTRE
NEW ORLEANS LA 70163

CIMATION
111 VETERANS MEMORIAL BLVD
METAIRIE LA 70005-3038

CIMSCO, INC
1840 L AND A ROAD
METAIRIE LA 70001-6237

CMC Capitol Steel
Dept. 1088
PO Box 121088
Dallas, TX 75312-1088

CMC Rebar
Dept 1088
PO Box 121088
Dallas, TX 75312-1088

CNH Capital America, LLC
P. O. Box 0507
Carol Stream, IL  60132-0507

COASTAL LOGISTICS
800 DAVID DR
MORGAN CITY LA 70380-1396

COBURN'S
PO BOX 99001
DEHAM SPRINGS LA 70727-9001

| | | |
|---|---|---|
| COMPRESSED AIR SYSTEMS<br>205 Gunther Lane<br>BELLE CHASSE LA 70037-3157 | CRAWFORD SUPPLY<br>200 L AND A RD<br>METAIRIE LA 70001-6267 | CST Industries Inc<br>dba Columbian Tectank<br>9701 Renner Blvd Ste 150<br>Lenexa KS 66219-8116 |
| Cain Fence Co.<br>973 Metro Media Place<br>Dallas, TX 75247-4730 | Canal Barge<br>P.O. Bo 62666<br>New Orleans, LA 70162-2666 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capstone Mechanical<br>7100 Imperial Drive,<br>Waco, Texas 76712-6817 | Casafin II, LLC<br>4023 Amb. Caffery, Ste 200<br>Lafayette LA 70503-5268 | Central Scales & Controls<br>34624 LA Hwy 16 Ste B<br>Denham Springs, LA 70706-0666 |
| Champion Site Prep, LP<br>455 State Hwy 195, Ste A<br>Georgetown, TX 78633-4670 | Chase Bank<br>PO Box 9001022<br>Louisville, KY 40290-1022 | Christopher J. Battaglia<br>Halperin Battaglia Raicht, LLP<br>40 Wall Street - 37th Floor<br>New York NY 10005-1381 |
| Cimation, LLC<br>PO Box 975539<br>Dallas, TX 75397-5539 | City of New Orleans<br>PO Box 60047<br>New Orleans, LA 70160-0047 | Coastal Bridge CO, LLC<br>PO Box 14715<br>Baton Rouge, LA 70898-4715 |
| Coastal Logistics<br>PO BOX 82<br>Berwick, LA 70342-0082 | Coburn Supply Company, Inc.<br>Po Box 99001<br>Denham Springs, LA 70727-9001 | Colonial Life<br>P.O. Box 903<br>Columbia SC 29202-0903 |
| Columbian TecTank<br>P.O. Box 875042<br>Kansas City MO 64187-5042 | Conveying & Screening Machinery, Inc.<br>46391 HWY 16<br>Pine Grove, LA 70453-7716 | Cooper Consolidated<br>Dept# 1733<br>PO Box 11407<br>Birmingham, AL 35246-1733 |
| Creole Technologies, Inc.<br>320 Clearview Parkway<br>Metairie LA 70001-4623 | Cross Country Recycling, LLC<br>410 Hill Branch Road,<br>Ridgeville, SC 29472-8634 | Cynthia A. Henry<br>5304 Woodstream Dr<br>Marrero LA 70072-6648 |
| Cypress Glen Holdings, LLC<br>14141 Airline Hwy, Bldg. 1, Ste U<br>Baton Rouge LA 70817-6241 | DATATEL<br>11439 PENNYWOOD AVE<br>BATON ROUGE LA 70809-4276 | DAVID O'REILLY ENGINEERING<br>518 SOUTH RAMPART ST<br>NEW ORLEANS LA 70113-3110 |
| DP1 Design, LLC<br>P.O. Box 24333<br>New Orleans LA 70184-4333 | David O'Reilly Engineering<br>518 S. Rampart St.<br>New Orleans LA 70113-3110 | David O'Reilly Engineering Consultants<br>5003 Tchoupitoulas Street<br>New Orleans LA 70115-1706 |

| | | |
|---|---|---|
| David Taporco<br>2505 14th Street, Ste. 500 Gulfport<br>MS 39501-1959 | David and Karen Taporco<br>4109 Thoroughgood Drive<br>Virginia Beach VA 23455-4434 | Denet Towing Service Inc<br>P.O. Box 307<br>Boothville, LA 70038-0307 |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Dixie Mat & Hardwood<br>Po Box 1276<br>Tupelo, MS 38802-1276 | Donald Juan<br>2505 14th Street, Ste. 500 Gulfport<br>MS 39501-1959 |
| Donald S. and Jennifer R. Juan<br>57 Ravenwood Drive<br>Picayune MS 39466-8352 | Dust Control & Loading Systems, Inc.<br>Alec Amstutz<br>P.O. Box 125<br>Charlevoix MI 49720-0125 | Dust Control & Loading Systems, Inc.<br>P.O. Box 125<br>Charlevoix MI 49720-0125 |
| E-Co Systems, LLC<br>3201 General DeGaulle Dr.<br>New Orleans LA 70114-6756 | E-Co Systems, LLC<br>5821 Plauche St<br>Harahan LA 70123-4121 | ELLE INVESTMENTS<br>4023 AMB. CAFFERY PKWY<br>STE 200<br>LAFAYETTE LA 70503-5268 |
| EMCO Technologies<br>8900 South Choctaw Drive<br>Baton Rouge, LA 70815-8813 | ENTERPRISE DRU DAMAGE RECOVERY<br>Acct No xxx9732<br>2006 SWEDE RD STE 100<br>E. NORRITON PA 19401-1787 | EQUIPCO, LLC<br>1793 JULIA ST.<br>NEW ORLEANS LA 70113-3308 |
| ES&H<br>UNKNOWN<br>UNKNOWN LA 70114 | Eagle Fabricators, Inc<br>P.O.Box 11669<br>Houston, TX 77293-1669 | East Coast Emergency Response, LLC<br>413 N. Railroad Ave<br>Beulaville, NC 28518-8742 |
| Elizabeth Stallings<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 | Elle Development, LLC<br>4023 Amb. Caffery Ste 200<br>Lafayette LA 70503-5268 | Elle Development, LLC<br>c/o William P. Wessler<br>P.O. Box 175<br>Gulfport MS 39502-0175 |
| Elle Investments, LLC<br>c/o Fernand L. Laudumiey, IV<br>Gordon Arata Law Firm<br>201 St. Charles Ave., 40th Floor<br>New Orleans, LA 70170-1000 | Elle Investments, LLC<br>c/o William P. Wessler<br>P.O. Box 175<br>Gulfport MS 39502-0175 | Encore Enviromental & Safety, LLC<br>1190 LaHaye Road<br>Mamou LA 70554-4823 |
| Equipco LLC<br>Brittany Amemann<br>1513 Gardenia Dr.<br>Metairie, LA 70005-1156 | Equity Partners HG, LLC<br>16 N. Washington Street, Ste 102<br>Easton MD 21601-3196 | Essex Crane Rental Corp.<br>PO Box 828648<br>Philadelphia, PA 19182-8648 |
| Eustis Engineering Company Inc<br>14368 Creosote Road<br>Gulfport, MS 39503-4297 | FASTENAL<br>703 HWY 90 EAST BUILDING A<br>NEW IBERIA LA 70560-0845 | FASTENERS, INC<br>800 DAKIN STREET<br>JEFFERSON LA 70121-3003 |

| | | |
|---|---|---|
| FLYING H TRUCKING<br>3201 GENERAL DEGAULLE DR<br>NEW ORLEANS LA 70114-6756 | FMT AGGREGATE<br>1244 PETERS ROAD<br>HARVEY LA 70058 | FMT Aggregate, LLC<br>2360 5th Street<br>Mandeville, Louisiana 70471-1861 |
| FedEx<br>P.O. Box 660481<br>Dallas TX 75266-0481 | Fernand L. Laudumiey, IV<br>Gordon, Arata, McCollam, Duplantis & Eag<br>201 St Charles Avenue, Suite 4000<br>New Orleans, Louisiana 70170-1006 | Fiberglass Unlimited, Inc<br>960 Hwy 652<br>Raceland LA 70394-2321 |
| Fiberglass Unlimited, Inc.<br>c/o Karl J. Zimmermann<br>Baldwin Haspel Burke & Mayer, LLC<br>1100 Poydras Street, Ste 3600<br>New Orleans LA 70163-3605 | First Insurance Funding Corp<br>PO Box 66468<br>Chicago, IL 60666-0468 | First Insurance Funding, Corp.<br>450 Skokie Blvd.,Ste. 1000<br>Northbrook, IL 60062-7917 |
| Flatiron Capital, a Div of Wells Fargo B<br>1700 Lincoln St. 12th Floor<br>Denver CO 80203-4501 | Flatiron Capital/Sleeper Sewell Ins<br>P.O Box 712195<br>Denver CO 80271-2195 | Flying H Trucking, LLC<br>c/o John M. Dubreuil<br>Daigle Fisse & Kessenich<br>227 Highway 21<br>Madisonville LA 70447-9677 |
| Flying H Trucking, LLC c/o John M. Dubreuil<br>227 Highway 21<br>Madisonville LA 70447-9677 | Ford Credit<br>P.O. Box 650575<br>Dallas TX 75265-0575 | Frac Diamond Aggregates<br>3201 General DeGaulle Drive<br>New Orleans LA 70114-6756 |
| Frac Diamond Aggregates, LLC<br>1201 Camellia Blvd. Ste 300<br>Lafayette LA 70508-7228 | Frac Diamond Aggregates, LLC<br>1414 Airline Hwy.<br>Bldg. 1, Ste U<br>Baton Rouge LA 70805 | Frantz Marine Corporation, Inc.<br>139 Acadian Lane<br>Mandeville LA 70471-1789 |
| Frederick L. Bunol, IV<br>The Derbes Law Firm, LLC<br>3027 Ridgelake Drive<br>Metairie LA 70002-4924 | Fuzion Equities, LLC<br>14141 Airline Hwy, Bldg. 1, Ste U<br>Baton Rouge LA 70817-6241 | G E Capital<br>P.O. Box 740423<br>Atlanta GA 30374-0423 |
| GAS AND SUPPLY<br>125 THURWAY PARK<br>BROUSSARD LA 70518-3601 | GERARD DANIEL WORLDWIDE<br>PO BOX 62869<br>BALTIMORE MD 21264-2869 | GERDAU AMERISTEEL<br>212 VETERANS BLVD<br>METAIRIE LA 70005-3047 |
| GERDAU AMERISTEEL, US, INC.<br>Attn: Joseph E. Flick, Jr.<br>NEWMAN, MATHIS, BRADY & SPEDALE<br>212 Veterans Blvd.<br>Metairie LA 70005-4900 | GULF COAST BULK HANDLING<br>10100 HWY 65<br>SOUTH LAKE PROVIDENCE LA 71254-4019 | GULF INLAND<br>216 INDUSTRIAL AVENUE B<br>HOUMA LA 70363 |
| Gary L. Hess<br>107 Langridge Dr<br>Belle Chasse LA 70037-4421 | Gary Lane Hess and Karla S. Hess<br>c/o John M. Dubreuil<br>Daigle Fisse & Kessenich<br>227 Highway 21<br>Madisonville LA 70447-9677 | GeoPave<br>10210 Logan Cline Road<br>Gulfport, MS 39503-4632 |

| | | |
|---|---|---|
| George-McKenna Electrical<br>2319 E. Grauwyler Rd.<br>Irving, TX 75061-3399 | Gerald Duane Crump, Jr.<br>2153 Winifred St.<br>Metairie LA 70003 | Gerdau AmeriSteel<br>Attn. Credit<br>PO Box 31328<br>Tampa FL 33631-3328 |
| Gilson Company, INC<br>P.O. Box 337<br>Powell OH 43065-0337 | Green Field Energy Services, Inc.<br>Attn: Earl Blackwell<br>4023 Amb. Caffery Parkway Ste #200<br>Lafayette LA 70503-5268 | Greenberg Traurig, LLP<br>2200 Ross Ave Ste 5200<br>Dallas TX 75201-2794 |
| Guardian Computer LLC<br>4300 S I-10 Service Rd Ste. 210<br>Metairie LA 70001-7434 | Gulf Coast Office Products Inc<br>5801 River Oaks Road South<br>New Orleans LA 70123-2170 | Gulf Coast Treated Piling & Timbers, Inc<br>1417 Captain Cade Road<br>PO Box 120<br>Cade LA 70519-0120 |
| H&E EQUIPMENT SERVICES<br>7502 PECUE LANE<br>BATON ROUGE LA 70809-5107 | H&H Aggregates, LLC<br>3201 General DeGaulle Dr.<br>New Orleans LA 70114-6756 | H&H Trucking, LLC<br>3201 General DeGaulle Drive<br>New Orleans LA 70114-4004 |
| HANOVER INSURANCE<br>111 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70005-4919 | HANSON PIPE<br>13201 OLD GENTILLY ROAD<br>NEW ORLEANS LA 70129-2205 | HESS FARMS<br>3201 GENERAL DEGAULLE<br>NEW ORLEANS LA 70114-4004 |
| HUEY STOCKSTILL/HSI<br>PO BOX 758<br>PICAYUNE MS 39466-0758 | Hanover Insurance<br>Attn Mr. Jay Kern<br>Simon Peragine Smith Redfearn<br>1100 Poydras, 30th Floor<br>New Orleans, LA 70163-1101 | Hayward Baker Inc.<br>509 N Sam Houston Pkwy E, Ste 400<br>Houston, TX 77060-4130 |
| Heller Draper Patrick Horn & Dabney, LLC<br>650 Poydras Street Ste 2500<br>New Orleans LA 70130-6175 | Hensel Electric CO.<br>PO Box 8438<br>Waco, TX 76714-8438 | Hensel Electric Company<br>501 Towne Oaks Drive<br>P.O. BOX 8438<br>Waco, TX 76714-8438 |
| Hertz Equipment Rental<br>PO Box 650280<br>Dallas, TX 75265-0280 | Hess Farms<br>3201 General Degaulle Drive<br>New Orleans LA 70114-4004 | Hilti USA<br>Dept 0890<br>PO Box 120001<br>Dallas, TX 75312-0890 |
| IBERIABANK<br>PO BOX 52747<br>LAFAYETTE, LA 70505-2749 | INTEGRATED PRO SERVICES, LLC<br>9107 HWY 23<br>BELLE CHASSE LA 70037-2140 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS<br>c/o Crockett Lindsey Asst.<br>U.S. Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport MS 39501-2040 | IberiaBank<br>ATTN Customer Service<br>200 West congress St.<br>Lafayette, LA 70501-6873 | IberiaBank<br>Attn: Kenneth Hawkins<br>200 West Congress<br>Lafayette, LA 70501-6873 |

| | | |
|---|---|---|
| Industrial Accessories Company<br>P.O. Box 414178<br>Kansas City MO 64141-4178 | Industrial Fabrics<br>510 O'neal Lane<br>Baton Rouge, LA 70819-3600 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| J. Chris Condren Pierce<br>Couch Hendrickson Baysinger Green<br>P.O. Box 26350<br>Oklahoma City OK 73126-0350 | JPMorgan Chase Bank, NA<br>c/o Robert A. Mathis, Esq.<br>Newman, Mathis, Brady & Spedale<br>212 Veterans Boulevard<br>Metairie, Louisiana 70005-4900 | JPMorgan Chase Bank, NA<br>c/o Robert A. Mathis, Esq.<br>Newman, Mathis, Brady & Spedale<br>433 Metairie Road, Suite 600<br>Metairie, Louisiana 70005-4328 |
| James A. McCullough, II<br>Brunini, Grantham, Grower & Hewes, PLLC<br>P O. Drawer 119<br>Jackson MS 39205-0119 | James C. Simpson, Jr.<br>Wise Carter Child & Caraway<br>1105 30th Aveenue, Ste 300<br>Gulfport MS 39501-1817 | Jeff Bartlam<br>604 Springield Beach Rd.<br>Kinsale VA 22488-2029 |
| Jeffery Chad Palmer<br>213 Mulligan Drive<br>Cape Carteret NC 28584-7444 | Jeffery Chad Palmer<br>c/o Lewie G. Negrotto, IV, Esq.<br>2505 14th Street. Ste 500<br>Gulfport MS 39501-1959 | Jennifer Densing<br>10555 Pak Cove<br>Biloxi MS 39532-8063 |
| Jennifer Juan<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 | John D. Moore<br>301 Highland Park Cv, Ste B (39157)<br>P. O. Box 3344<br>Ridgeland MS 39158-3344 | John Deere Construction & Forestry Company<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| John Deere Construction & Forestry Company<br>c/o William T. McNew<br>McNew, King, Mills, Burch & Landry, LLP<br>2400 Forsythe Ave., Ste 2<br>Monroe, Louisiana 71201-2997 | John W. Stone Dept 322<br>PO Box 4869<br>Houston, TX 77210-4869 | Jones Walker L.L.P<br>201 St. Charles Ave,<br>New Orleans, LA 70170-5100 |
| Jones Walker LLP<br>Attn: Mark Mintz<br>201 St Charles Avenue,<br>49th Floor<br>New Orleans LA 70170-5100 | Jones Walker LLP<br>c/o Tyler J. Rench<br>201 St. Charles Avenue, Suite 5100<br>New Orleans, Louisiana 70170-5101 | Josh Dodd<br>172 Rue Acadian<br>Belle Chasse LA 70037-4140 |
| KELLY EQUIPMENT<br>1515 POYDRAS STREET STE 1400<br>NEW ORLEANS LA 70112-4500 | Karen Taporco<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 | Kase Conveyors<br>Oscar G. Castillo<br>P.O. Box 1600<br>Whitney TX 76692-1600 |
| Kase Conveyors<br>PO Box 1600<br>Whitney TX 76692-1600 | Kelley Equipment Co. of Florida Inc.<br>4140 118th Ave<br>North Clearwater FL 33762-5133 | Kelley Equipment Company of Florida, Inc<br>c/o Thomas J. Lutkewitte<br>Favret, Demarest, Russo & Lutkewitte, AP<br>1515 Poydras Street, Ste 1400<br>New Orleans LA 70112-4500 |
| Kent Gravois<br>22760 High Ridge<br>Vacherie LA 70090-4230 | Kentwood Springs<br>ACG Acct 57225621238634<br>P.O. Box 660579<br>Dallas TX 75266-0579 | Kimberly Jacobs<br>2505 14th Street, Ste. 500 Gulfport MS 39501-1959 |

| | | |
|---|---|---|
| L.B. Foster Company<br>P.O. Box 643343<br>Pittsburgh, PA 15264-3343 | LA MARINE TOWING<br>14491 E. MAIN ST.<br>CUT OFF LA 70345-2205 | LA Office Products<br>210 Edwards Ave<br>Harahan LA 70123-4296 |
| LAW OFFICES OF JOEL CARDIS, LLC<br>Acct No 3759732<br>2006 SWEDE RD STE 100 E.<br>NORRITON PA 19401-1787 | LEE TRACTOR CO.<br>10203 AIRLINE HWY ST.<br>ROSE LA 70087-3005 | LEVETT MECHANICAL<br>155 BAYOU DULARGE ROAD<br>HOUMA LA 70363 |
| LIBERTY MUTUAL<br>400 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130-3224 | Lake Air Interiors<br>503 Lake Air Drive<br>Waco, TX 76710-5839 | Lamco Transport, Inc<br>16460 Winborne Blvd<br>Prairieville, LA 70769-5874 |
| Land Shaper Inc<br>P.O. Box 995<br>Gulfport MS 39502-0995 | LeBlanc Brothers Ready-Mix, Inc.<br>PO Box 13<br>Paincourtville, LA 70391-0013 | Liberty Mutual Insurance Company<br>ATTN: Rudy Dominguez<br>8350 N. Central Expressway, Suite 850<br>Dallas, TX 75206-1607 |
| Liberty Mutual Insurance Company<br>c/o Amy M. Bernadas<br>Krebs, Farley & Pelleteri, PLLC<br>400 Poydras St., Ste 2500<br>New Orleans LA 70130-3224 | Linfield, Hunter & Junius, Inc<br>3608 18th Street<br>Metairie LA 70002-3210 | Linfield, Hunter & Junius, Inc.<br>3608 18th Street, Ste. 200<br>Metairie LA 70002-3210 |
| Locus Group, LLC<br>3201 General DeGaulle Drive<br>New Orleans LA 70114-6756 | Louisiana Cat<br>P.O. Box 54942<br>New Orleans LA 70154-4942 | Louisiana Department of Revenue<br>Bankruptcy Section<br>P. O. Box 66658<br>Baton Rouge LA 70896-6658 |
| Louisiana Department of Revenue<br>PO Box 3193<br>Baton Rouge LA 70821-3193 | Louisiana Machinery<br>PO Box 54942<br>New Orleans, LA 70154-4942 | Louisiana Workforce Commission<br>Attn: Legal Dept,<br>PO Box 94050<br>Baton Rouge LA 70804-9050 |
| M2 GROUP, LLC<br>12085 HWY 11<br>BELLE CHASSE LA 70037-4223 | M2 GROUP, LLC<br>315 3RD STREET<br>BATON ROUGE LA 70801-1329 | MASS TINKER BLACKWELL<br>36115 LOCK ONE RD.<br>PEARL RIVER LA 70452-2431 |
| MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MKS Transport<br>19431 Paul Stein St.<br>Vacherie LA 70090-3331 | MURPHY CONSTRUCTION<br>1200 EAST ST BERNARD HWY<br>CHALMETTE LA 70043-5432 |
| Macina Bose Copeland & Associates, Inc<br>1035 Central Parkway North<br>San Antonio TX 78232-5024 | Mark A. Mintz<br>Jones Walker LLP<br>201 St. Charles Avenue, 49th Floor<br>New Orleans LA 70170-5100 | Mark Rody<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 |

| | | |
|---|---|---|
| Mary Sciambra<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 | Mary and Nicholas Sciambra<br>31 Ravenwood Drive<br>Picayune MS 39466-8352 | Mass P. Blackwell<br>Three Duces, Inc. Blackwell Aggregates I<br>36115 Lock One Rd.<br>Pearl River LA 70452-2431 |
| Mass P. Blackwell Jr.<br>36115 Lock One Road<br>Pearl River LA 70452-2431 | McCoy's Building Supply<br>4236 Franklin Ave,<br>Waco, TX 76710-6944 | McDonald Sanitation Services, LLC<br>P.O. Box 107<br>Thibodaux LA 70302-0107 |
| McLain Plumbing and Electric Service Inc<br>P. O. Box 604<br>Philadelphia, MS 39350-0604 | MessageLabs, Inc<br>512 Seventh Avenue, 6th Floor<br>New York NY 10018-4603 | Metalink<br>9201 Highway 183 South<br>Austin, TX 78747-2058 |
| Michel B. Moreno<br>1201 Camellia Blvd. Ste 300<br>Lafayette LA 70508-7228 | Michel Moreno<br>c/o William P. Wessler<br>P.O. Box 175<br>Gulfport MS 39502-0175 | Mike Evans Crane Services<br>1931 Bull Run Rd.<br>Schriever LA 70395-3015 |
| Milton Jacobs, Jr. and Kimberly M. Jacob<br>43 Ravenwood Drive<br>Picayune MS 39466-8352 | Milton R. Jacobs, Jr.<br>43 Ravenwood Drive<br>Picayune MS 39466-8352 | Mine Assets Holding, LLC<br>c/o Byrd & Wiser<br>PO Drawer 1939<br>Biloxi MS 39533-1939 |
| Mine Assets Holding, LLC<br>c/o Haynes and Boone, LLP<br>1221 McKinney Street Ste 2100<br>Houston TX 77010-2020 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P. O. Box 22808<br>Jackson MS 39225-2808 | Mississippi River Bank<br>8435 Hwy 23<br>Belle Chasse, LA 70037-2529 |
| Mississippi River Equipment<br>Po Box 249<br>Norco, LA 70079-0249 | Modular Space Corporation<br>12603 Collections Center Drive<br>Chicago,IL 60693-0126 | Monica M. Bowen<br>42 Montfair Park Circle<br>The Woodlands TX 77382-2098 |
| NEFF RENTAL<br>10300 AIRLINE HWY ST.<br>ROSE LA 70087-3006 | NEFF RENTALS<br>10300 AIRLINE HWY ST.<br>ROSE LA 70087-3006 | NES EQUIPMENT<br>PO BOX 8500-1226<br>PHILADELPHIA PA 19178-0001 |
| NES Rentals<br>P.O. Box 8500-1226<br>Philadelphia PA 19178-0001 | Neff Rental, LLC<br>10300 Airline Highway St.<br>Rose LA 70087-3006 | New Orleans Pelicans NBA, L.L.C.<br>Attn: Vicky Gerl Neumeyer<br>5800 Airline Drive<br>Metairie LA 70003-3876 |
| Nexsen Pruet, LLC<br>Post Office Drawer 2426<br>Columbia SC 29202-2426 | Nicholas Sciambra<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 | Office Depot<br>P. O. Box 88040<br>Chicago IL 60680-1040 |

Office of The United States Trustee
United States Courthouse
501 East Court Street Ste 6-430
Jackson MS 39201-5022

Over the Top Systems
2319 Patterson Industrial Dr,
Pflugerville, TX 78660-8305

PAETEC - Windstream (GenDeg Tel)
P.O. Box 9001111
Louisville KY 40290-1111

POLYDECK SCREEN CORPORATION
1790 DEWBERRY RD
SPARTANBURG SC 29307-4345

PROFESSIONAL SERVICES IND
724 CENTRAL AVE
NEW ORLEANS LA 70121-1303

PSA Laboratory Furniture
2100 South Calhoun Road
New Berlin WI 53151-2218

PURCHASING INCENTIVES
P.O. BOX 118
PEARL RIVER LA 70452-0118

Pearl River County Property Tax
PO Box 509
Poplarville, MS 39470-0509

Phoenix Process Equipment Company
2402 Watterson Trail
Louisville, KY 40299-2536

Picayune Item
P.O. Box 580
Picayune MS 39466-0580

Piepho Moving & Storage, Inc.
4121 Highway 14
West Rochester MN 55901-6609

Pinnacle Agriculture Distribution, Inc.
3400 Players Club Pkwy., Ste. 210
Memphis, TN 38125-1766

Pitney Bowes
P.O. Box 371887
Pittsburgh PA 15250-7887

Pitney Bowes Global Financial Services L
27 Waterview Drive
Shelton CT 06484-4301

Plaquemines Parish Water
Dept P.O. Box 940
Belle Chasse LA 70037-0940

Pro Temp, LLC
3201 General Degaulle Drive
New Orleans LA 70114-4002

Professional Application Services Inc
P.O. Box 82428
Baton Rouge, LA 70884-2428

Progressive Business Pubilications
370 Technology Dr.
PO Box 3019
Malvern PA 19355-0719

Purchase Power--Pitney Bowes
P.O. Box 371874
Pittsburgh PA 15250-7874

RED-D-ARC WELDERENTALS
18180 SWAMP RD
PRAIRIEVILLE LA 70769-3312

REECO
1762 CANAL BLVD
THIBODAUX LA 70301-5225

RETIF OIL
P.O. BOX 58349
NEW ORLEANS LA 70158-8349

RIVER BIRCH
2000 S. KENNER AVE
AVONDALE LA 70094-2061

ROMAR AND ASSOC.
13019 SARAH'S LANE
HOUSTON TX 77015-6336

Raba-Kistner Consultants, Inc.
Po Box 971037
Dallas, TX 75397-1037

Rabroker A/C & Plumbing
P.O.BOX 789
Belton, TX 76513-0789

Ranger Contracting, LLC
252 Pi Street
Belle Chasse LA 70037-1435

Ranger Contracting, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

Raymond Wayne Meladine II
218 Alpha Street
Belle Chase LA 70037-1242

Reliable Controls Corp.
c/o Christopher Jones
Erin Stone Prince, Yeates & Geldzahler
15 W. South Temple, Ste 1700
Salt Lake City UT 84101-1549

| | | |
|---|---|---|
| Reliable Controls Corp.<br>c/o Christopher Jones & Erin Stone<br>15 W. South Temple, Ste 1700<br>Salt Lake City UT 84101-1549 | Reliable Controls Corporation<br>4568 South Highland Drive Ste 360<br>Salt Lake City UT 84117-4233 | Reliable Controls Corporation<br>Erin M. Stone, Prince, Yeates & Geldzahl<br>15 W. South Temple, Ste 1700<br>Salt Lake City UT 84101-1549 |
| Retif Oil & Fuel<br>P.O. Box 62600 Dept 2000<br>New Orleans LA 70162-2600 | Richard W. Cryar<br>217 North Columbia Street<br>Covington LA 70433-3245 | Richard W. Cryar, Plan Agent of Alliance Con<br>c/o Patrick S. Garrity<br>Steffes, Vingiello & McKenzie, LLC<br>13702 Coursey Boulevard, Building 3<br>Baton Rouge, LA 70817-1370 |
| Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi MS 39533-1939 | Robertson Roofing & Siding, Inc.<br>900 Woodland Hwy<br>Belle Chasse LA 70037-1633 | Romar & Associates, Inc.<br>13019 Sarah's Lane<br>Houston TX 77015-6336 |
| Rowan Group<br>3201 General DeGaulle Dr. Ste 200<br>New Orleans LA 70114-4004 | Rowan Group, LLC<br>Attn: Anna Steele<br>3201 General DeGaulle Drive, Ste 200<br>New Orleans LA 70114-4004 | Rufus Stallings<br>2505 14th Street, Ste. 500<br>Gulfport MS 39501-1959 |
| Rufus and Elizabeth M. Stallings<br>39 Ravenwood Drive<br>Picayune MS 39466-8352 | Ryan Fitzgerald<br>739 Glencove Lane<br>Terrytown LA 70056-4427 | Ryan L. Hess<br>12085 Hwy 11<br>Belle Chasse LA 70037-4223 |
| S&M Trucking<br>289 Hwy 307<br>Thibodaux LA 70301-8642 | SANTANDER Acct No xxx9022<br>PO BOX 105255<br>ATLANTA GA 30348-5255 | SCOTT EQUIPMENT COMPANY<br>10176 AIRLINE HWY ST.<br>ROSE LA 70087-3002 |
| SEC c/o Crockett Lindsey<br>Asst. U.S. Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport MS 39501-2040 | SOUTHERN PIPE<br>59489 CAMP VILLERE RD<br>SLIDELL LA 70460-4216 | SUN ELECTRIC<br>176 HICKORY AVE<br>NEW ORLEANS LA 70123-4032 |
| SUN ELECTRICAL<br>176 HICKORY AVE<br>NEW ORLEANS LA 70123-4032 | SURETEC<br>9737 GREAT HILLS TRAIL<br>STE 320<br>AUSTIN TX 78759-6418 | Safway Services, LLC<br>2621 Willowbrook Rd<br>Dallas, TX 75220-4422 |
| Sanders<br>PO Box 1169<br>Cleveland, MS 38732-1169 | Scandurro & Layrisson, LLC<br>607 St. Charles Ave Ste 100<br>New Orleans LA 70130-3444 | Schenck AccuRate Inc<br>746 E. Milwaukee St<br>Whitewater WI 53190-2125 |
| Schneider Electric<br>P.O.Box 841868<br>Dallas, TX 75284-1868 | Scott Atwell<br>3230 Range Court<br>Mandeville LA 70448-8494 | Scott C. Williams<br>Manier & Herod P.C.<br>One Nashville Place, Ste.<br>2000 150 Fourth Ave.,<br>N. Nashville TN 37219-2415 |

| | | |
|---|---|---|
| Select Promotional Products<br>115 Maud Olive Dr<br>Belle Chasse LA 70037 | Shale Support Services<br>105 Street A<br>Picayune MS 39466-5467 | Shale Support Services, LLC<br>4023 Amb. Caffery Ste 200<br>Lafayette LA 70503-5268 |
| Shale Support Services, LLC<br>c/o Albert Derbes, IV<br>3027 Ridgelake Drive<br>P.O. Box 8176<br>Metairie LA 70011-8176 | Sherwin-Williams Co.<br>A/R Dept<br>5865 S. Cooper St<br>Arlington, TX 76017-4445 | Simplex Grinnell LP<br>Dep. CH 10320<br>Palatine, IL 60055-0320 |
| Sleeper Sewell Insurance Services, Inc<br>12400 Coit Road, Ste 1100<br>Dallas, TX 75251-2039 | Softmart<br>P.O. Box 8500-52288<br>Philadelphia PA 19178-2288 | Southton Rail Yard, LLC<br>c/o William P. Wessler<br>PO Box 175<br>Gulfport MS 39502-0175 |
| Spectrum Origination LLC<br>c/o Haynes and Boone, LLP<br>1221 McKinney Street Ste 2100<br>Houston TX 77010-2020 | Spectrum Origination, LLC<br>1253 Springfield Ave., Ste. 201<br>New Providence NJ 07974-2931 | Stain and Stamp Inc<br>P.O.Box 1512<br>Belton, TX 76513-5512 |
| Stephen Brouillette, Jr.<br>Daigle Fisse & Kessenich<br>227 Highway 21<br>Madisonville LA 70447-9677 | Stephen Kevin Bowen<br>42 Montfair Park Circle<br>The Woodlands TX 77382-2098 | Stim-Lab, Inc.<br>PO Box 841787<br>Dallas TX 75284-1787 |
| Stone Hill Capital Management<br>885 Third Ave., 30th Fl<br>New York NY 10022-4834 | Stonhard<br>P.O.Box 931947<br>Cleveland, OH 44193-0004 | Sun Coast Contracting Services, LLC<br>3201 Gen. DeGaulle Drive, Ste 200<br>New Orleans LA 70114-4004 |
| SureTec Insurance Company<br>c/o Scott C. Williams<br>150 4th Ave. N., Ste. 2200<br>Nashville TN 37219-2494 | T. Edward Cundick, Esq.<br>Prince, Yeates & Geldzahler, PC<br>15 W South Temple, Ste 1700<br>Salt Lake City UT 84101-1549 | T. Russell Nobile<br>Wise Carter Child & Caraway<br>1105 30th Avenue, Ste 300<br>Gulfport MS 39501-1817 |
| T.A.S. Commercial Concrete<br>2727 LBJ Freeway, Ste 1000<br>Dallas, TX 75234-7334 | THE LAW OFFICE OF JORDAN FELTON, PLLC<br>Acct No 6318<br>2990 RICHMOND AVE STE 144<br>HOUSTON TX 77098-3115 | TSB Ventures<br>698 Stonehill Road<br>Folsom, LA 70437-5910 |
| Tait Faulk<br>205 B Eastland Drive<br>Lafayette LA 70503-4205 | Tait Faulk<br>24 Chatham Dr.<br>New Orleans LA 70122-2565 | Team Pro-Tree, LLC<br>3201 General DeGaulle Dr.<br>New Orleans LA 70114-6756 |
| Texas Cutting & Coring, L.P.<br>17 Indian Meadows<br>Round Rock, TX 78665-2634 | Texas Mutual Insurance Company<br>attn: policy accounting<br>PO Box 841843<br>Dallas, TX 75284-1843 | Texas Workforce Commission<br>2102 W. Main Street<br>Grand Prairie TX 75050-5068 |

The Giepert Law Firm
4603 S. Carrollton Avenue
New Orleans, LA 70119-6024

The Investment Group, Inc.
B. Franklin Martin, III
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans LA 70130-6029

Three Deuces
36115 Lock One Road
Pearl River, LA 70452-2431

Thyssenkrupp Elevator
2801 Network Blvd Ste 700
Frisco, TX 75034-1885

Tinker Blackwell
36115 Lock One Road
Pearl River LA 70452-2431

Tire Shack Inc
P.O. Box 264
Belle Chasse LA 70037-0264

Titan Rentals, LLC
261 Buccaneer Road
Belle Chasse LA 70037-4370

Titan Rentals, LLC
3201 General DeGaulle Drive
New Orleans LA 70114-4004

Tristan Manthey
Heller, Draper, Patrick & Horn, L.L.C.
650 Poydras Street, Ste 2500
New Orleans LA 70130-6103

Tropical Contracting, LLC
6363 DeZavala #107
San Antonio, TX 78249-2104

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste 244
Gulfport MS 39501-2036

U.S. Securites and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road Ste 900
Atlanta GA 30326-1382

UNITED RENTALS
13249 AIRLINE HWY
GONZALES LA 70737-6841

Uncle Bob's Self Storage
3200 General De Gaulle Drive
New Orleans LA 70114-6709

United Rentals Northwest,INC Credit Office &
PO BOX 100711
Atlanta,GA 30384-0711

United States Trustee
501 East Court Street Ste 6-430
Jackson MS 39201-5022

Verizon Wireless
P.O. Box 660108
Dallas TX 75266-0108

Volvo Rents
P.O. Box 1075
Slidell LA 70459-1075

WG FINANCING
Acct No 6318
2990 RICHMOND AVE STE 144
HOUSTON TX 77098-3115

WHOLESALE ELECTRIC
2601 L AND A ROAD
METAIRIE LA 70001-5957

Water & Sewer Products, Inc.
Po Box 9318
Westwego, LA 70094
B&B Capital Ventures, Inc,
5510 W. La Salle Street,
Tampa, FL 33607-1797

Wausau Tile
P.O.Box 1520
Wausau, WI 54402-1520

Weigh-Tec Inc.
P.O. Box 266
Decatur AL 35602-0266

Wholesale Electric Supply Company of Houston
c/o Wolfe Law Group, LLC
365 Canal St., Ste. 1680
New Orleans, LA 70130-1149

William J. Little, Jr.
Lentz & Little, P.A. 2012
23rd Avenue
Gulfport MS 39501-2967

William P. Wessler
1624 24th Avenue
Gulfport MS 39501-2969

William P. Wessler
W. Gerry Wessler Attorneys at Law
1624 24th Avenue
Gulfport MS 39501-2969

Mass P. "Tinker" Blackwell Jr.
36115 Lock One Road
Pearl River, LA 70452-2431

Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238

Ronald J. Hof
9905 Jefferson Hwy.
River Ridge, LA 70123-2530

Ryan L Hess
12085 Highway 11
Belle Chasse, LA 70037-4223

William G. Cherbonnier Jr
2550 Belle Chasse Highway
Suite 215
Gretna, LA 70053-6758

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blackwell Aggregates, Inc.

(u)Elle Investments, LLC

(u)Liberty Mutual Insurance Company


(u)M6 Capital Partners, LLC

(d)Aluma Systems Concrete Const.
PO Box 91473
Chicago, IL 60693-1473

(d)Ashton Marine, LLC
1200 Peters Road
Harvey, LA 70058-1754


(d)Bank of America, N.A
400 National Way
Mail Stop: CA6-919-01-23
Simi Valley, CA 93065-6414

(d)Bank of the West
2527 Camino Ramon
San Ramon, CA 94583-4213

(d)Gerard Daniel Worldwide
P.O. Box 62869
Baltimore MD 21264-2869


(d)Gulf Coast Bulk Handling LLC
10100 Hwy 65 South
Lake Providence, LA 71254-4019

(d)Gulf Coast Treated Piling & Timbers, Inc.
1417 Captain Cade Road
PO Box 120
Cade, LA 70519-0120

(d)IBERIABANK c/o Robert Mathis
433 Metairie Rd., #600
Metairie, LA 70005-4328


(d)Integrated Pro Services, LLC
9107 Hwy 23
Belle Chasse LA 70037-2140

(d)K&K MARINE
166 BAYOU BOEUF RD
MORGAN CITY LA 70380-7921

(d)Mike Evans Crane Services
1931 Bull Run Rd.
Schriever, LA 70395-3015


(d)Polydeck Screen Corporation
1790 Dewberry Road
Spartanburg, SC 29307-4345

(u)Richard W. Cryar

End of Label Matrix
Mailable recipients   421
Bypassed recipients    17
Total                 438