**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                                    CASE NO. 15-10016
                                                                                    SECTION "B"
**HESS, RYAN L**

**DEBTOR(S)**                                                         **CHAPTER 7**

## TRUSTEE'S INTERIM REPORT

1. Action to be taken to conclude administration of estate:

   **The adversary proceeding filed in this case has been settled and the settlement funds have been received. Trustee will review all claims and has retained an accountant to prepare all necessary tax returns. Once these items are completed trustee will file his final report.**

2. Total funds deposited into the Trustee's bank account:

   **$41,848.06**

3. Amount and nature of bond:

   **Blanket Bond Coverage**

4. Expected date of filing a Trustee's Final Report:

   **12/15/2017**

Date:   October 9, 2017

                                                                    Respectfully submitted,


                                                                    /s/Ronald J. Hof
                                                                    **Ronald J. Hof**
                                                                    **Chapter 7 Trustee**
                                                                    9905 Jefferson Hwy.
                                                                    River Ridge, Louisiana  70123
                                                                    Tel: 504-305-1591