## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**IN THE MATTER OF:**  **CASE NUMBER: 15-10016**
**HESS, RYAN L**

Section "B"

**DEBTOR(S)**  **CHAPTER 7**

### OBJECTION TO TARDILY FILED CLAIM

**NOW INTO COURT** comes Ronald J. Hof, Chapter 7 Trustee, who respectfully represents:

1. Your applicant is the duly qualified and acting trustee in this case.

2. Claim Number 30 was filed by Sher Tremonte, LLP on October 15, 2015 as an unsecured claim in the amount of $58,030.62. The proof of claim was filed after the deadline for filing claims, which was July 16, 2015.

3. Accordingly, Trustee submits that Claim Number 30 should be disallowed as a timely filed general unsecured claim and should be recognized as a tardily filed claim under Section 726 of the Bankruptcy Code.

**WHEREFORE,** Trustee prays that after proper notice and hearing, the Court enter an order reclassifying the proof of claim as requested in this Objection and that he have such other and further relief as is just and equitable.

Respectfully submitted,

/s/ Ronald J. Hof
Ronald J. Hof
Chapter 7 Trustee
9905 Jefferson Hwy.
River Ridge, Louisiana  70123
Tel: 504-305-1591